---- Forwarded Message -----
**From:** Roberto Perez <roberto.perez@ayacol.com>
**To:** request services <request_services@yahoo.com>
**Cc:** Agencia San Juan <agencysj@ayacol.com>
**Sent:** Thursday, August 14, 2025 at 11:51:47 AM GMT-4
**Subject:** Fwd: ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN

Good afternoon FYI on below.
Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Roberto Perez <roberto.perez@ayacol.com>
> **Date:** August 14, 2025 at 10:35:56 AM EDT
> **To:** request services <request_services@yahoo.com>
> **Cc:** Agencia San Juan <agencysj@ayacol.com>
> **Subject: ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN**

Good morning SJBP,

Please be advised that Energos Maria's outbound will be held by Moran & Mcallister.

Please see below for updating Tidalis.

Thanks in advance.

Regards,

ROBERTO PEREZ

Agency Representative

LAAC-Agency/ San Juan Office

Mobile Phone: 939-341-9176

Tel: 787-792-9000 Ext-3403/02/01

Fax:787-793-3575

Agency General email:agencysj@ayacol.com

Individual email:roberto.perez@ayacol.com

*Luis A. Ayala Colón Sucrs., Inc.*

www.ayacol.com
NO LOAD IS TOO HEAVY