**Gmail**  Carlos Ramos <cramos19999@gmail.com>

## Fw: ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN

**daniel montes** <capitanmontes@yahoo.com>  Thu, Aug 14, 2025 at 12:00 PM
To: request services <request_services@yahoo.com>
Cc: Jake Elmstrom <rinconjake@hotmail.com>, Patrick Lopez <lofish71@yahoo.com>, Richard Flynn <rfcmarine@yahoo.com>, Tomas Busto <tomasbustoalvarez@gmail.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Kenny Diaz <kdpilot1@gmail.com>, Carlos Gutierrez <capt.carlos.gutierrez@gmail.com>, eberwein@sanjuanbaypilots.com

> Ok
> Daniel Montes
> Sent from my iPhone
>
>> On Aug 14, 2025, at 11:53, request services <request_services@yahoo.com> wrote:
>>
>>
>>
>> ----- Forwarded Message -----
>> **From:** Roberto Perez <roberto.perez@ayacol.com>
>> **To:** request services <request_services@yahoo.com>
>> **Cc:** Agencia San Juan <agencysj@ayacol.com>
>> **Sent:** Thursday, August 14, 2025 at 11:51:47 AM GMT-4
>> **Subject:** Fwd: ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN
>>
>> Good afternoon FYI on below.
>> Thanks.
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Roberto Perez <roberto.perez@ayacol.com>
>>> **Date:** August 14, 2025 at 10:35:56 AM EDT
>>> **To:** request services <request_services@yahoo.com>
>>> **Cc:** Agencia San Juan <agencysj@ayacol.com>
>>> **Subject: ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN**
>>>
>>>
>>> Good morning SJBP,
>>>
>>> Please be advised that Energos Maria's outbound will be held by Moran & Mcallister.
>>>
>>> Please see below for updating Tidalis.
>>>
>>> Thanks in advance.

Regards,

ROBERTO PEREZ

Agency Representative

LAAC-Agency/ San Juan Office

Mobile Phone: 939-341-9176

Tel: 787-792-9000 Ext-3403/02/01

Fax:787-793-3575

Agency General email:agencysj@ayacol.com

Individual email:roberto.perez@ayacol.com

<image001.png>

<image002.gif>

---

**From:** Roberto Perez <roberto.perez@ayacol.com>
**Sent:** Thursday, August 14, 2025 10:33 AM
**To:** San Juan Ops <sanjuanops@morantug.com>; Mcallister <dispatchpr@mcallistertowing.com>
**Cc:** Agencia San Juan <agencysj@ayacol.com>; Alejandro Vazquez <avazquez@newfortressenergy.com>; Carlos Faris <cfaris@newfortressenergy.com>; Agency SJ (gmail) <agencysj@gmail.com>; Agency Ponce <AgencyPonce@ayacol.com>; Armando Torres <atmaritimesupply@gmail.com>; edmontalvoatmaritimesupply@gmail.com; Michael Budesa <mbudesa@newfortressenergy.com>; Maria Rosa-Soto <Mrsoto@nortonlilly.com>; Energos Maria Master <energosmaria@nmm.stena.com>
**Subject:** ENERGOS MARIA OUT 08/16 POB 0900hrs // SAN JUAN

Good afternoon @'MORANTUGPR' ( Maxwell, Eleanor ) @Mcallister (Audrey, Timothy),

Please see below POB for outbound 08/16 0900hrs.

Thanks in advance.

Please be advised that your good vessel's outbound set for 08/16 0900hrs.

Vessel: ENERGOS MARIA

Movement From: Puerto Nuevo A/B NFE

To: SEA

Requested Service Time: Aug 16, 2025 09:00 Approved Service Time: Aug 16, 2025 09:00 Approval Status: Approved Approval Remarks: N/A Reviewed By: Ignacio Rey

8/18/25, 8:21 AM                                   Gmail - DOCUMENTOS MARIA LUCE 08/08/25 hrs // SADGEAS

SJ2025CV07446 21/08/2025 04:02 pm Entrada Núm. 1 Página 3 de 4
Case 3:25-cv-01462    Document 1-4    Filed 08/26/25    Page 3 of 4

Please login to Agent portal to get details.

---

This message was auto-generated on 8/8/2025 9:54:22 AM by MARS (WIN-QTMLIKV29V8) server.

Keep in touch.

Regards,

ROBERTO PEREZ

Agency Representative

LAAC-Agency/ San Juan Office

Mobile Phone: 939-341-9176

Tel: 787-792-9000 Ext-3403/02/01

Fax:787-793-3575

Agency General email:agencysj@ayacol.com

Individual email:roberto.perez@ayacol.com

<image001.png>

<image002.gif>

**CONFIDENTIALITY AND SECURITY NOTICE**

This message is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521, is confidential and legally privileged. In addition, the information contained in this E-mail message is protected from disclosure under the Gramm-Leach-Bliley Act. If your are not the intended recipient, you should delete this message immediately and are hereby notified that any disclosure, copying, or distribution of this message and/or its attachments, or the taking of any action based on it, is STRICTLY PROHIBITED as noted above. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, codified at 18 U.S.C. §§ 1367, 2510-2521, 2701-2710, 3121-3126. Also, see: http://www.ftc.gov/privacy/glbact/glbsub1.htm Please note that any opinions expressed in this e-mail are those of the author personally and not your business name who do not accept responsibility for the contents of the message. EDT (Electronic Document Transmissions): Is and shall be deemed valid and enforceable in respect of any provisions of this Contract / E-mail. As applicable, this agreement shall be:- 1. Incorporate U.S. Public Law 106-229, "Electronic Signatures in Global and National Commerce Act" or such other applicable law conforming to the UNCITRAL Model Law on Electronic Signatures (2001) 2. ELECTRONIC COMMERCE AGREEMENT (ECE/TRADE/257, Geneva, May 2000) adopted by the United Nations Centre for Trade Facilitation and Electronic Business (UN/CEFACT). 3. EDT documents shall be subject to European Community Directive No. 95/46/EEC, as applicable. Either Party may request hard copy of any document that has been previously transmitted by electronic means provided however, that any such request shall in no manner delay the parties from performing their respective obligations and duties under EDT instruments.

<image001.png>
<image002.gif>