

Office: 787-767-1030
Fax:    787-751-4068
Web: www.jgl.com

August 15, 2025

***VIA EMAIL***

Captain Tomás Busto, tomasbustoalvarez@gmail.com
Captain Kenneth Diaz, kdpilot1@gmail.com
Captain Jake Elmstrom, rinconjake@hotmail.com
Captain Richard Flynn, rfcmarine@yahoo.com
Captain Carlos Gutierrez, capt.carlos.gutierrez@gmail.com
Captain Patrick Lopez, lofish71@yahoo.com
Captain Carlos Ramos, cramos@sanjuanbaypilots.com

**RE:**    **Objection to "Urgent and Formal Notice Letter – Imminent Deviation from Established Large LNG anker Minimum Standards"**

Dear Captains:

Our law firm represents McAllister Towing and Transportation Company, Inc., Puerto Rico Branch (McAllister Towing). We are in receipt of your letter sent earlier this afternoon concerning the planned August 16, 2025, maneuver of the LNG tanker, Energos María. Although the letter was not addressed to us, it contains assertions and demands that directly affect our operations and contractual relationships, and we therefore find it necessary to respond.

McAllister Towing's participation in harbor operations is guided by applicable federal and Puerto Rico laws, regulations, and the terms of lawful directives issued by competent regulatory authorities. However, we must forcefully object to any attempt to impose operational requirements, such as a minimum tug configuration, as a binding standard of general applicability absent adoption through a valid regulatory process. The tug configuration described in your letter appears to be the product of an agreement among certain pilots, reached outside of any formal rulemaking or regulatory proceeding.

Under both United States and Puerto Rico law, operational requirements of general applicability that affect multiple parties, including tug operators, vessel owners, and pilots, must be promulgated in accordance with established procedures, including public notice, opportunity for comment, and review by the appropriate governmental body, in this case, the United States Coast Guard or the Puerto Rico Pilotage Commission. Attempting to enforce such requirements without compliance with those procedures exceeds the authority granted to individual pilots or pilot associations under the Puerto Rico Pilotage Commission's enabling act (Law 226 of August 12, 1999, as amended), and raises concerns under applicable competition and maritime laws.

SJ2025CV07446 21/08/2025 04:02 pm Entrada Núm. 1 Página 2 de 2
Case 3:25-cv-01462   Document 1-6   Filed 08/31/25   Page 2 of 2

Page **2** of **2**

Our position is not to substitute our operational judgment for that of the duly empowered regulators, but to ensure that any binding standards affecting our operations are enacted lawfully, transparently, and in a manner that affords all affected stakeholders, including tug operators, an opportunity to be heard. Until such a standard is formally adopted through the proper regulatory channels, McAllister Towing will continue to operate in compliance with the directives of the vessel's master and the duly authorized pilot for the specific transit, consistent with applicable safety regulations.

Accordingly, McAllister Towing hereby demands that you immediately cease and desist from any further attempts, whether through correspondence, operational directives, or communications to third parties, to impose, enforce, or represent as a rule of general applicability any tug configuration or other operational requirement that has not been formally adopted through the lawful regulatory process. We reserve all rights and remedies available under applicable federal and Puerto Rico law to address any actions that interfere with our lawful operations or contractual relationships.

Mcallister Towing remains committed to safe navigation in San Juan Harbor and to cooperating fully with all stakeholders, including the pilotage community and regulatory authorities, to address safety concerns within the framework of lawful and transparent regulation.

Respectfully,

Jorge F. Blasini

Andrés F. Picó

cc.  Via Electronic Mail to:
  U.S. Coast Guard Captain of the Port - luis.j.rodriguez@uscg.mil
  Comisión de Practicaje de Puerto Rico - compracticaje@prtc.net
  Captain Javier Figueroa, Presidente, Comisión de Practicaje de Puerto Rico -  javierf@morantug.com
  New Fortress Energy – Marine Operations - cfaris@newfortressenergy.com
  Patrick Schmidt, Energos Commercial Operations Manager: pschmidt@energosinfra.com
  Alexander Mills, Northern Marine Management Superintendent: Alexander.Mills@Stena.com
  Energos Maria: energosmaria@nmm.stena.com
  Energos Princess: energosprincess@nmm.stena.com
  Northern Marine Management Operations Team: nmmoperationsukfleetgroup7@stena.com
  Energos Operations Team: EnergosOps@energosinfra.com
  Captain Daniel Montes: capitanmontes@yahoo.com
  Brian Buckley McAllister, President McAllister Towing  buck@mcallistertowing.com
  Robert Hughes, Chief Commercial Officer  rhughes@mcallistertowing.com
  Jaime Santiago VicePresident-General Manager McAllister Towing Puerto Rico Branch
  jsantiago@mcallistertowing.com)