

111 W 19TH STREET, 8TH FLOOR  
NEW YORK, NY  10011

To: Comisión de Practicaje de Puerto Rico  
(Puerto Rico Pilotage Commission, the "Commission")  
From: NFEnergia LLC

August 15, 2025

Dear Sirs,

**Re: the calling of the "Energos Maria" at San Juan on Saturday August 16th, 2025**

We, the disponent owners of the LNG carrier "Energos Maria" (the "**Vessel**"), write with reference to the letters dated August 3rd and 15th from certain San Juan pilots in respect of the Vessel's calling at San Juan tomorrow (Saturday, Aug 16th).

The Vessel's scheduled transit time is 0700 hours LT (weather dependent), with escort by the following harbor assist tugs:

- Maxwell (83-ton bollard pull) – tethered stern assist (centerline)
- Audrey (83-ton bollard pull) – tethered bow assist (starboard)
- Elenor (55-ton bollard pull) – starboard quarter escort
- Timothy (50-ton bollard pull) – escort/standby support

This tug complement has been reviewed and approved by senior San Juan Pilots scheduled to be on duty tomorrow, based on their review of the proposed operation and projections for the current port conditions, expected weather, and the vessel's maneuvering profile. Additionally, we will have 4 sister tugs with 80-ton bollard pull on standby nearby throughout the operation.

In summary, there will effectively be 8 tugs available to support tomorrow's operation and therefore there cannot be any serious safety concern as to this specific operation. Any controversy as between the San Juan pilots in respect of necessary specifications of the complement of tugs required to escort LNG carriers of this size is not relevant to tomorrow's operation, which should be allowed to proceed as scheduled.

Meanwhile, it is extraordinary that certain pilots have taken it upon themselves to write to the United States Coast Guard, the Commission, the Vessel's head owners and other parties about an internal disagreement between the San Juan pilots concerning the necessary specifications of the tug complement for a LNG carrier of this size.  As the Commission is aware, it is in each individual pilot's discretion as to whether the proposed equipment and support vessels available for the operation are suitable. Licensed pilots are granted individual authority to determine how to safely conduct vessel movements while on board (Act 226 (1999)). This authority cannot be overridden by other pilots or by group consensus and pilots cannot, individually or through an association, impose binding operational requirements on fellow pilots (Act 226 (1999)). It is wholly inappropriate for certain individual pilots to lobby against the discretion of other pilots by way of correspondence filled with unsupported allegations and reprimands against their fellow pilots. We strenuously object to any attempt by one, or any group of individual pilots, to force operational requirements without a valid regulatory process or formal rulemaking procedure.



**111 W 19ᵀᴴ STREET, 8ᵀᴴ FLOOR**
**NEW YORK, NY  10011**

For the foregoing reasons, we hereby request the Commission to please assist to ensure that the normal established procedures are followed and that tomorrow's operation proceeds as scheduled.  Further, we request that the Commission compel the pilots to formally retract their letters dated August 3ʳᵈ and 15ᵗʰ by writing to all parties upon whom the letters were served.

Thank you in advance for your support.

Yours faithfully,

Carlos Faris