VIA E MAIL
**COMISIÓN DE PRÁCTICAJE DE PUERTO RICO**

San Juan, Puerto Rico
August 15, 2025

**Subject:** Cease and Desist Order – Unauthorized Communications and Nullity of Effects

To the maritime community, regulatory agencies, and interested parties:

The Puerto Rico Pilots Commission, pursuant to Act No. 226-1999 and Act No. 38-2017, hereby notifies that it has received a communication dated August 15, 2025, signed by several pilots licensed for the Port of San Juan, addressed to Captain Daniel Montes, and distributed to multiple entities and persons outside of this Commission. This communication contains operational statements, the imposition of standards, and service conditions without authorization from the Commission, constituting actions that exceed the powers granted by law.

The maritime community is hereby warned that any communication of this nature, issued by San Juan pilots individually or collectively, whether or not under a recognized association, and not authorized by the Commission, lacks official recognition and shall be considered null and void. All such communications must be immediately referred to the Commission for evaluation and determination in accordance with due process of law.

In this case, the letter dated August 15, 2025, will be referred to the Puerto Rico Department of Justice for investigation and determination of possible legal or criminal actions for constituting undue interference and influence toward a public servant and independent contractor (Capt. Daniel Montes). This type of conduct, by conditioning or attempting to regulate the decisions of an independent contractor and public servant, unlawfully deprives the provision of pilotage services and is prohibited under Act No. 226 and other applicable laws.

Furthermore, directing such communications to shipping companies, agents, shipowners, insurers, or other external entities, exerting undue pressure or generating collective fear through unauthorized operational impositions, constitutes a usurpation of regulatory

functions that belong exclusively to this Commission, as well as a potential interference with international and interstate commerce in violation of the Commerce Clause of the United States Constitution (Art. I, Sec. 8, cl. 3), pursuant to applicable case law, including Trailer Marine Transport Corp. v. Rivera Vázquez, 977 F.2d 1 (1st Cir. 1992).

These actions represent the imposition of operational "guidelines" de facto and not de jure, without having undergone the regulatory process required under Act No. 38-2017 (LPAU) and without authorization from the Commission, which has previously been the subject of judicial rulings prohibiting pilots from legislating or regulating without due process.

In light of the public policy established by the Honorable Governor of Puerto Rico, Jennifer González Colón, through an official communication regarding the energy crisis, the Government has ordered that the handling and operation of liquefied natural gas (LNG) vessels essential to Puerto Rico's energy system be facilitated and not hindered. Any action that delays, conditions, or impedes such operations without the proper authorization of the Commission and the Government of Puerto Rico directly contravenes this public policy and places the Island's energy security at risk.

It is hereby reiterated that the Puerto Rico Pilots Commission is the sole regulatory entity for pilotage in this jurisdiction, as provided in Article 5 of Act No. 226-1999, which grants it authority to authorize, regulate, supervise, and impose sanctions on pilotage. Pilots licensed by this Commission may organize into associations pursuant to Article 24(a) of Act No. 226; however, such associations cannot assume regulatory functions or issue communications that condition the provision of pilotage services without express authorization from the Commission.

**Legal Basis:**

1. Act No. 226-1999, Articles 5, 16, and 24(a).

2. Act No. 38-2017 (LPAU), Article 3.17 – Immediate adjudicative measures in the event of imminent danger to public health, safety, or welfare.

3. Public policy of the Government of Puerto Rico regarding the energy crisis, which mandates facilitating the operation of liquefied natural gas vessels essential to the energy system.

P.O. BOX 9862 SAN JUAN, PR 00908 • TEL. 787-723-1982 • FAX 787-723-2179
www.comisionpracticaje.com • compracticaje@prtc.net

4. Commerce Clause of the United States Constitution (Art. I, Sec. 8, cl. 3) and applicable case law (Trailer Marine Transport Corp. v. Rivera Vázquez, 977 F.2d 1 (1st Cir. 1992)).

Therefore, the pilots who signed the letter dated August 15, 2025, are ordered to immediately cease and desist from issuing any similar communication without authorization from the Commission. Noncompliance with this order may be referred to the Department of Justice for appropriate action.

The maritime community, regulatory agencies, shipping companies, agents, shipowners, and all other interested parties are invited to forward to the Commission any communication received from San Juan pilots, whether individually or collectively, that contains unauthorized operational impositions or service conditions, for evaluation and determination in accordance with the applicable legal framework.

Sincerely,

Attorney Jessica Neco Morales
President
Puerto Rico Pilots Commission


**CC:**
Capt. Tomás Busto – tbusto@sanjuanbaypilots.com
Capt. Kenneth Díaz – kdpilot1@gmail.com
Capt. Jake Elmstrom – rinconjake@hotmail.com
Capt. Richard Flynn – rfcmarine@yahoo.com
Capt. Carlos Gutiérrez – capt.carlos.gutierrez@gmail.com
Capt. Patrick López – lofish71@yahoo.com
Capt. Carlos Ramos – cramos@sanjuanbaypilots.com
Capt. Daniel Montes – capitanmontes@yahoo.com
Norberto Negrón – norberto.negron@puertos.pr.gov
New Fortress Energy – Marine Operations – cfaris@newfortressenergy.com
Patrick Schmidt – Energos Commercial Operations Manager – pschmidt@energosinfra.com
Alexander Mills – Northern Marine Management Superintendent – Alexander.Mills@Stena.com
Energos Maria – energosmaria@nmm.stena.com
Energos Princess – energosprincess@nmm.stena.com
Northern Marine Management Operations Team – nmmoperationsukfleetgroup7@stena.com
Energos Operations Team – EnergosOps@energosinfra.com