

# RIVERA-CARRASQUILLO, MARTINEZ & FONT
## ATTORNEYS & COUNSELORS AT LAW

DARIO RIVERA-CARRASQUILLO
DIMARIS MARTÍNEZ-VÁZQUEZ (1961-2016)
GIANCARLO FONT-GARCÍA

TEL. (787) 622-6999
FAX (787) 622-6998

OF COUNSEL
LUIS M. PAVÍA VIDAL

*E-Mail: gfont@drcprlaw.com*

August 22, 2015

Puerto Rico Pilotage Comision
Via email

**Re: Exceptionally Short-Notice Invitation for Simulations in Madrid, Spain, and Request for Postponement**

To the Commissioners:

Reference is hereby made to the recent invitation extended to the San Juan Bay Pilots for participation, on exceptionally short notice, in a series of simulations scheduled to take place in Madrid, Spain, on August 28 and 29, 2025. We understand that only two slots have been allocated for our attendance, and in a limited, observer-only capacity.

First and foremost, it is imperative to underscore that the necessity for these simulations arises not from routine or standard operating procedures, but rather from a substantial and material change in the type of vessel employed for the transport of LNG in San Juan Harbor. The LNG vessel now in operation is significantly larger than those utilized as recently as two years ago. At that time, the harbor's infrastructure, including tug capabilities, supported safe and efficient maneuvering of vessels with smaller dimensions. That is no longer the case. The increased size and draft of the current vessel introduce new hydrodynamic and operational risks that cannot be adequately mitigated without a comprehensive technical assessment, one that accurately reflects the unique navigational characteristics and risk profile of San Juan Harbor.

August 22, 2025
Page 2

Nevertheless, we must express our deep concern regarding the unusual speed with which these simulations appear to have been assembled. This expedited process is particularly troubling given that, as a matter of industry best practices, the development and execution of complex simulations—grounded in hundreds of data points and real-world variables—typically require weeks or even months of preparatory work. This should not come as a surprise to New Fortress Energy (NFE) or its consultants, who are thoroughly familiar with the technical, logistical, and procedural complexities inherent in marine simulations we did almost two years ago.

Indeed, as you are aware, over the course of nearly two years, extensive simulations were conducted in Houston, Texas, with active participation from a broad spectrum of stakeholders—including the Harbor Pilots, NFE representatives, and their technical consultants. That process was deliberate, collaborative, and consistent with global maritime standards.

The sharp contrast between that comprehensive effort and the current accelerated proposal raises legitimate concerns about the technical integrity, procedural robustness, and overall credibility of the simulations currently contemplated.

Furthermore, the extremely limited notice period—merely one week to arrange international travel and technical coordination—is manifestly insufficient to ensure proper preparation, logistical support, or meaningful engagement on our part. This lack of lead time casts serious doubt upon the good faith, transparency, and fairness with which this initiative is being pursued.

Accordingly, and in light of the foregoing, we hereby formally request a postponement of the scheduled simulations to a later date that would allow for the full, active, and technically appropriate participation of the San Juan Bay Pilots.
Additionally, we must highlight that Captain Daniel Montes' participation in these simulations imposes an operational burden on our organization. His absence during the proposed dates would reduce the availability of licensed personnel to carry out essential pilotage duties in the San Juan Harbor. Given the structure of our rotational schedule and the strict alignment of assignments with port traffic, this situation presents a tangible risk to the uninterrupted and safe operation of Puerto Rico's principal maritime gateway.

August 22, 2025
Page 3

It is also critical to note that while the San Juan Harbor Pilots were initially invited as mere "observers" by Puerto Rico Maritime Group—a consultancy retained by NFE—a subsequent, formal invitation was issued by the Puerto Rico Pilotage Commission, calling upon us to participate as observers in our official capacity as pilots. In that regard, we must emphasize that active participation by licensed pilots is indispensable to any simulation purporting to replicate real-world conditions in San Juan Bay. Our experience conducting the previous round of rigorous simulations, in line with international best practices, should serve as the benchmark for any such exercise.

The professionals who exercise pilotage are not only the individuals who execute the vessel maneuvers; they are also the ones who possess the local knowledge, professional judgment, and specialized maritime expertise that ensure the safe and effective navigation of large vessels. Moreover, pilots, together with the vessel owner, are among the parties most directly exposed to potential civil liability in the event of an incident. To exclude pilots from full participation in the present simulation not only undermines the technical validity of the exercise but also jeopardizes its legal defensibility.

It must further be noted that following the extensive simulations conducted in Houston, the relevant LNG maneuvers have already been carried out under real-life conditions in San Juan Harbor. As such, we now possess primary, empirical data—collected through actual operations—that cannot be replaced or meaningfully replicated by computerized modeling. While simulations can serve as a valuable tool for supplementary analysis, they can never substitute the professional judgment and empirical insight of a pilot actively operating in the harbor under live conditions.

We believe that our request to reschedule the simulations could be reasonably accommodated, assuming a spirit of genuine collaboration and transparency. In addition, we request that we be allowed to appoint a qualified representative with technical expertise and demonstrated experience in advanced maritime simulation design to attend. While this would not constitute full participation, it could serve as a partial safeguard to uphold the technical and procedural standards expected of such an exercise.

August 22, 2025
Page 4

We remain steadfastly committed to the principles of maritime safety, transparency, and constructive engagement. It is in this spirit that we submit this request, trusting that professionalism, mutual respect, and a shared commitment to operational excellence will guide the resolution of this matter.

We appreciate your attention and consideration in advance, and we look forward to your prompt and constructive response.

Sincerely,

GIANCARLO FONT GARCÍA