THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM et al.,<br><br>Plaintiff<br><br>V.<br><br>NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY et al.,<br><br>Defendants | CIVIL NO.:   25-1462 (SCC) |

**MOTION FOR LEAVE TO APPEAR AS COUNSEL**

TO THE HONORABLE COURT:

COME NOW plaintiffs, through the undersigned attorney, and very respectfully inform he that the undersigned will join attorney Giancarlo Font-García as counsel for plaintiffs.

WHEREFORE it is respectfully requested that this Honorable Court take note of the above and grant the undersigned leave to represent plaintiff in this matter.

In San Juan, Puerto Rico, this 2nd day of September, 2025.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ, ESQ.
Bar No.: 210510
E-mail: fecolon@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652
Fax: (787) 425-4731