UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM; CAPT. TOMAS BUSTO; CAPT. CARLOS E. RAMOS; CAPT. KENNETH DÍAZ; CAPT. RICHARD FLYNN; CAPT. CARLOS GUTIÉRREZ, CAPT. PATRICK LÓPEZ.<br><br>Plaintiff<br><br>Vs.<br><br>NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY; PILOTAGE COMMISSION OF PUERTO RICO; ATTORNEY. JESSICA ÑECO MORALES, IN HER OFFICIAL CAPACITY AS ACTING PRESIDENT OF THE PILOTAGE COMMISSION.<br><br>Defendants | CASE NO. 25-CV-01462<br><br>RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUCTION; DECLARATORY JUDGMENT<br><br>**IN ADMIRALTY** |

## NOTICE OF FILING DOCUMENTS

TO THE HONORABLE COURT:

Come now Plaintiffs, Captain Tomas Busto Álvarez; Captain Carlos E. Ramos; Captain Ray Díaz; Captain Jacob Elmstrom; Captain Richard Flynn Caro; Captain Carlos Gutiérrez; Captain Patrick López, and San Juan Bay Pilots Corporation (collectively, "Plaintiffs"), by and through undersigned counsel, hereby inform as follows:

1.  The appearing plaintiffs provide notice of the filing of amended summonses (NFENERGIA LLC and Puerto Rico Harbor Pilot Association) as discussed today with the Clerk's office.

WHEREFORE, the appearing plaintiffs respectfully notify the court of the filing of the documents mentioned above.

I HEREBY CERTIFY that I filed this pleading through the CM/ECF of the Court.

RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, September 2, 2025.

S/Giancarlo Font García
GIANCARLO FONT
USDC-PR N.º 210612
306 Calle Coll y Toste
San Juan, PR 00918
TEL. (787) 622-6999/
(787)647-1876
gfont@drcprlaw.com

S/ FRANCISCO E. COLÓN-RAMÍREZ
Francisco Colón-Ramírez, Esq.
Bar No.: 210510
E-mail : fecolon@colonramirez.com
COLÓN RAMÍREZ LLC
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652
Fax: (787) 425-4731


s/LUIS MANUEL PAVÍA-VIDAL
LUIS MANUEL PAVÍA-VIDAL S/
USDC-PR N.º 227205
pavialaw@gmail.com
URB. BALDRICH
COLL Y TOSTE ST. #306
SAN JUAN, PR  00918
*TEL. (787)622-6999*