UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM; CAPT. TOMAS BUSTO; CAPT. CARLOS E. RAMOS; CAPT. KENNETH DÍAZ; CAPT. RICHARD FLYNN; CAPT. CARLOS GUTIÉRREZ, CAPT. PATRICK LÓPEZ.<br><br>Plaintiff<br><br>Vs.<br><br>NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY; PILOTAGE COMMISSION OF PUERTO RICO; ATTORNEY. JESSICA ÑECO MORALES, IN HER OFFICIAL CAPACITY AS ACTING PRESIDENT OF THE PILOTAGE COMMISSION.<br><br>Defendants | CASE NO. 25-CV-01462<br><br>RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT<br><br>**IN ADMIRALTY** |

## MOTION REQUESTING HEARING

TO THE HONORABLE COURT:

Come now Plaintiffs, Captain Tomas Busto Álvarez; Captain Carlos E. Ramos; Captain Ray Díaz; Captain Jacob Elmstrom; Captain Richard Flynn Caro; Captain Carlos Gutiérrez; Captain Patrick López, and San Juan Bay Pilots Corporation (collectively, "Plaintiffs"), by and through undersigned counsel, hereby state, allege, and request as follows:

1.	The appearing plaintiffs commenced the present action, requesting, among other things, a preliminary injunction.

2.	From information and belief, the tugboats described in the complaint will leave the port as early as next week.

3.	To maintain the status quo and to preserve their rights and interests, the appearing parties respectfully request that the Court hold an injunction hearing as soon as possible.

WHEREFORE, the appearing plaintiffs respectfully request that the Court take notice of the above and schedule an injunction hearing as soon as possible.

I HEREBY CERTIFY that I filed this pleading through the CM/ECF of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, September 11, 2025.

S/Giancarlo Font García
GIANCARLO FONT
USDC-PR N.º 210612
306 Calle Coll y Toste
San Juan, PR 00918
TEL. (787) 622-6999/
(787)647-1876
gfont@drcprlaw.com

s/LUIS MANUEL PAVÍA-VIDAL
LUIS MANUEL PAVÍA-VIDAL S/
USDC-PR N.º 227205
pavialaw@gmail.com
URB. BALDRICH
COLL Y TOSTE ST. #306
SAN JUAN, PR  00918
*TEL. (787)622-6999*