```
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| CAPT. JAKE ELMSTROM;<br>CAPT. TOMAS BUSTO;<br>CAPT. CARLOS E. RAMOS;<br>CAPT. KENNETH DÍAZ;<br>CAPT. RICHARD FLYNN;<br>CAPT. CARLOS GUTIÉRREZ,<br>CAPT. PATRICK LÓPEZ.<br><br>Plaintiff<br><br>Vs.<br><br>NFENERGIA LLC, A NEW<br>FORTRESS ENERGY<br>SUBSIDIARY; PILOTAGE<br>COMMISSION OF<br>PUERTO RICO; ATTORNEY.<br>JESSICA ÑECO MORALES,<br>IN HER OFFICIAL<br>CAPACITY AS ACTING<br>PRESIDENT OF THE<br>PILOTAGE COMMISSION.<br><br>Defendants | CASE NO. 25-CV-01462<br><br>RE: COMPLAINT; PRELIMINARY AND<br>PERMANENT INJUCTION; DECLARATORY<br>JUDGMENT<br><br>**IN ADMIRALTY** |

**MOTION SHOWING CAUSE**

TO THE HONORABLE COURT:

Come now Plaintiffs, Captain Tomas Busto Álvarez; Captain Carlos E. Ramos; Captain Ray Díaz; Captain Jacob Elmstrom; Captain Richard Flynn Caro; Captain Carlos Gutiérrez; Captain Patrick López, and San Juan Bay Pilots Corporation

(collectively, "Plaintiffs"), by and through undersigned counsel, hereby state, allege, and request as follows:

1. On August 31, the appearing parties filed a complaint entitled Verified Complaint in Admiralty for Injunctive Relief, Breach of Contract, and Declaratory Judgment. (Docket #1).

2. On September 11, the appearing parties filed a motion requesting an injunction hearing. This Honorable Court has issued the following Order:

> **ORDER re [1] Complaint: To date, Plaintiffs have not filed separate motions requesting the issuance of a TRO or a preliminary injunction, yet they have requested the setting of a hearing for as early as next week, Docket No. [10], to address the request for a preliminary injunction advanced in their complaint, Docket No. [1]. Although Plaintiffs' complaint is identified as a "Verified Complaint," Docket No. [1], its content appears to lack the requirements of a verified complaint. Further, if the Court were to issue a TRO at this time, it would be an ex parte TRO, which may be issued "only if... specific facts in an affidavit or verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition[.]" Fed. R. Civ. P. 65(b)(1)(A). Accordingly, by 4:00 p.m. on 9/12/2025 (today), Plaintiffs shall show cause as to how the complaint at Docket No. [1] suffices for the Court to consider, at this time, the relief requested. Signed by Judge Silvia L. Carreno-Coll on 09/12/2025. (MRB)**

3. Upon receiving said Order, we quickly began researching the requirements of a Verified Complaint. After conducting the research and believing that our complaint fulfilled the criteria, we decided to open the actual complaint that was filed on August

31. We were able to confirm the following: the complaint filed did not contain a Verification.

4. At the time of the filing of the complaint, we saved two separate documents, one named "Draft federal complaint final final" and a second document called "Federal complaint ready to file". See Exhibit 1. Due to inadvertence, at the time of the filing, we uploaded the file named "Draft federal complaint final final" which did not contain the Verification from Tomás Busto Álvarez. We apologize for said inadvertence.

5. At this time, we are filing an Amended Verified Complaint, which contains the Verification from Mr. Busto Álvarez, and the Plaintiffs respectfully request an injunction hearing for the Court to evaluate their requests.

6. The plaintiffs are seven San Juan Bay pilots **whose legally mandated role is to ensure the safe and efficient navigation and maneuvering of vessels within often confined and challenging waterways to protect lives, property, and the environment**. The plaintiffs believe that a potentially hazardous situation is occurring with the transportation of liquid natural gas in the Bay of San Juan.

7. As alleged in the Verified Complaint, the pilots have been illegally silenced by the Puerto Rico Harbor Pilot Commission.

The plaintiffs maintain that they cannot perform their work without being able to communicate with the marine industry.

WHEREFORE, the appearing plaintiffs respectfully request that the Court take notice of the above, determine that the plaintiffs have shown cause, and schedule an injunction hearing as soon as possible.

I HEREBY CERTIFY that I filed this pleading through the CM/ECF of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, September 12, 2025.

S/Giancarlo Font García
GIANCARLO FONT
USDC-PR N.° 210612
306 Calle Coll y Toste
San Juan, PR 00918
TEL. (787) 622-6999/
(787)647-1876
gfont@drcprlaw.com

s/LUIS MANUEL PAVÍA-VIDAL
LUIS MANUEL PAVÍA-VIDAL S/
USDC-PR N.° 227205
pavialaw@gmail.com
URB. BALDRICH
COLL Y TOSTE ST. #306
SAN JUAN, PR  00918
*TEL. (787)622-6999*