Set: 2:30 PM
Held: 2:30 PM – 6:30 PM



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| **MINUTES OF PROCEEDINGS** | Date: September 16, 2025 |
|---|---|
| **BEFORE HONORABLE SILVIA L. CARREÑO-COLL** | Civil. No. 25-1462 (SCC) |

COURTROOM DEPUTY CLERK: Jyoti Mehta-López
COURT REPORTER: Robin Dispenzieri

| | **Attorneys present:** |
|---|---|
| **CAPTAIN TOMÁS BUSTO-ÁLVAREZ**<br>**CAPTAIN CARLOS EDUARDO RAMOS**<br>**CAPTAIN RICHARD FLYNN**<br>**CAPTAIN JACOB ELMSTROM**<br>**CAPTAIN PATRICK LÓPEZ**<br>**CAPTAIN KENNETH RAY DÍAZ**<br>**CAPTAIN CARLOS GUTIÉRREZ**<br>**SAN JUAN BAY PILOTS CORPORATION**<br>Plaintiffs<br><br>vs.<br><br>**NFEnergía LLC**<br><br>**PUERTO RICO HARBOR PILOT COMMISSION**<br>**JESSICA ÑECO-MORALES**<br>Defendants. | For all Plaintiffs -<br>Luis M. Pavía-Vidal<br>Giancarlo Font-García<br>Miguel A. Nazario-Briceño<br><br><br><br><br><br><br><br>José Ramón Rivera-Morales<br><br>Jorge F. Blasini-González<br>Andrés Federico Picó-Ramírez |

**PRELIMINARY INJUNCTION HEARING held (First day).**

The Motion for Hearing at Docket No. 10 was granted. The Motion for Order to Show Cause at Docket No. 12 was noted. The Motions for Leave to Appear at Docket Nos. 22 and 23 were noted and approved.

The Court inquired as to why the joint motion the parties were instructed to file, per the Court's Order at Docket No. 14, was not filed. The parties informed having exchanged versions of proposed stipulation of facts and objections but lacked the time to prepare a joint document for filing given the proximity of the hearing setting. The Court also asked Plaintiffs as to why they failed to comply with the Court's Order at Docket No. 16 instructing them to comply with Local Rule 65. The Court ordered Plaintiffs to comply with that rule before proceedings resume on September 17, 2025.

Upon the Court's inquiry as to a potential conflict of interest because attorneys from the same law firm represent all Defendants and McAllister Towing, Attorney Blasini responded that no conflict of interest exists.

<u>MINUTES OF PROCEEDINGS</u>
Preliminary Injunction Hearing (First day) – September 16, 2025.
Case No. 3:25-CV-01462 (SCC)

Testimony by Captain Tomás Busto-Álvarez was heard. Direct, cross, re-direct, and re-cross examination was conducted.

Testimony by Plaintiffs' expert witness, Captain Anne McIntyre, present by video teleconference (VTC), was heard. Direct examination began, to continue on September 18, 2025 at 1:00 p.m. by VTC.

Plaintiffs Exhibits 1-9 were admitted.

**Preliminary Injunction Hearing to continue on September 17, 2025 at 1:30 p.m. in Hato Rey Courtroom 6.**

<u>*s/ Jyoti Mehta-López*</u>
Jyoti Mehta-López
Courtroom Deputy

Page **2** of **2**