Set: 1:30 PM
Held: 1:43 PM - 2:06 PM



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<u>**MINUTES OF PROCEEDINGS**</u>                          Date: September 17, 2025
**BEFORE HONORABLE SILVIA L. CARREÑO-COLL**     **Civil. No. 25-1462 (SCC)**

COURTROOM DEPUTY CLERK: Jyoti Mehta-López
COURT REPORTER: Robin Dispenzieri

| | Attorneys present: |
|---|---|
| | For all Plaintiffs - |
| **CAPTAIN TOMÁS BUSTO-ÁLVAREZ** | Luis M. Pavía-Vidal |
| **CAPTAIN CARLOS EDUARDO RAMOS** | Giancarlo Font-García |
| **CAPTAIN RICHARD FLYNN** | Miguel A. Nazario-Briceño |
| **CAPTAIN JACOB ELMSTROM** | |
| **CAPTAIN PATRICK LÓPEZ** | |
| **CAPTAIN KENNETH RAY DÍAZ** | |
| **CAPTAIN CARLOS GUTIÉRREZ** | |
| **SAN JUAN BAY PILOTS CORPORATION** | |
| Plaintiffs | |
| | |
| vs. | |
| | |
| **NFEnergia LLC** | José Ramón Rivera-Morales |
| | |
| **PUERTO RICO HARBOR PILOT** | Jorge F. Blasini-González |
| **COMMISSION** | Andrés Federico Picó-Ramírez |
| **JESSICA ÑECO-MORALES** | |
| Defendants. | |

**PRELIMINARY INJUNCTION HEARING held (Second day).**

Attorney Jorge Blasini began by informing the Court about a phone call that he received from Attorney Font regarding a potential conflict of interest. Attorney Font clarified that during the phone call he did not ask Attorney Blasini to withdraw, but rather, he wanted to alert him of the possibility that information could come to light during the hearing which could, in turn, reveal a conflict of interest. Notwithstanding Attorney Font's clarification, that phone call led Attorney Blasini to ask the Court to accept his request to withdraw from this case. While Attorney Blasini understands that after conducting the necessary due diligence there is no conflict between McAllister Towing, the Puerto Rico Harbor Pilot Commission (the "Commission"), and his engagement with the Commission and its President Jessica Ñeco, which is limited to the matter concerning the cease-and-desist letter, he understands that it is best if he and Attorney Picó withdraw from the case.

The Court probed Attorney Blasini to discern if the request to withdraw was specifically requested by his clients or if he and Attorney Picó had taken the decision to withdraw in light of the information provided by Attorney Font. No clear response was provided but, at that moment, Attorney Font relayed

that one of his client's, Captain Carlos Ramos, who also happens to be a commissioner, does not wish for Attorneys Blasini and Attorney Picó to continue representing the Commission. After hearing the parties, the Court accepted Attorney Blasini and Attorney Picó's request to withdraw and granted the Commission and President Neco until **September 24, 2025** to announce new legal representation.

The Court asked if Attorney José Rivera-Morales would stay on as counsel for NFEnergia LLC, even though he works at the same law firm as Attorney Blasini and Attorney Picó. He answered in the affirmative and stated that he worked in an "of counsel" capacity at that firm and saw no conflict. Counsel for Plaintiffs stated that they would be filing a motion seeking Attorney Rivera-Morales' disqualification.

Next, Attorney Miguel Nazario informed that an LNG vessel is scheduled to arrive at the San Juan Bay on September 25, 2025. Accordingly, he would move to renew Plaintiffs' request for a TRO. The Court determined that it would allow the filing of a TRO.

Lastly, the Court suggested that, to start thinking ahead of potential abstention issues, Plaintiffs should evaluate their state cases.

**Preliminary Injunction Hearing to continue on September 25, 2025 at 9:00 a.m. in Hato Rey Courtroom 6.**

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy