UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ,
CAPT. PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES,
IN HER OFFICIAL CAPACITY
AS ACTING PRESIDENT OF
THE PILOTAGE
COMMISSION.

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUCTION;
DECLARATORY JUDGMENT

IN ADMIRALTY

**STATEMENT UNDER PENALTY OF PERJURY**

I, Captain Ray K Díaz, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs ' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____
Captain Ray K Díaz

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ, CAPT.
PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES, IN
HER OFFICIAL CAPACITY AS
ACTING PRESIDENT OF THE
PILOTAGE COMMISSION.

Defendants

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUCTION; DECLARATORY
JUDGMENT

IN ADMIRALTY

**STATEMENT UNDER PENALTY OF PERJURY**

I, Captain Patrick López Conway, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____
Captain

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ, CAPT.
PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES, IN
HER OFFICIAL CAPACITY AS
ACTING PRESIDENT OF THE
PILOTAGE COMMISSION.

Defendants

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUNCTION;
DECLARATORY JUDGMENT

IN ADMIRALTY

**STATEMENT UNDER PENALTY OF PERJURY**

I, Captain Carlos E. Ramos declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____
Captain Carlos E. Ramos

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ,
CAPT. PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES,
IN HER OFFICIAL CAPACITY
AS ACTING PRESIDENT OF
THE PILOTAGE
COMMISSION.

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUCTION;
DECLARATORY JUDGMENT

IN ADMIRALTY

**STATEMENT UNDER PENALTY OF PERJURY**

I, Captain Carlos Gutiérrez, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____
Captain Carlos Gutiérrez

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ,
CAPT. PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES,
IN HER OFFICIAL CAPACITY
AS ACTING PRESIDENT OF
THE PILOTAGE
COMMISSION.

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUNCTION;
DECLARATORY JUDGMENT

IN ADMIRALTY

**STATEMENT UNDER PENALTY OF PERJURY**

I, Captain Tomas Busto, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.



_____
Captain

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÉRREZ,
CAPT. PATRICK LÓPEZ.

Plaintiff

Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA ÑECO MORALES,
IN HER OFFICIAL CAPACITY
AS ACTING PRESIDENT OF
THE PILOTAGE
COMMISSION.

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUCTION;
DECLARATORY JUDGMENT

IN ADMIRALTY

## STATEMENT UNDER PENALTY OF PERJURY

I, Captain Richard Flynn, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs ' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life.

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____
Captain Richard Flynn

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CAPT. JAKE ELMSTROM;
CAPT. TOMAS BUSTO; CAPT.
CARLOS E. RAMOS; CAPT.
KENNETH DÍAZ; CAPT.
RICHARD FLYNN; CAPT.
CARLOS GUTIÈRREZ, CAPT.
PATRICK LÓPEZ.

Plaintiff
Vs.

NFENERGIA LLC, A NEW
FORTRESS ENERGY
SUBSIDIARY; PILOTAGE
COMMISSION OF
PUERTO RICO; ATTORNEY.
JESSICA NECO MORALES, IN
HER OFFICIAL CAPACITY AS
ACTING PRESIDENT OF THE
PILOTAGE COMMISSION.

Defendants

CASE NO. 25-CV-01462

RE: COMPLAINT; PRELIMINARY AND
PERMANENT INJUCTION; DECLARATORY
JUDGMENT

IN ADMIRALTY

## STATEMENT UNDER PENALTY OF PERJURY

I, Captain Jacob Elmstrom, declare as follows:

1. I am a federally licensed mariner and Puerto Rico harbor pilot licensed by the Commonwealth of Puerto Rico and the United States Coast Guard. Presently, I work as a harbor pilot at the San Juan Harbor.

2. I have personal knowledge of the facts set out in the Second Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and TRO and Plaintiffs' Memorandum of Law in Support of Temporary Restraining Order. If called on to testify, I would competently testify as to the matters stated herein.

3. Presently, I work as a harbor pilot at the San Juan Bay. I have specialized knowledge of the local conditions and navigational hazards of the Bay of San Juan.

4. My job is to protect port infrastructure and prevent maritime accidents with catastrophic environmental consequences, ensuring uninterrupted commerce and safeguarding human life

5. As mandated by law, I must conduct my work free from commercial, political, or economic pressure to safeguard the public interest, to prevent accidents, and promote the safe operation of commerce.

6. An essential and fundamental part of my job is to communicate with the representatives of the marine industry, advise and warn them of dangerous and potentially dangerous situations, and establish mitigating measures.

7. The cease-and-desist order issued by the Puerto Rico Harbor Pilot Commission does not allow me to conduct my work as a harbor pilot thoroughly and to protect the public interest and environmental resources as mandated by law.

8. Through extensive industry-standard simulations, the San Juan Bay Pilots and New Fortress Energy agreed on the specifications of tugboats to assist in the maneuvering of large LNG vessels at the San Juan Harbor. New Fortress Energy has decided to unilaterally modify the equipment assigned for the safe maneuvering of the large LNG vessels at San Juan Harbor, creating a potential safety risk for the people of Puerto Rico and the Environment.

9. That I verify under penalty of perjury under the laws of the United States of America that the factual statements herein contained are true and correct, as are the factual statements concerning the San Juan Bay Pilots, San Juan Bay Pilots Corporation, and the situation with the defendants as narrated in this Verified Complaint. 28 U.S.C. § 1746.

In San Juan, Puerto Rico, on the 23rd day of September 2025.

_____ Captain
JACOB M. ELMSTROM
23 SEPTEMBER 2025.