**ORIGINAL**

SECRETARIA DEL SENADO
16 JUN 2025 PM 12:19

## GOBIERNO DE PUERTO RICO

20<sup>ma</sup> Asamblea  Legislativa

1<sup>ra</sup> Sesión  Ordinaria

### SENADO DE PUERTO RICO

# Nombramiento de la Licenciada Jessica Ñeco Morales como Comisionada en la Comisión de Practicaje, en capacidad de representante del Gobierno de Puerto Rico y representante de la Autoridad de Puertos por un remanente que vence el 9 de julio del 2027

**INFORME**

16 de junio de 2025  0179

**AL SENADO DE PUERTO RICO:**

Conforme a las facultades y poderes conferidos y consignados en la Resolución del Senado Núm. 15 aprobada el 16 de enero de 2025, vuestra Comisión de Innovación, Reforma y Nombramientos, tiene el honor de someter a este Alto Cuerpo su informe sobre el nombramiento de la licenciada Jessica Ñeco Morales recomendando su confirmación como Comisionada en la Comisión de Practicaje, en capacidad de representante del Gobierno de Puerto Rico y representante de la Autoridad de Puertos por un remanente que vence el 9 de julio del 2027.

El pasado 2 de junio de 2025, la Gobernadora de Puerto Rico, sometió para el consejo y consentimiento del Senado de Puerto Rico, la designación de la licenciada Jessica Ñeco Morales recomendando su confirmación como Comisionada en la Comisión de Practicaje.

La Ley Núm. 226 de 12 de agosto de 1999, según enmendada, conocida como "Ley de la Comisión de Practicaje de Puerto Rico" dispone, entre otras cosas, en su Artículo 6 lo siguiente:

0179

la Comisión estará compuesta por siete (7) comisionados, uno de los cuales será su presidente, y todos serán nombrados por el Gobernador con el consejo y consentimiento del Senado; y uno de ellos representará al Gobierno de Puerto Rico, el cual será empleado de la Autoridad de los Puertos.

El Senado de Puerto Rico, a tenor con las disposiciones de la Orden Administrativa 2025-06, delegó a la Oficina de Evaluaciones Técnicas de Nombramientos del Senado la investigación de la designada.

### I. HISTORIAL DE LA NOMINADA

La Lcda. Jessica Ñeco Morales nació en el municipio de Guayama. Actualmente reside en el Municipio de Patillas. El historial académico de la nominada evidencia que para el año 2002 completó el grado de Bachillerato en Justicia Criminal en la Universidad Interamericana de Puerto Rico. Posteriormente, para el año 2010, obtuvo un grado de *Juris Doctor* en la Facultad de Derecho de la Pontificia Universidad Católica de Puerto Rico.

Del historial profesional de la nominada se desprende que para el año 2017 trabajó en la Cámara de Representantes de Puerto Rico. Luego en el año 2018 laboró en el Municipio de Naguabo. Posteriormente, desde el año 2021 y hasta el 2023 trabajó en la Administracion de Compensaciones por Accidentes de Automóviles, donde ocupó diversas posiciones, a saber, Secretaria Ejecutiva, Directora Ejecutiva y Técnica Legal. Actualmente la licenciada Ñeco Morales funge como Coordinadora Ejecutiva en la Autoridad de los Puertos de Puerto Rico.

### II. INVESTIGACIÓN DE LA NOMINADA

La Oficina de Evaluaciones Técnicas de Nombramientos del Senado de Puerto Rico, realizó una investigación a la nominada. Dicha evaluación estuvo concentrada en dos aspectos; a saber, análisis financiero e investigación de campo.

**(a) Análisis Financiero:**

Como parte de la evaluación del nominado al cargo de Comisionada de la Comisión de Practicaje, la Oficina de Evaluaciones Técnicas de Nombramientos del Senado realizó un análisis financiero a través de un Contador Público Autorizado contratado por el Senado de Puerto Rico,



así como del personal de la oficina asignado a estas labores. Dicho análisis financiero fue basado en la documentación sometida por la Lcda. Jessica Ñeco Morales. Del resultado de dicha investigación se desprende que la nominada cumple de forma satisfactoria con sus obligaciones contributivas y financieras. Además, se desprende que no existe situación conflictiva de sus recursos, inversiones o participaciones con las funciones que la nominada va a ejercer.

**(b) Investigación de Campo:**

La investigación de campo realizada en torno a la nominación de la Lcda. Jessica Ñeco Morales cubrió diversas áreas, a saber: entrevista con la nominada, ámbito profesional y experiencia laboral, referencias personales y familiares. También se revisaron sus antecedentes provistos por el Sistema de Información de Justicia Criminal Local y Federal.

### III. CONCLUSIÓN

Luego de realizar una exhaustiva evaluación y análisis, esta Comisión reconoce que el examen de las calificaciones personales, académicas, y profesionales refleja que la nominada cumple con todos los requisitos para ejercer el cargo al que se le designa.

La Comisión de Innovación, Reforma y Nombramientos, luego de su estudio y consideración, tiene a bien someter a este Alto Cuerpo, recomendando la confirmación del nombramiento de la licenciada Jessica Ñeco Morales como Comisionada en la Comisión de Practicaje, en capacidad de representante del Gobierno de Puerto Rico y representante de la Autoridad de Puertos por un remanente que vence el 9 de julio del 2027.

Respetuosamente sometido,

Thomas Rivera Schatz
Presidente
Comisión de Innovación, Reforma y Nombramientos