Gmail

Carlos Ramos <cramos19999@gmail.com>

# Fw: Caribbean Force - Inbound service (Dead Ship)

**request services** <request_services@yahoo.com> Sun, Sep 21, 2025 at 5:27 AM
Reply-To: request services <request_services@yahoo.com>
To: Jake Elmstrom <rinconjake@hotmail.com>, Kenny Diaz <kdpilot1@gmail.com>, Carlos Gutierrez <capt.carlos.gutierrez@gmail.com>, Patrick Lopez <lofish71@yahoo.com>, Richard Flynn <rfcmarine@yahoo.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Tomas Busto <tomasbustoalvarez@gmail.com>, "A. Eberwein SJBP" <eberwein@sanjuanbaypilots.com>

----- Forwarded Message -----
**From:** Giovanni Almeyda <galmeyda@priorityroro.com>
**To:** request services <request_services@yahoo.com>; Request Services SJBP <request_services@sanjuanbaypilots.com>
**Cc:** Rorocaribbeanforce | OCTOMARITIME <rorocaribbeanforce@octomaritime.com>; Edwin Cruz Ortiz <ecruz@marinexpress.com>; Juan Manuel Colón <jmcolon@marinexpress.com>; Nestor Gonzalez <ggonzalez@marinexpress.com>; Alex Vouis <avouis@octomaritime.com>; Thanos Doukaras <adoukaras@octomaritime.com>; Technical | OCTOMARITIME <technical@octomaritime.com>; Katerina Voutsidi | SEKAVIN <kvoutsidi@octomaritime.com>; Petros Antonopoulos <pantonopoulos@octomaritime.com>; d07-smb-secsj-prevention@uscg.mil <d07-smb-secsj-prevention@uscg.mil>; D07-SMB-SECSJ-Waterways <ssjwwm@uscg.mil>; Rivera-Nunez, Yarixa D CIV USCG SEC SAN JUAN (USA) <yarixa.d.rivera-nunez@uscg.mil>; Collazo, Alejandro M CDR USCG SEC SAN JUAN (USA) <alejandro.m.collazo@uscg.mil>
**Sent:** Saturday, September 20, 2025 at 07:43:04 PM GMT-4
**Subject:** Caribbean Force - Inbound service (Dead Ship)

Good evening, P.S.:

A job request has been submitted on Tidalis PortControl for your evaluation. Caribbean Force's main engine and bow/stern thrusters are not available. The vessel will be towed by Ocoa (Svitzer, IMO: 9256585). The USCG is currently evaluating the submitted Dead Ship Tow Request and will revert upon their determination. The final service date/time will be scheduled once all the parties give their approval. If any additional information or documentation is needed, please let us know in order to assist.



Job Request
Vessel
CARIBBEAN FORCE
Register New
Dead Ship
Certificate
* IMO #
9335161
Call Sign
* Name
CARIBBEAN FORCE
* Type
Ro-Ro Cargo
* LOA
145
* Beam
22
Depth
* GT
11197
* Agency
PRIORITY RORO - MARINEX CARGO LINE
* Agent
Giovanni Almeida
Bill Other Agency
Bill To
* Movement Type
IN
* Service Time
09/22/2025
07:00
* Draft
0
Assist Tugs
OCOA SVITZER
* From Location
SEA
From Position
* To Location
OP15
To Position
SSTO

Best Regards,

PRIORITY
GLOBAL

**Giovanni Almeyda**
Supervisor, Vessel Agency
787-923-5406

Marinexpress / Priority / FDC / PR Logistics / Terraza Trucking

www.priorityglobal.com

***NOTA DE CONFIDENCIALIDAD:***

*Esta comunicación contiene la información que pertenece a PRIORITYRORO SERVICES (el remitente) que es confidencial y/o legalmente privilegiado. La información es requerida sólo para el empleo del individuo o la entidad nombrada anteriormente. Si usted no es el recipiente intencionado, usted por la presente es notificado que cualquier descubrimiento, copiar, distribución o la toma de cualquier acción en la confianza sobre el contenido de información dicha estrictamente son prohibidas. El recipiente autorizado de esta información está prohibido revelar esta información a cualquier otro partido(parte) y requiere destruir la información después de que su necesidad indicada ha sido realizada, a no ser que de otra manera no requerido por la ley. Si usted ha recibido esta comunicación por el error, por favor suprímalo de su ordenador y notifíquenos inmediatamente en (787) 833-6666 / (787) 721-1922 o por la respuesta este correo electrónico. Gracias.*

***CONFIDENTIALITY NOTE:***

*This communication contains information belonging to PRIORITYRORO SERVICES which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its*

*stated need has been fulfilled, unless otherwise required by law. If you have received this communication by error, please delete it from your computer and notify us immediately at (787) 832-4800 / (787) 622-4800 or by reply this e-mail. Thank you.*

9/23/25, 10:48 AM Gmail - Fw: Perla / Docking Port Side San Juan / 05 September

Gmail

**Carlos Ramos <cramos19999@gmail.com>**

## Fw: Perla / Docking Port Side San Juan / 05 September

**request services** <request_services@yahoo.com> Thu, Aug 28, 2025 at 1:44 PM
Reply-To: request services <request_services@yahoo.com>
To: Kenny Diaz <kdpilot1@gmail.com>, Carlos Gutierrez <capt.carlos.gutierrez@gmail.com>, Tomas Busto <tomasbustoalvarez@gmail.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>

----- Forwarded Message -----
**From:** Maria Villaran <mvillaran@totemaritime.com>
**To:** Master.PDC <master.pdc@toteservices.com>; Antonio Claudio <aclaudio@totemaritime.com>; Enrique Figueroa <efigueroa@totemaritime.com>; Kristin Soto <ksoto@totemaritime.com>; Maria Villaran <mvillaran@totemaritime.com>
**Cc:** Greg Stuart <gstuart@toteservices.com>; Dodge Kenyon <dkenyon@toteservices.com>; Chmate.PDC <chmate.pdc@toteservices.com>; Deckoffice.PDC <deckoffice.pdc@toteservices.com>; 'SJBP Request Services' (request_services@yahoo.com) <request_services@yahoo.com>; MORANTUGPR <sanjuanops@morantug.com>; Armando (atlinehandling@gmail.com) <atlinehandling@gmail.com>; Juan Ayala (Ayacol) <jayala@ayacol.com>; Joel Freytes <jfreytes@pntpr.com>; Ivan Burgos <iburgos@puertoricoterminals.com>; Efren Quezada <equezada@ayacol.com>
**Sent:** Thursday, August 28, 2025 at 09:18:19 AM GMT-4
**Subject:** RE: Perla / Docking Port Side San Juan / 05 September

Good Morning Captain:

I sending your request email to the Pilots and Ayala Personnel for their comments. Fron our side I do not see any inconvenience and this will not affect our usually discharge sequence.

**Pilots / Tugs / Line Handlers / Ayala – Please see email from Joseph Zayac, Master of Perla del Caribe and address your comments for next week docking.**

Cordially,

TOTE
Maritime Agency Puerto Rico

**María Y. Villarán** | Cargo Vessel Supervisor | **TOTE Maritime Agency Puerto Rico, LLC**

C Avenue, Pier M, Puerto Nuevo, San Juan, PR 00920 | 787-721-2330, ext. 2326 | www.totemaritime.com

Follow Us On

https://mail.google.com/mail/u/0/?ik=3a61aded5c&view=pt&search=all&permmsgid=msg-f:1841722115685518589&simpl=msg-f:1841722115685518589 1/3

**From:** Master.PDC <Master.PDC@toteservices.com>
**Sent:** Thursday, August 28, 2025 8:17 AM
**To:** Maria Villaran <MVillaran@totemaritime.com>; Antonio Claudio <AClaudio@totemaritime.com>; Enrique Figueroa <efigueroa@totemaritime.com>; Kristin Soto <ksoto@totemaritime.com>
**Cc:** Greg Stuart <GStuart@toteservices.com>; Dodge Kenyon <DKenyon@toteservices.com>; Chmate.PDC <chmate.pdc@toteservices.com>; Deckoffice.PDC <Deckoffice.PDC@toteservices.com>
**Subject:** Perla / Docking Port Side San Juan / 05 September

San Juan Team,

I would like to discuss the possibility of the vessel docking Port Side to in San Juan 05 September. The vessel is due to exercise its starboard lifeboat and we are unable to do so when docked starboard side to. We will not have fructose onboard(we have a scheduled outage) so that will not be an issue. The issue previously that prevented us from docking port side to was that the white crane could not discharge 53' containers. With the current crane maintenance on the eastern most blue crane, and us using the Ayacolon cranes this should not be a problem. Docking port side to may increase production as there will not be as many spreader changes with the Ayacolon cranes.

I currently do not see any other reason as to why we wouldn't be able to dock port side to. I wanted to open it up to the team for comments/concerns. I will discuss with the pilots as well tomorrow to see if they have any issues/concerns.

Thank you.

Best Regards,

Joseph W. Zayac III

Master, Perla Del Caribe

EMAIL: master.pdc@toteservices.com

Cell: (845) 642-1878

FBB Ph: +870 773 409 824

**5 attachments**

**image002.png**
1K

**image004.png**
3K

9/23/25, 10:48 AM Gmail - Fw: Perla / Docking Port Side San Juan / 05 September

**image005.png**
5K

**image007.png**
4K

**image006.wmz**
3K

https://mail.google.com/mail/u/0/?ik=3a61aded5c&view=pt&search=all&permmsgid=msg-f:1841722115685518589&simpl=msg-f:1841722115685518589 3/3

Gmail

**Carlos Ramos <cramos19999@gmail.com>**

---

## Fwd: Ocean Data Sensor for Port Operations

**Richard Flynn** <rfcmarine@yahoo.com>
To: Carlos Ramos <cramos@sanjuanbaypilots.com>

Tue, Sep 23, 2025 at 10:41 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Richard Flynn <rfcmarine@yahoo.com>
> **Date:** September 10, 2025 at 9:43:25 AM AST
> **To:** kenneth diaz <kdpilot1@gmail.com>, Patrick Lopez <lofish71@yahoo.com>, Tomas Busto <tomasbustoalvarez@gmail.com>, "Capt. C. Ramos" <cramos@sanjuanbaypilots.com>, Jacob Elmstrom <rinconjake@hotmail.com>, Juan Carlos Gutierrez <capt.carlos.gutierrez@gmail.com>
> **Subject: Fwd: Ocean Data Sensor for Port Operations**
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Torres, Ismael CIV USCG SEC SAN JUAN (USA)" <Ismael.Torres@uscg.mil>
> > **Date:** September 10, 2025 at 8:50:47 AM AST
> > **To:** Richard Flynn <rfcmarine@yahoo.com>
> > **Subject: FW: Ocean Data Sensor for Port Operations**
> >
> > Buenos días Richard , aquí comparto el , plan para el Ocean Data Sensor que ustedes pidieron, déjame saber tu opinión al respecto y tu disponibilidad para la semana que vienen para reunirnos y cuadra esta operación, saludos.
> >
> > R,
> >
> > Mr. Ismael Torres, MBA
> >
> > Port Security Specialist/Port Recovery
> >
> > // U.S. Coast Guard, Sector San Juan, Emergency Management
> >
> > Off: 787-289-2080
> >
> > Cell: 939-417-8172
> >
> > ismael.torres@uscg.mil

*" Your focus determines your reality"*

---

**From:** Patricia Chardon Maldonado <patricia.chardon@upr.edu>
**Sent:** Tuesday, September 9, 2025 4:31 PM
**To:** Tibu <tibu@caribecoastaleng.com>; Torres, Ismael CIV USCG SEC SAN JUAN (USA) <Ismael.Torres@uscg.mil>
**Subject:** [Non-DoD Source] Ocean Data Sensor for Port Operations

Saludos Ismael,

Presento, virtualmente, a Omar López, gran amigo y colega que estará liderando los esfuerzos de instalar equipo oceanográfico en el puerto de San Juan. Se que hubo un "hiato" en la discusión de esta iniciativa, pero quisiera retomar el tema y poder asistir con el proceso/logística.

Ismael, luego de una corta llamada con Omar, entiendo que la mejor opción para San Juan sería la boya 3 o 4 (imagen adjunta) por el diámetro de dicha boyas [Bahia De San Juan Lighted Buoy 3 (LLNR 30765)-8×26LR/) Bahia De San Juan Lighted Buoy 4 (LLNR 30770)- 8×26]. Aún así, entiendo que esto necesita una reunión para ir sobre detalles y aclarar cualquier duda.

Me gustaría coordinar una reunión con ustedes para la próxima semana, si es posible. Déjenme saber que disponibilidad tienen y me encargo de enviar la invitación para una llamada virtual.

Les agradezco el interés de apoyarnos en esta iniciativa y por su tiempo.

Gracias.

-Patricia

**Patricia Chardón-Maldonado, PhD**

Deputy and Technical Director

Caribbean Coastal Ocean Observing System Inc. (CARICOOS)

---

**E** patricia.chardon@caricoos.org **W** www.caricoos.org

**A** PO Box 3446, Lajas, PR 00667

**P** +1 (787) 832-4040 x 6351

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is

strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

---

**2 attachments**

**SJBAY_Buoys.png**
184K

**8x26LR Specs.pdf**
67K

Gmail

Carlos Ramos <cramos19999@gmail.com>

**Fwd: Servicio de atraque para el MV Cymbidium**

**Richard Flynn** <rfcmarine@yahoo.com>
To: Carlos Ramos <cramos@sanjuanbaypilots.com>

Tue, Sep 23, 2025 at 10:49 AM

Sent from my iPhone

Begin forwarded message:

**From:** request services <request_services@yahoo.com>
**Date:** September 18, 2025 at 3:22:27 PM AST
**To:** Richard Flynn <rfcmarine@yahoo.com>, Jake Elmstrom <rinconjake@hotmail.com>, Patrick Lopez <lofish71@yahoo.com>
**Subject: Re: Servicio de atraque para el MV Cymbidium**
**Reply-To:** request services <request_services@yahoo.com>

Last response to an inquiry. -tati

request services
From:request_services@yahoo.com
To:Master.PDC,Antonio Claudio,Enrique Figueroa,Kristin Soto,Maria Villaran
Cc:Diana Rivera
Bcc:Carlos Ramos,Carlos Gutierrez,Kenny Diaz,Tomas Busto

Thu, Aug 28 at 7:29 PM

**Good evening,**

**Current state directives from the pilot commission prevent the pilots from engaging in these types of discussions, a restriction that is now being challenged in court.**

**Once the issue is resolved we would be happy to assist.**

**Best Regards,**
**San Juan Bay Pilots.**

Hide original message
On Thursday, August 28, 2025 at 09:18:19 AM GMT-4, Maria Villaran <mvillaran@totemaritime.com> wrote:

Good Morning Captain:

I sending your request email to the Pilots and Ayala Personnel for their comments. Fron our side I do not see any inconvenience and this will not affect our usually discharge sequence.

Pilots / Tugs / Line Handlers / Ayala – Please see email from Joseph Zayac, Master of Perla del Caribe and address your comments for next week docking.

Cordially,

**María Y. Villarán** | Cargo Vessel Supervisor | **TOTE Maritime Agency Puerto Rico, LLC**

C Avenue, Pier M, Puerto Nuevo, San Juan, PR 00920 | 787-721-2330, ext. 2326 | www.totemaritime.com   

**From:** Master.PDC <Master.PDC@toteservices.com>
**Sent:** Thursday, August 28, 2025 8:17 AM
**To:** Maria Villaran <MVillaran@totemaritime.com>; Antonio Claudio <AClaudio@totemaritime.com>; Enrique Figueroa <efigueroa@totemaritime.com>; Kristin Soto <ksoto@totemaritime.com>
**Cc:** Greg Stuart <GStuart@toteservices.com>; Dodge Kenyon <DKenyon@toteservices.com>; Chmate.PDC <chmate.pdc@toteservices.com>; Deckoffice.PDC <Deckoffice.PDC@toteservices.com>
**Subject:** Perla / Docking Port Side San Juan / 05 September

San Juan Team,

I would like to discuss the possibility of the vessel docking Port Side to in San Juan 05 September. The vessel is due to exercise its starboard lifeboat and we are unable to do so when docked starboard side to. We will not have fructose onboard(we have a scheduled outage) so that will not be an issue. The issue previously that prevented us from docking port side to was that the white crane could not discharge 53' containers. With the current crane maintenance on the eastern most blue crane, and us using the Ayacolon cranes this should not be a problem. Docking port side to may increase production as there will not be as many spreader changes with the Ayacolon cranes.

I currently do not see any other reason as to why we wouldn't be able to dock port side to. I wanted to open it up to the team for comments/concerns. I will discuss with the pilots as well tomorrow to see if they have any issues/concerns.

Thank you.

Best Regards,

Joseph W. Zayac III
Master, Perla Del Caribe
EMAIL: master.pdc@toteservices.com
Cell: (845) 642-1878
FBB Ph: +870 773 409 824

On Thursday, September 18, 2025 at 11:03:09 AM GMT-4, Patrick Lopez <lofish71@yahoo.com> wrote:

Good day all,

I don't see a problem with birthing the Cymbidium vessel as suggested. Comments? But how can we reply if we have a "gag order imposed by the Pilotage Comision"?

Patrick

On Wednesday, September 17, 2025 at 05:35:37 PM AST, request services <request_services@yahoo.com> wrote:

Ship is arriving between Sept. 20-21. -tati

----- Forwarded Message -----
**From:** Luis Negroni <lnegroni@tcmcpr.com>
**To:** Request Services SJBP <request_services@yahoo.com>
**Cc:** Luis Negroni Pla <operations@tcmcpr.com>
**Sent:** Wednesday, September 17, 2025 at 05:02:33 PM GMT-4
**Subject:** Servicio de atraque para el MV Cymbidium

A San Juan Bay Pilots
Re MV Cymbidium

Estimados capitanes

Buenas tardes

Adjunto a este correo encontrarán la foto en referencia al atraque del MV Cymbidium, cuyas especificaciones son las siguientes:

LOA : 115 metros
Calado max de llegada: 7.18 metros

Se espere que el barco se atraque dentro de las areas en la foto en rectángulo verde.

Con el fin de garantizar un atraque seguro en el terminal, estaremos colocando fenders adicionales en el atracadero tal como y donde de se observa en la imagen adjunta.

Agradecemos mucho su opinion y recomendaciones al respecto a la maniobra y para el atraque seguro de la embarcación

Quedo atento a su respuesta.

Respetuosamente,

Brgds/ Luis Negroni
Transcaribbean Maritime Corp
Pier 15 - Miraflores St. - Miramar
San Juan, P.R.  00907
Tel 787-722-2249 , 787-723-1680
Fax 787-725-3977
Email  operations@tcmcpr.com ,
lnegroni@tcmcpr.com
Mobile 787-644-4728 / 787-646-5862

<image008.png>
<image003.png>
<image009.png>
<image001.png>
<image010.png>
<image011.png>



Carlos Ramos <cramos19999@gmail.com>

## Meeting with NOAA

**Richard Flynn** <rfcmarine@yahoo.com> Mon, Sep 8, 2025 at 10:13 AM
To: Carlos Gutierrez <capt.carlos.gutierrez@gmail.com>, Tomas Busto <tomasbustoalvarez@gmail.com>, Patrick Lopez <lofish71@yahoo.com>, "Capt. C. Ramos" <cramos@sanjuanbaypilots.com>, Jacob Elmstrom <rinconjake@hotmail.com>, kenneth diaz <kdpilot1@gmail.com>

Good day,

Ismael Torres from USCG called and informed me that Nic Alvarado from NOAA would like to meet with us on Thursday 11 of September at 1145 to discuss the electronic NOAA chart for San Juan.

With everything that is happening I don't know if we should have the meeting.

What do you guys think?

Richie

Sent from my iPhone