

**ELSEVIER**

Available online at www.sciencedirect.com

**SciVerse ScienceDirect**

Procedia Engineering 45 (2012) 70 – 76

**Procedia Engineering**

www.elsevier.com/locate/procedia

# 2012 International Symposium on Safety Science and Technology
# Fire and explosion risk analysis and evaluation for LNG ships

## LI Jianhua[a], HUANG Zhenghua[b]

[a]*Department of Fire Command, Chinese People's Armed Police Force Academy, Langfang 065000, Hebei, China*
[b]*Department of Fire Engineering, Chinese People's Armed Police Force Academy, Langfang 065000, Hebei, China*

## Abstract

Liquefied natural gas(LNG) has large fire and explosion hazard and China's imports of LNG by sea will present rapid growth in the next decade. Analyses were made for the fire fatalness of LNG ships. The risk evaluations of fire and explosion in the LNG ship were made at a different angle by use of the Dow method, BLEVE model and VCE model. The clear, accurate, comprehensive evaluation findings were obtained, in which the fire and explosion hazard index $F\&EI$ is 168 and the degree of risk is 'very large' before the security measure compensations, but after security measure compensations, fire and explosion risk index $F\&EI$ falls and the degree of risk is reduced,. The results could be applied as references to the scientific management and the adoption of safety measures for the shipping enterprises that plan and participate actively to import LNG project.

© 2012 The Authors. Published by Elsevier Ltd. Selection and/or peer-review under responsibility of the Beijing Institute of Technology. Open access under CC BY-NC-ND license.

*Keywords*: LNG ship; fire ; explosion; fatalness; risk evaluation

## 1. Introduction

Liquefied natural gas (LNG) is liquid fluid basically composed of methane, containing traces of ethane, propane, nitrogen or other components usually present in natural gas as well, the density of which is 447 kg / m³. According to the national energy strategy, importing natural gas from abroad is an important way to alleviate the energy shortage in China. China's imports of liquefied natural gas by sea will present rapid growth in the next decade[1]. However, LNG has large fire and explosion hazard, thus it is extremely important to analyze and safety evaluate fire and explosion risk of LNG ships systematically and objectively, and solve problems in long-distance transportation effectively.

## 2. Basic situation of LNG ship

The main technical parameters of a 147 000 m³ LNG vessel of MOSS type [2]: length 292m, width 48.1m, depth 22.5m, sea gauge 11.5m, load 70620t; Capacity of liquid hold 147200m³; Cargo containment system are one ball aluminum alloy tank, inner diameter of which is 40.44 m, and three vertical heightening aluminum alloy spherical tanks, inner diameter of which 40.44m and 2.65m of vertical heightening; 98.5% of load is 145000m³ (-163 ℃); Evaporation rate of LNG is 0.13% / d; Host are steam turbine (high + low-pressure turbine, gear box), MCR power is about 26MW; Two dual-fuel (HFO and / or LNG) steam boilers; Cargo pumps are 4 spherical tanks× 2 sets / spherical tank× 1375m³ / h and spray pumps are 4 sets × 55m³/h; Generators are one set of diesel generator and 2 sets of steam turbine generators, each 2,700 kW ; Emergency generator is 700kVA approximately; Quota is of up to 49 persons per compartment with 40 compartments; Decorative area is about 2780m²; Hull fatigue life is 40 years.

Technical characteristics of MOSS spherical tank are design pressure 0.5 MPa, the maximum working pressure 0.45 MPa, designed interior temperature -196 ℃, interior working temperature -162.3 ℃. Interior gallbladder material is extruded polystyrene foam. Outer gallbladder material is 0.25 mm aluminum film. Upper and lower hemisphere tank is with SG insulation form.

1877-7058 © 2012 Published by Elsevier Ltd. Open access under CC BY-NC-ND license.
doi:10.1016/j.proeng.2012.08.123

The advantages of MOSS-type ship are that aluminum alloy structure is solid, which does not damage unless direct impacting; no internal stiffeners, check easily and safe; less liquid sloshing effects, without load restrictions. The drawbacks are that the ship has a large size and a large hatch on the deck. The deck structure is not continuous and more stress concentration points. Centre of gravity of liquid cargo is high, difficult manipulation, especially in the upper deck with large wind area. In the big ship, even though the poop is several layers higher than oil tanker, the sight of the steering stand is not ideal[3].

## 3. Fire and explosion hazards of LNG ship

### 3.1. Fire risk

LNG is highly flammable and explosive substance with ignition point of 650 ℃, rapid flame propagation, large mass burning rate about 2 times more than gasoline, high flame temperature, so the burning is of strong radiant heat, easy to form large area of fire, with characteristics of recrudescence, re-explosion and difficult to stamp out.

Liquefied natural gas in the ships are stored at low temperature (−162 ℃) and atmospheric pressure. Liquid cargo of ultra-low temperature contacting with general hull, because local cooling produces excessive thermal stress, will make the hull brittle fractures spontaneously, and loses ductility, thereby endangering the entire ship's structure. LNG's easy vaporization at room temperature makes the pressure and temperature inside the hold rise easily, thus damages the structure of the hold. Breakage in the combination of working pipeline and loading and unloading system, rupture in liquid hold, collision and other factors may lead to leakage of liquefied gas, which will result in fire accidents when encountering fire.

### 3.2. Risk of vapour cloud explosion

The boiling point of LNG (taking methane into account) is −162 ℃, easy to be gasified. Volume of gasified LNG in unit will increase 625 times. Once spherical tanks of liquefied natural gas in LNG ship leaks, initial flash vaporization of the leaking liquefied natural gas occurs in the air, generating lots of steam instantaneously, mixing with surrounding air and forming cold steam fog and white smoke after condensation in the air, then diluted and heated to form flammable gas cloud with air, and reaching explosive concentrations (5% −15%), which will lead to vapour cloud explosion when encountering fire.

### 3.3. Hazard of boiling liquid expanding vapour explosion

When liquefied natural gas spherical tanks on the ship are heated or exposed to external flame for a long time baking, the intensity of spherical tanks will gradually decreases. When the intensity decreases to a certain extent, the sphere will suddenly burst, resulting pressure suddenly reduces, and liquefied natural gas vaporizes and burn rapidly, resulting in boiling liquid expanding vapour explosion (BLEVE) accidents[4]. The energy of steam explosion derives from two sides. On the one hand, liquefied natural gas sphere itself is a high-pressure container. Its suddenly burst can release tremendous energy and produce shock waves and throw container pieces to the distant. On the other hand, intense burning of liquefied petroleum gas can release enormous heat, resulting in a huge fireball and strong thermal radiation.

## 4. DOW safety assessment method

Based primarily on the potential energy of matters and the existing safety measures, DOW method can be used to identify, analyze and evaluate inherent or potential fire and explosion hazards in the production or the operation process, and the seriousness of the consequences that are led to, and to quantify the number of systems or the risk of an action according to the set index, level, or probability, then to determine the probability of occurrence and the degree of risk.

According to DOW evaluation[5,6], based on unit material coefficient $MF$, general technical risk factor $F_1$ and special technical risk coefficient $F_2$, the unit technology risk factor $F_3$ and fire and explosion index $F\&EI$ were gotten through a series of calculations. On the basis of current safety measures taken by the evaluation unit, the technical compensation coefficient $C_1$, material compensation coefficient $C_2$, and fire prevention measures compensation coefficient $C_3$ were determined, then the safety compensation coefficient $C$ was calculated. The fire and explosion index $F\&EI'$ after safety compensation, criticality, hazard radius $R$ and hazard factor $DF$ were determined by use of figure of cell hazard coefficient calculation[3]. Calculation results of DOW method of a certain 147,000 m$^3$ MOSS type LNG vessel are in Table 1. Values of safety index of the evaluation unit before and after security measures compensation are in Table 2.

Table 1. Calculation results of DOW safety evaluation

Evaluation unit: A certain 147,000 m³ MOSS type LNG vessel

Main material: Methane

| | | Material coefficient $MF=21$ | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Sum |
| Unit fire and explosion hazard index | General process fatalness | Items | Coefficients | Reasons for coefficient choice | | |
| | | A. Basic coefficient of general technical risk | 1.00 | Basic coefficient | | 2.70 |
| | | B. Handling and transportation of materials | 0.85 | Open canned flammable liqui d, flammability of which is $Nf=4$ | | |
| | | C. Passage | 0.35 | Emergency forces can not reach, the sea far from land | | |
| | | D. Emissions and leakage control | 0.50 | Emissional facilities are not good | | |
| | Special technical fatalness | A. Basic coefficient of special technical risk | 1.00 | Basic coefficient | | |
| | | B. Toxic materials | 0.20 | Toxicity of LNG is $Nh=1$ | | 10.73 |
| | | C. Burning area or operations nearby | 0 | Using vapor recovery system, and ensuring air tightness | | |
| | | D. Number of flammable and volatile substances | 8.80 | Flammable and volatile substances are in large quantities, taking the maximum into account | | |
| | | E. Pressure | 0.23 | According to $Y=0.16109+1.6150X/1000-1.42879(X/1000)^2+0.5172(X/1000)^3$, where $X$ is gauge pressure, $Y$ is risk coefficient | | |
| | | F. Low temperature | 0.30 | Using technical equipment made of carbon steel structure, operating temperature is less than changing temperature | | |
| | | G. Leakage | 0.10 | Pump and gland seal may have a slight leak | | |
| | | H. Corrosion | 0.10 | LNG containing very small amount of carbon dioxide, sulfur compounds and so on | | |
| Hazard coefficient $F_3=F_1\times F_2$ | | | 28.97 (According to the DOW rule we take 8.0) | | | |
| Fire and explosion hazard index $F\&EI=F_3\times MF$ | | | 168 | | | |
| security compensation measures | Technical control compensation coefficient $C_1$ | A. Emergency power supply | 0.98 | Normal state automatically switches to emergency state with emergency power supply | | |
| | | B. Cooling | 0.99 | Fixed fire cooling water system is equipped and fire hydrants and water cannons are set outside the fire dike | | 0.66 |
| | | C. Handling rules | 0.91 | Strict and perfect handling rules have been developed | | |
| | | D. Restrain explosion | 0.84 | Vapor processing equipments are set | | |
| | | E. Emergency stop device | 0.96 | Important rotating equipment with vibration detector, the device can automatically disabled | | |
| | | F. Inert gas protection | 0.96 | Equipments storing flammable gas have continuous inert gas protection | | |

*LI Jianhua and HUANG Zhenghua / Procedia Engineering 45 (2012) 70 – 76*          73

| | | | | |
|---|---|---|---|---|
| | G. Computer control | 0.97 | Direct control technical operations and has fail-safe function | |
| Material segregation compensation coefficient $C_2$ | A. Remote control valve | 0.98 | Remote shut-off valve | 0.94 |
| | B. Spare releasing device | 0.98 | Emergency ventilation tube emits gas and vapor to confined groove | |
| Fire safety compensation coefficient $C_3$ | A. Leak detection device | 0.94 | Combustible gas detector is installed, starting the protective system before reaching the lower combustion limit | 0.66 |
| | B. Steel structure | 0.95 | All load-bearing steels are coated with a fire retardant coating layer of > 10mm height | |
| | C. Fire water supply system | 0.94 | Two fire pumps are equipped in the bottom, pressure and water capacity of which meet the requirements | |
| | D. Sprinkler system | 0.97 | Having sprinkler system | |
| | E. Portable fire extinguishers / spray guns | 0.95 | Fire hydrants are equipped in the cabins, portable and push-type fire extinguishers and remote control water guns are equipped in the unit | |
| | F. Cable protection | 0.94 | All cables are buried or laid | |
| | G. Special system | 0.91 | Tanks are designed as sandwich wall structure. When the wall leaks, the ektexine can withstand all load | |
| Security compensation measures coefficient $C=C_1 \times C_2 \times C_3$ | | 0.40 | | |
| Fire and explosion index after compensation $F\&EI' = F\&EI \times C$ | | 67.2 | | |

Table 2.  Values of safety index of DOW evaluation unit before and after security measures compensation

| Items | Before compensation | After compensation |
|---|---|---|
| Material coefficient *MF* | 21 | 21 |
| Fire and explosion hazard index *F&EI* | 168 | 67.2 |
| Criticality | Super great(>159) | Light(61–96) |
| Radius of exposed area *R*(m) ($R = F\&EI \times 0.256$) | 127.9 （Including twice the sphere diameter and sphere clearance 84.86m） | 102.1 （Including twice the sphere diameter and sphere clearance 84.86m） |
| Area of exposed area (m²) | 51365.4 | 32732.6 |
| Harm coefficient *DF* (See Figure of unit harm coefficient calculation) | 0.83 | 0.83 |

## 5. Vapor Cloud Explosion Risk Assessment of LNG Vessel

Application Research School of Netherlands [TNO (1979)] suggested the following method to predict the damage radius of shock wave in vapor cloud explosion.

$$R = C_S (NE)^{\frac{1}{3}}$$

(1)

where $R$ is the damage radius, m; $E$ is the explosion energy, kJ, $E = V \bullet H_c$; $V$ is the volume of combustible gas involved in the reaction, m3; $H_c$ is the high value of heat of combustion of combustible gas, methane $H_c = 39860$ kJ / m³; $N$ is the efficiency factor, value of which is related to the loss proportion caused by burning concentration continuing to expand and the amount of mechanical energy from fuel combustion, generally taken $N = 10\%$; $C_s$ is empirical constants, depending on the damage level [7,8].

Evaluation of vapor cloud explosion occurring on LNG vessel is shown in Table 3.

74

*LI Jianhua and HUANG Zhenghua / Procedia Engineering 45 (2012) 70 – 76*

Table 3. Evaluation of vapor cloud explosion occurring on LNG vessel

| Explosion energy E/kJ | Damage level | $C_s/mj^{-1/3}$ | Damage of equipments | Injury of personnel | Radius of damage/m |
|---|---|---|---|---|---|
| 3.667×10$^{12}$ | 1 | 0.03 | Hit buildings and processing equipments seriously | 1% died of lung injury > 50% eardrum ruptured > 50% hit by pieces | 214.7 |
| | 2 | 0.06 | Damage to the exterior of buildings, repairable damage | 1% eardrum ruptured 1% hit by pieces | 429.5 |
| | 3 | 0.15 | Glass is broken | Hit by pieces | 1073.7 |
| | 4 | 0.4 | 10% glass is broken | — | 2863.1 |

## 6. Risk assessment of boiling liquid expanding vapour explosion in LNG ship

According to the ILO model[7, 8] proposed by International Labour Organization.

$$\text{Radius of fireball} \quad R = 2.9W_f^{1/3} \tag{2}$$

$$\text{Duration of fireball} \quad t = 0.45W_f^{1/3} \tag{3}$$

where $R$ is radius of fireball, m; $W_f$ is the mass of combustible consumed in fireball, kg, taking 50% of tank capacity for single tank storage, 70% of tank capacity for two-tank storage, and 90% of tank capacity for multiple tank storage.

$$\text{Radiant heat flux} \quad q = q_0\tau F \tag{4}$$

where $q_0$ is radiation flux on fireball surface, taking 270 kw/m2 for cylindrical tank, and 200 kw/m2 for spherical tank; $\tau$ is atmospheric transfer coefficient; F is view factor.

$$\text{Atmospheric transfer coefficient} \quad \tau = 1 - 0.058\ln r \tag{5}$$

where r is the distance between the target and fireball center.

$$\text{View factor for the surface parallel to the ground} \quad F = \frac{HR^2}{\left(X^2 + H^2\right)^{3/2}} \tag{6}$$

where $H$ is the height of fireball center, m; $X$ is the distance between fireball center and projection of the target on the ground, m.

Damage on the human body is expressed by thermal radiation probability under the impact of thermal radiation in vapor explosion. Assuming that the exposure area of human is 20% of skin surface, the following thermal radiation equation can be used.

$$\text{Death} \quad P_r = -37.23 + 2.56\ln\left(t_e q^{4/3}\right) \tag{7}$$

$$\text{Second degree burn} \quad P_r = -43.14 + 3.0188\ln\left(t_e q^{4/3}\right) \tag{8}$$

$$\text{First degree burn} \quad P_r = -39.83 + 3.0186\ln\left(t_e q^{4/3}\right) \tag{9}$$

where $q$ is the heat flux body received, w/m$^2$; $P_r$ is injury probability units (corresponding to the percentage of 50%); $t_e$ is the time for human exposed to heat radiation, s.

To study the damage to substances under the impact of thermal radiation in vapor explosion, wood ignited by the thermal radiation was studied. Radius of ignited wood is the distance between the ignited wood and the LNG storage tank. The following equation can be used to estimate the critical heat flux q (w/m$^2$) required for the ignition of wood.

*LI Jianhua and HUANG Zhenghua / Procedia Engineering 45 (2012) 70 – 76*                75

$$q = 6730t^{-0.8} + 25400 \tag{10}$$

Radius of fireball of 147200 m³ LNG ship is 1130.4m, and duration of fireball is 175.4s. Taking lift height of fireball for the radius of the fireball, namely, $H = R$, the thermal radiation flux for the target received is shown in Figure 1; the distribution of damage to the surroundings depending on the radiation time is shown in Fig. 2.



Fig.1. Thermal radiation flux the target received.



Fig. 2. Damage to the surroundings of the fireball

## 7. Discussions

Risk prediction of vapour cloud explosion depends on equipment materials, system reliability, operation and management level, environmental conditions, weather conditions, and many other factors. In predicting the risk of vapour cloud explosions, the initial conditions were ideal. If all automatic monitoring equipments fail, the corresponding pipes and valves are unable to close, causing tremendous and rapid leakage of LNG on board, which mixes with the surrounding air and forms a large coverage of 'premixed cloud', where the amount of the gas soon rising into the sky when releasing is not counted. So the predicted results have a certain deviation from the actual situation.

In city planning, the LNG shipping routes should not lay in places or units of high density of person or property; when the LNG ship accident occurs, people and valuable materials should be evacuated to safe areas in time, avoiding great staff and property damage.

It can be seen from the above evaluation results, the damage radius drawn by DOW method is much smaller than that drawn by the latter two. The reason is that according to the DOW method (seventh edition), values of risk factor are generally less than 8.0, if greater than 8.0, taking the maximum 8.0. In the evaluation of LNG ship of 147,000m³, we found that the calculation of the ship's risk factor is 28.97. If the value is 28.97, the final damage radius is consistent with the conclusion of vapour cloud explosion (VCE) quantitative assessment model.

According to the general principles of safety assessment, if a hazardous material has a variety of accident forms, and there are significant differences between the consequences of the accidents, we considered the most serious form of accident. Since LNG ship has accident forms of fire, vapour cloud explosion (VCE) and boiling liquid expanding vapour cloud explosion (BLEVE) and others, the assessment of accident consequence and the development of accident prevention measures should take boiling liquid expanding vapour cloud explosion (BLEVE) into account.

## 8. Conclusions

According to fire and explosion hazard index method by DOW Chemical Company of the United States, we figure out that, fire and explosion hazard index *F&EI* is 168 and the degree of risk is 'very large' before the security measure compensations, in the event of fire and explosion accident, the actual hazard radius is 127.9m and the hazard area is 51365.4m², and 83% of the facilities in this region will be destroyed. After security measure compensations, fire and explosion risk index *F&EI* falls to 67.2, hazard radius decreases to 102.1m, the hazard area decreases to 32732.6m², the degree of risk is 'light', a fall of three risk levels, greatly reducing the fire and explosion hazard. Therefore, the safety measures of LNG ship are perfect, with better security.

Through the vapour cloud explosion (VCE) quantitative evaluation model, it can be drawn that, in 214.7m of radius from the center of the LNG ship, the buildings and processing equipments would be hit heavily; 1% of people died in the lung

*LI Jianhua and HUANG Zhenghua / Procedia Engineering 45 (2012) 70 – 76*

injury, more than 50% endured eardrum rupture, more than 50% injured by debris. Within a radius of 429.5m, the exterior of facilities and buildings appears repairable damage; 1% of people endured eardrum rupture; 1% injured by debris. Within a radius of 1073.7m, glass would be broken, there were people injured by debris. Within a radius of 2863.1m, 10% of glass would be broken. That is to say, the consequence of vapour cloud explosion (VCE) is also serious, which causes huge property losses and casualties as the same.

Through the boiling liquid expanding vapour cloud explosion (BLEVE) quantitative evaluation model, it can be drawn that, when exposed to the fireball radiation after 15s and within 1400 m from the LNG ship, more than 50% of the people would die; within 1600m more than 50% would be second degree burn; within 2300m more than 50% would be first degree burn. That is to say that the consequences of boiling liquid expanding vapour explosion (BLEVE) are very serious, which can cause enormous property damage and casualties.

### References

[1]  Zhang Yong, 2006. Marine Transport of Liquefied Natural Gas. Waterway Engineering（in Chinese）362 (3),p:65-67.

[2]  2005. Primary Study of Design and Construction of 147,000 m³ MOSS LNG Ship. Ship Engineering（Supplement）（in Chinese）27,p. 99-105.

[3]  Zhang Zesong, Wang Yanying, 2003.Shallow Analysis of Types of LNG Carrying Ships. Marine Engineering（in Chinese）25 (4),p 25-30.

[4]  Huang Pengcheng, 2006.Consideration of Characteristics and Management of LNG Ships. Seamanship（in Chinese）5,p.44-46.

[5]  Gu Xiangbo, 2001.Safety Analysis Methods and Applications of Oil and Chemical Technics . Beijing: Chemical Industry Press,p.98-165.

[6]  Zhao Yaojiang,2008.Safety Evaluation Theories and Methods. Beijing: Coal Industry Press,p.71-105.

[7]  Liu Tiemin, Zhang Xingkai, Liu Gongzhi, 2005.Application Guidelines of Safety Assessment. Beijing: Chemical Industry Press, p.284-288.

[8]  Yu Deming, 2000.Quantitative Risk Assessment of Storage and Transportation Process of Inflammable, Explosive, Toxic Hazardous Materials. Beijing: China Railway Press, p.107-153.