WSA Risk Assessment



ID 12

# **Navigation Simulations**

# Navigation Simulations



## Navigation Simulations

- NFE successfully conducted four separate navigation simulation assessments
  - January 14-17, 2024
  - February 18-21, 2024
  - April 15-18, 2024
  - May 3-6, 2024
- Simulations were conducted in Houston, TX at the Seamans Church Institute Center for Maritime Education
- Simulations were supported and conducted by experienced Pilots and Tug operators to include the San Juan Pilots Association using the Kongsberg Simulator System



# Navigation Simulations



## Navigation Simulations Purpose, Scope, and Objectives

The primary purpose of the simulation project was to provide an operational analysis of the proposed dock for its intended use where there will be a 293m FSRU vessel alongside the berth, with a 285m LNG service vessel to be used as a resupply ship to be berthed alongside.

Simulation objectives included:

- Validating the marine terminal design and configuration
- Determining the adequacy and number of typical tug capabilities/bollard pull requirements to perform escort maneuvers for transits as well as maneuvering/berthing operations
- Determining the upper environmental limits (wind speed/direction, tidal current conditions, and visibility restrictions) for safe transits, and berthing/unberthing operations
- Identifying tug reserve power requirements and planned redundancy during LNG/ Containership maneuvers, to include requirements during emergency maneuvers, casualties, and/or tug failures
- Evaluating the adequacy of channel dimensions, recommend possible dredge areas for bend easing, tug shelves, or other maneuvering areas to enhance safety of vessel transits
- Evaluating the adequacy of existing navigational aids and possible new aids or relocation of existing aids

# Navigation Simulations



Terminal layout and vessel 3d Models were developed to support simulations






# Navigation Simulations



## Navigation Simulation Run Summary

- Team completed two phases for a total of 87 simulation runs using 60t and 80t bollard tugs and various vessel sizes/types

- Simulation runs consisted of:

  - Vessel arrivals in a laden/loaded condition
  - Maneuvering adjacent to the NFE Marine Terminal
  - Berthing in a laden/loaded condition
  - Vessel departures in ballast
  - Various environmental conditions (wind direction, day/night, tides)
  - Emergency scenarios (loss of propulsion, loss of steering, tug failure)

9/16/2025

# Navigation Simulations



**Phase I** consisted of simulations to test/validate models and concept using the current/existing dredge profile in the port.

- Desktop simulation using between two or four vector tugs (tugs which are controlled by the instructor station) depending on the run objective

- 60t bollard tugs were significantly limited in capacity in higher wind and current conditions

- It was determined that the 60t bollard tugs were insufficient for handling large vessels of the proposed size primarily due to operating at maximum power when underway in the Army Channel and while stopping and turning/maneuvering vessels at the berth

| | Phase 1 – Desktop simulations to test existing/validation of area database, models, and concept using existing dredge profile | | | |
|---|---|---|---|---|
| **Run** | Description – Dredge profile (Existing Conditions) | Tugs (# & BP) | Wind (° & kts) | Depth Profile |
| 1 | Loaded LNG vessel FSRU to dock at NFE, docking port side | 4 x 60t | 090 @ 17 | Existing |
| 2 | Loaded LNG vessel FSRU to dock at NFE, docking port side | 4 x 80t | 045 @ 30 | Existing |
| 3 | Loaded LNG vessel SV to dock alongside FSRU at NFE, docking port side | 4 x 60t | 090 @ 17 | Existing |
| 4 | Loaded LNG vessel SV to dock alongside FSRU at NFE, docking port side | 4 x 80t | 045 @ 30 | Existing |
| 5 | Ballasted LNG vessel SV to depart FSRU, outbound for sea | 4 x 60t | 090 @ 17 | Existing |
| 6 | Ballasted LNG vessel SV to depart FSRU, outbound for sea | 4 x 80t | 045 @ 30 | Existing |
| 7 | Containership arrival to the container berth in the Puerto Nuevo Channel | 2 x 60t | 090 @ 17 | Existing |
| 8 | Containership arrival to the container berth in the Puerto Nuevo Channel | 2 x 60t | 045 @ 30 | Existing |
| 9 | MR tanker arrival to the liquid docks (COD E) west of the NFE berth | 2 x 60t | 090 @ 17 | Existing |
| 10 | MR tanker departure from the liquid docks (COD E) west of the NFE berth | 2 x 60t | 045 @ 30 | Existing |
| **Tug performance will be assessed throughout the simulation phase to determine power requirements, tug type, and other design specifications due to operational needs.** | | | | |

# Navigation Simulations



**Phase 2** simulations were performed using five simulator bridges manned by competent mariners

- Bridges consisted of a primary vessel bridge and 4 independent tug bridges

- Three different channel dredge profiles were used to include:

    - Existing

    - Permitted

    - Future with Permit

- 87 simulations were performed using the permitted and future with permit dredge profiles

- Combining runs graded as "passes" and "limits" resulted in only 5 failures for a success rate of 94%.

- The small percentage of failures were attributed to:

    - Pilot familiarization with the simulator

    - Getting accustomed to maneuvering the larger LNG ships using 4 support tugs

    - Operating in strong wind and environmental conditions

- Run performance increased with each simulation phase where the pilots gained more experience handling the larger LNG ships and where the more advanced tug steering and breaking maneuvers were practiced

# Navigation Simulations



## General Summary of Simulation Findings

San Juan Pilots to consider adopting navigational safety guidelines for port users and ship operators. Including procedures for routine conditions and maximum operating parameters

Other considerations should include the use of a tug matrix, establish speed restrictions in certain areas of the port, combined with wind restrictions for operations during hurricane season.

A primary challenge for the port safety system is managing available tugs, and balancing wind conditions. The 80T bollard tugs proved to be acceptable, but many of the runs were graded as "limits", so operating at lower environmental conditions (up to 20 knots of wind) proved feasible.

Operating above those thresholds if tugs are at near maximum power (between 75% and 90%) was challenging

Increasing the tug power by a margin of 10% would allow for an additional safety factor where tug power requirements are an issue.

The use of Rotor tugs in lieu if ASD tugs would allow for more room in the channel due to their ability to provide maximum thrust alongside and in line with the service vessel, transiting in the Army Channel.

In summary, the simulation team concluded that the project is feasible if the pilots and tug masters receive integrated training and operations to support operating in sustained winds speeds of 25 knots.

# Navigation Simulations

SanJuan Runs v2.mp4

9/16/2025