Docusign Envelope ID: BE2AE4B5-D01C-4A2A-908C-5C4513B4055F

## Short Form Time Charter Agreement

This SHORT FORM TIME CHARTER AGREEMENT ("Short Form") is entered into and made effective this 4ᵗʰ day of May 2025, by and between **Nautical Ventures, LLC** ("OWNER"), owner of the vessel described below ("Vessel,"), and **NFEnergia, LLC** ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated 2 May 2025, by and between OWNER and CHARTERER, the terms of which the parties herein incorporate by reference in its entirety, OWNER agrees and does hereby time charter the Vessel on the following terms:

### Description of Vessel

| Name | C-Tractor 19 |
|---|---|
| Official Number | 1217185 |

### Commencement, Fixed Term, Optional Extension Periods, and Rates

| Commencement Date | On May 4, 2025 in direct extension of a short form between OWNER and PRI Towing, LLC dated February 2, 2025 (original short form referred to herein as "PRISF"). |
|---|---|
| Length of Fixed Term/Extension | 150 days plus demobilization days (approx. 8 days) returning to Port Fourchon as stated in the PRISF. The obligations under the Master Time Charter Agreement and this Short Form govern during the Vessel's transit to and from Puerto Rico and for the duration of the Fixed Term.<br><br>Notwithstanding the foregoing, subject to OWNER's provision of no less than seventy-five (75) days written notice, Owner may terminate this Short Form and begin demobilization of the Vessel without consequence. |
| Rate During Fixed Term/Extension | $15,000 USD per day, except as otherwise provided in the Master Time Charter Agreement. |
| Paykey or Purchase Order Number | |
| Optional Extension Periods | Always subject to mutual agreement, which is to be initiated and established by CHARTERER at least 10 days prior to the end of any term. |

Docusign Envelope ID: BE2AE4B5-D01C-4A2A-908C-5C4513B4055F

**Area of Operations.**

| CHARTERER shall restrict its use of the Vessel to: | The waters in and around Puerto Rico, and in transit between the mainland United States and Puerto Rico. |
|---|---|

| Port of Delivery | Wherever the Vessel is located at commencement of this Short Form in direct continuation of the PRISF. |
|---|---|
| Port of Redelivery | Port Fourchon, Louisiana |
| Miscellaneous Expenses and/or Charges for Account of CHARTERER. | • Subject to Charterer's prior approval, CHARTERER is responsible for all additional charges, fees, costs, permits, and expenses incurred by OWNER by virtue of operations in the Area of Operations to the extent they demonstrably exceed those OWNER would have incurred had the Vessel operated in the waters of or off the coast of Louisiana, provided adequate supporting documentation is supplied with OWNER's invoice, including documentation of such additional charges, fees, costs, permits and expenses, together with proof of charges, fees, costs, permits and expenses that OWNER incurs for comparable operations off Louisiana for purposes of comparison. As mutually agreed in writing, CHARTERER is solely responsible for any documented taxes assessed on the OWNER, the Vessel and/or its operations under this Short Form or the PRISF by any authority other than (i) one in the state of Louisiana or (ii) the United States.<br><br>• CHARTERER to provide shorepower and connections in Puerto Rico.<br><br>• CHARTERER shall pay OWNER for the costs and expenses incurred for any familiarization training that may be required by CHARTERER.<br><br>• CHARTERER will organize and handle all transportation, including the costs, expenses, fees, and agencies related thereto, for Vessel crews during crew change days from San Juan airport to and from the shorebase in the Area of Operations. OWNER is responsible for |

Docusign Envelope ID: BE2AE4B5-D01C-4A2A-908C-5C4513B4055F

| | |
|---|---|
| | all transportation charges, including air fare, lodging and per diem, of its personnel and crew between Puerto Rico and the mainland United States.<br><br>• CHARTERER shall pay OWNER for any other charges, costs, or expenses incurred by OWNER for necessary replacements, renewals, and/or inspections of the lifeboats. |
| Subsistence Charges for Charterer's Account | $130 USD per person per day for any of CHARTERER's personnel, subject to availability. |
| Charterer's Billing Information (include address, contact person, phone, and fax) | |
| Misc. Provisions (if any) | Vessel will not take on fuel until the Vessel is on hire.<br><br>All reimbursements, matters or items for re-sale, or expenditures made by OWNER that ultimately are for CHARTERER's account are subject to a 10% administrative markup. OWNER always to act reasonably in regard to undertakings contemplated by the preceding sentence.<br><br>**Advance Payment of hire:**<br>Upon execution of this Short Form, CHARTERER shall pay all hire projected through May 31, 2025. CHARTERER shall also pay charterer hire for each subsequent month on or before the 20th day of the prior month. By way of example, all of June 2025 charter hire must be paid by May 20th.<br><br>**Extension of PRISF:**<br>The Parties expressly agree that this Short Form is an extension of the PRISF, and to the extent any residual rights or obligations exist under the PRISF, including but not limited to accumulated downtime or de-mobilization, these rights and/or obligations shall carry forward to this Short Form, unless otherwise agreed. |

*[Remainder of page left blank intentionally; signatures on following page]*

Docusign Envelope ID: BE2AE4B5-D01C-4A2A-908C-5C4513B4055F

**Agreed to and accepted by:**

**"OWNER"**                                    **"CHARTERER"**

by: _____            by: _Chris Guinta_____

printed                                        printed
name: _____**Gary Chouest**_____       name: __**Chris Guinta**_____

its: _____**Authorized Signatory**_____   its: **Authorized Signatory**____