IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al<br><br>Plaintiffs,<br><br>vs.<br><br>NFENERGIA LLC, et al<br><br>Defendants | CIVIL NO. 25-cv-1462 (SCC) |

**EMERGENCY NOTICE OF APPEAL**

TO THE HONORABLE COURT:

      Notice is hereby given that NFEnergia LLC (NFE), above named, hereby appeals from the Order Granting Temporary Restraining Order or Preliminary Injunction ("Injunction") entered in the above-entitled action on September 26, 2025 (Dkt. 52).

      NFE appeals to the United States Court of Appeals for the First Circuit, as permitted by 28 U.S.C. § 1292(a)(1). A copy of the Order appealed from is attached as Exhibit 1. The Order refers to the injunctive relief it grants as a TRO, but it acknowledges it is "rather atypical, as it was filed in the midst of the preliminary injunction hearing." Dkt. 52 at 3 n.3. The Order says it is in effect for "at least" 14 days (Dkt. 52 at 1 n.1), later says it will remain in effect for 14 days, but ultimately it has the effect of a temporary injunction and it will cause irreparable harm during the next 14 days.

      NFE respectfully requests an accelerated appeal on an emergency basis to avoid imminent, irreparable harm that will be suffered if the Injunction is not dissolved or vacated. The Injunction prevents NFE from supplying natural gas as fuel for the electricity generation power plant in San Juan, Puerto Rico. The effect of the Injunction could have catastrophic consequences for Puerto Rico's energy supply.

- 2 -

The Injunction erroneously imposes navigation restrictions for LNG tankers in San Juan Harbor that are contrary to safety conditions imposed by the United States Coast Guard Captain of the Port, Sector San Juan, and contrary to directives of the Puerto Rico Pilotage Commission. The Injunction purports to require NFE to provide four escort tugs with 80 metric ton bollard pull capacity to escort LNG tankers in San Juan Harbor, even though such escort tugs are not available in San Juan and not required by the USCG Captain of the Port or by the Puerto Rico Pilotage Commission. NFE and certain pilots have already demonstrated that four escort rated tugs currently available in San Juan Harbor with respective bollard pull capacities of 75 tons, 75 tons, 65 tons, and 61 tons have safely escorted LNG tankers four times in San Juan Harbor in compliance with the USCG Captain of the Port Orders and with the Puerto Rico Pilotage Commission directives.

With this Notice of Appeal, NFE is filing a motion to stay the Injunction in this Honorable District Court. Due to the emergency need to stay, NFE is also filing an emergency motion to stay the injunction in the United States Court of Appeals for the First Circuit.

The emergency arises because this Sunday, September 28, 2025, the LNG tanker M/V *Energos Maria* must depart from her berth in San Juan Harbor, and the LNG tanker M/V *Energos Princess* must enter the harbor to be docked at the same berth. The Injunction is contrary to the USCG Captain of the Port Orders that prescribe navigation safety conditions expressly applicable to transits of M/V *Energos Princess* and M/V *Energos Maria* in San Juan Harbor. If the Injunction remains in place, it will prevent these vessel movements and cause supply of natural gas fuel for the power generation plant to be cut off, and this could cause catastrophic consequences for Puerto Rico's energy supply.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 26th day of September 2025.

- 3 -

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

*s/J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave.
San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com
