

Final Report - Rev.01                                      Code: 2025146

# Tug Assessment for New Fortress LNG Terminal at San Juan Port in Puerto Rico



Client: **New Fortress Energy**



Date: September 2025



## Contents

1. Introduction.................................................................... 1

2. Simulation conditions...................................................... 3

   2.1. Location, Plan Layout, Bathymetry and Berth Occupancy ...................... 3

   2.2. Meteorological conditions ........................................... 6

      2.2.1. Wind ..................................................... 6

      2.2.2. Waves.................................................... 8

      2.2.3. Current .................................................14

      2.2.4. Water level .............................................15

      2.2.5. Conditions analysed ....................................17

   2.3. Characteristics of the vessels.......................................18

   2.4. Characteristics of the tugs .........................................22

      2.4.1. Tugs strategy ...........................................23

3. Real Time Simulator Study ..............................................25

   3.1. Activities performed ................................................25

   3.2. Analysis of Results..................................................29

      3.2.1. Description and Evaluation of Manoeuvres.............................29

4. Summary and conclusions...............................................47

   4.1. Summary.........................................................47

   4.2. Final Conclusions and Recommendations .........................................48

      4.2.1. Additional recommendations and comments ............................50

C/José Echegaray, 8. Edificio Alvia 1. Planta 2. Oficina 1
28232 Las Rozas (Madrid) España
Tel.: +34 916307073 - Fax: +34 916308132
www.siport21.com

COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



## Annexes

ANNEX I:        PLANS AND PHOTOGRAPHS

ANNEX II:       SHIP'S DESCRIPTION

ANNEX III:      DESCRIPTION OF THE MARITIME CENTRE & CERTIFICATES

ANNEX IV:       TRACKPLOTS AND DATAPLOTS

ANNEX V:        CERTIFCATES

ANNEX VI:       KOTUG REPORT

C/José Echegaray, 8. Edificio Alvia 1. Planta 2. Oficina 1
28232 Las Rozas (Madrid) España
Tel.: +34 916307073 - Fax: +34 916308132
www.siport21.com

COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

# 1.    Introduction

At the request received from **New Fortress Energy**, a **Real-Time Manoeuvring Simulation Study** is performed at the **Port of San Juan** (Puerto Rico) in order to assess **tug requirements** and **evaluate tug operation strategies and vessel behaviour** during manoeuvres involving **LNG carriers** to **Puerto San Juan NFE Terminal**.

The simulation sessions took place from 25th to 29th August 2025 at Siport21 facilities in Las Rozas de Madrid (Madrid, Spain). Manoeuvres were carried out by Local Pilots (active and retired) and Energos Captain involved in the project, while two of the tugs considered were operated by local Tug Masters from McAllister and MORAN towing companies. Other observers from NFE, retired Local Pilots, Puerto Rico Maritime Group, tugboat companies attended the simulation sessions.

The study was completed at **Siport21 Ship Manoeuvring Simulation Centre**, using **Siport21 Real-Time manoeuvring simulator Kongsberg (Norway) K-SIM** software. This system reproduces the behaviour of a specific ship during access/departure in the port, subjected to the action of environmental agents (wind, current, waves, limited depth, bank suction, etc.).

The simulations involved a **full-mission bridge operated by local pilots/expert captains** to replicate the **LNG carrier's behaviour**. In parallel, additional **full-mission and part-task bridges were operated by local/expert Tug Masters**, while the remaining tugs were managed from the instructor's station. In addition, during the sessions, **an experience Tug Master from KOTUG attended the sessions to support and provide comments based on her expertise with LNG operations, and even manoeuvre as Tug Master**, with the objective of giving his expert opinion on the evaluation of tug operation strategies.

The use of **three bridges interconnected** in the same scenario has allowed a **comprehensive assessment of the manoeuvres and tug requirements**, supporting operational decision-making for New Fortress Energy.

The Full Mission Bridge Manoeuvring Simulator is **DNV approved** under the standard **DNV ST-0033** for the execution of **port design studies** (port approach of vessels manoeuvring under different physical and environmental conditions for the adequate layout design of the port, the approach channel, and the manoeuvring zones). The certificate is also valid for Pilots, Captains and Officers education and **training**, either in a basic level or for specialized, advanced, or retraining courses. The **Ship Manoeuvring Simulation Centre** is also approved by **DNV** as a **Maritime Training Provider** in accordance with **DNV ST-0029.**



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

1

  

The study is carried out following the methodology described by **PIANC** (International Navigation Association) in the reports *"Approach Channels. A Guide for Design"* (1997) and *"Harbour Approach Channels Design Guidelines"* (2014) as well as in Spanish Port Authority Recommendation (**ROM 3.1-99**) *"Maritime Recommendations for the Design of Port Access and Manoeuvring Areas"*.



## 2. Simulation conditions

### 2.1. Location, Plan Layout, Bathymetry and Berth Occupancy

The New Fortress Energy LNG Terminal in San Juan is located at the beginning of Puerto Nuevo Channel near the Army Terminal Turning Basin, at Wharf A/B/C. As per Sailing direction enroute, from deep water in the North Atlantic Ocean, an entrance channel (Bar Channel) leads south into Bahía de San Juan, then turns southeast (Anegado Channel) and splits into two channels near Punta Catano. Army Terminal Channel turns southward and leads to a turning basin at Bahía de Puerto Nuevo where the **NFE LNG Terminal** is located.



Figure 1. Top view showing the location of the NFE LNG Terminal in San Juan (Source: NOAA 25670)

The following image presents the project layout along with the bathymetry of the study area, based on data extracted from official NOAA nautical charts (US5SJUCD, US5SJUDC, US5SJUDD, and US5SJUDE), which are used during the simulations. In relation to the depth of the channels to be used for both approach and departure manoeuvres of the study vessels to the NFE LNG Terminal, both Anegado and Army Terminal Channels have a depth of 13.6 m relative to Mean Lower Low Water (MLLW).



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 2. Project layout and bathymetry (Source: NOAA nautical charts)

In order to represent a conservative scenario, initially, the manoeuvres considered a high level of berth occupancy, assuming the maximum presence of moored vessels at nearby berths, as illustrated in the next figure. During the session this occupation was adapted based on the results and pilots' requests.



T01: Bulkcarrier 190 x 30 m
T02: Tanker 185 x 32.2 m
T03: Tanker 183 x 32.2 m
T04: Tanker 176.8 x 31 m
T05: Car Carrier 198 x 32.2 m
T06: Container 275 x 32.2 m
T07: Container 336 x 45.8 m

Figure 3. Port Occupancy on nearby berths



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

4

Additionally, manoeuvring simulations considered the current port AtoN system (buoys and beacons) in the area, as indicated in the official NOAA nautical charts.

**Annex I** contains the overall layout drawings of the actual location and existing bathymetry, and photographs taken during the execution of the manoeuvring simulations.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

## 2.2. Meteorological conditions

Environmental conditions information has been extracted from the report "NFE-V-08-PUERTO RICO SAN JUAN, PUERTO RICO. PRELIMINARY METOCEAN CONDITIONS ANALYSIS", prepared by Moffat & Nichol for New Fortress Energy, 2017.

The following images shows the location of the data sources considered in the reference report.



Figure 4. Location of data sources

From the point of view of manoeuvrability and considering the characteristics of the vessels, the main factors affecting the vessels are **wind**, **waves**, and **currents** .

The hydro-meteorological conditions characteristic of the area are described below.

### 2.2.1. Wind

Wind information from two (2) locations was analysed, including data from NOAA National Data Buoy Centre (NDBC) station 41053 SJNP4 and the Luis Munoz Marin International Airport. Both sources of information show very similar results, therefore here is only presented the information related to the NDBC station.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

**Wind Speed (Annual)**
**Station 41053 – San Juan, PR**
**Period 26–Jul–2010 to 29–Nov–2017**

kt

| | | |
|---|---|---|
| 🟥 | ≥ 26 |
| 🟨 | 18 – 26 |
| 🟩 | 10 – 18 |
| 🟩 | 6 – 10 |
| 🟦 | 3 – 6 |
| 🟦 | 1 – 3 |

Direction FROM is shown
Center value indicates calms below   1 kt
Total observations 340861, calms 97
About 8.56% of observations missing

**Percentage of Occurrence**

| Wind Speed, kt | N | NNE | NE | ENE | E | ESE | SE | SSE | S | SSW | SW | WSW | W | WNW | NW | NNW | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 0.93 | 1.86 | 5.44 | 21.61 | 26.50 | 17.21 | 7.00 | 7.24 | 5.42 | 3.11 | 1.25 | 0.55 | 0.42 | 0.40 | 0.46 | 0.58 | 99.97 |
| 26 | | | 0.34 | 1.46 | 2.49 | 0.11 | | | | | | | | | | | 4.55 |
| 18 / 10 | 0.18 | 0.70 | 2.98 | 17.18 | 20.26 | 6.60 | 1.07 | 0.68 | 0.14 | | | | | | | | 50.21 |
| 10 / 6 | 0.40 | 0.68 | 1.58 | 2.30 | 2.72 | 8.85 | 3.06 | 2.01 | 0.79 | 0.52 | 0.21 | 0.16 | 0.12 | 0.11 | 0.16 | 0.24 | 23.91 |
| 6 / 3 | 0.26 | 0.31 | 0.43 | 0.55 | 0.88 | 1.47 | 2.50 | 4.04 | 3.89 | 2.16 | 0.82 | 0.24 | 0.17 | 0.13 | 0.14 | 0.16 | 18.14 |
| 3 / 1 | | | | 0.12 | 0.15 | 0.16 | 0.33 | 0.50 | 0.60 | 0.36 | 0.20 | 0.11 | | | | | 3.09 |

Figure 5. Yearly wind rose and frequency distribution table at NDBC Station 41053



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 6. Wind Exceedance (2 minute) Curve at NDBC Station 41053

As it can be seen from the data provided, over 65% of the time winds have an Easterly component, and almost all winds from NE to SW, which corresponds to winds coming from shore. With respect to wind speeds, those are moderated with 20 knots exceeded around 1% of the time.

Based on local pilots' comments, the north wind is sometimes present in the port and hinders the manoeuvre, being a wind that usually occurs during the winter season and often with high intensity.

### 2.2.2. Waves

NOAA NDBC station 41053, located approximately 0.5 miles offshore and 1.7 miles east of the San Juan Bay mouth, provides a representative record of the offshore wave climate over a seven-year period (July 2010 – November 2017). The prevailing wind and wave directions at the bay mouth are from the north-northeast to east-northeast (NNE–ENE) sector, occurring approximately 91% of the time. As a result, the majority of sea states exhibit mean wave directions from the east-northeast.

Approximately two-thirds of the observed significant wave heights range between 1.0 m and 1.9 m, while wave heights exceeding 2.0 m occur about 5% of the time. Extreme wave events with significant wave heights above 3.3 m are rare, representing only 0.3% of the sea states. Peak wave periods are most commonly between 5 and 7 seconds, although longer periods exceeding 13 seconds occur about 7% of the time.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 7. Yearly wave rose and frequency distribution table at NDBC Station 41053

COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 8. Yearly Significant Wave Height - Peak Wave Period Percentage of Occurrence at NDBC Station 41053



Figure 9. Significant Wave Height Exceedance Curve at NDBC Station 41053

At the entrance to San Juan Bay, modelled wave directions remain concentrated toward the northeast, and significant wave heights are similar to those observed offshore. However, wave propagation through the bay shows that wave energy is progressively attenuated as waves propagate inside the bay. In the most common wave approach



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

10

scenario—from the east-northeast, representing about 50% of sea states—wave energy diminishes substantially due to the bay's morphology, which provides a high degree of sheltering from offshore swells.



Figure 10. Example of wave propagation through San Juan Bay

As a result, <u>waves do not significantly penetrate the inner part of San Juan Bay</u>. In the project area, modelled propagated wave heights remain below 10 cm, indicating that wave influence is negligible. Example outputs from the numerical model illustrate how wave energy dissipates as it travels through the bay, largely due to coastal geometry and bathymetric features.

Nearshore wave conditions were also evaluated throughout the model domain, with wave statistics computed at several output points within the bay. For example, data from a representative location in front of Berth C show that offshore swells are effectively blocked. Local wind-generated waves appear to dominate the wave climate within the inner basin, though their energy remains low compared to offshore conditions.

The progressive reduction in wave energy is mainly attributed to the coastal geometry and bathymetry of the bay, which provide substantial sheltering as waves propagate inside the bay. In this sheltered environment, locally generated wind waves become the predominant wave component, although with limited energy. Consequently, wave action at the berth is considered practically negligible.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 11. Yearly wave rose and directional distribution at Station C.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

12



Figure 12. Wave period directional distribution at Station C.



Figure 13. Significant Wave Height Exceedance Curve at Station C



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

13

### 2.2.3. Current

Tidal current data from NOAA NDBC station 41053, recorded over a six-year period (July 2010 to December 2016), indicate that currents in the offshore area near San Juan Bay are generally weak. Prevailing current directions range from west-southwest to west-northwest approximately 40% of the time, and the majority of observed current speeds are below 0.2 knots (55.5% of the time). Currents exceeding 1 knot are rare, occurring less than 1% of the time.

At the bay entrance, current flow tends to align perpendicularly to the shoreline, with occasional peak velocities above 1 knot. However, these higher current magnitudes are infrequent. <u>Inside the bay, particularly at the berth located in the inner basin, current influence is considered negligible</u>. This is mainly due to the relatively small tidal range in the region, which limits the potential for strong tidal currents to develop or propagate into the project area. As such, currents are not expected to pose any significant impact on operations at the berth.



Figure 14. Yearly tidal current rose at NDBC Station 41053



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 15. Yearly tidal current frequency distribution



Figure 16. Tidal Current Exceedance Curve at NDBC Station 41053

### 2.2.4. Water level

Tidal information was obtained from NOAA's tide gauge at La Puntilla (NOAA Station No. 9755371). The tidal datums at this station are presented in the following table and show a small tidal range, with a highest astronomical tide (HAT) of 2.24 feet (0.68 m) relative to MLLW.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

15

Table 1. Tidal Datum at San Juan Station (Source: NOAA)

| Datum | Elevation (wrt MLLW) | |
| --- | --- | --- |
| | feet | m |
| HAT | 2.24 | 0.68 |
| MHHW | 1.57 | 0.48 |
| MHW | 1.31 | 0.40 |
| MSL | 0.76 | 0.23 |
| MLW | 0.20 | 0.06 |
| MLLW | 0.00 | 0.00 |
| LAT | -0.62 | -0.19 |



Figure 17. Tidal Datum Diagram



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

16

### 2.2.5. Conditions analysed

Considering the combination of the meteorological conditions characteristic of the study area, the most relevant scenarios for the study were selected. The hydro-meteorological conditions were modelled based on the available data.

Table 2. Selected Hydro-Meteorological Condition

| Wind | | Offshore Waves | Offshore Current |
|---|---|---|---|
| Direction | Intensity* | | |
| E NE SE | 15 and 20 kt | NE Hs 2.5 m Tp 10 s | WNW 0.75 kt |

(*) Average Wind Intensity

Regarding the water level, the manoeuvres were performed at Mean Lower Low Water (MLLW), which corresponds to 0.0 m of water level.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

## 2.3. Characteristics of the vessels

The analysis of approach and departure conditions to the terminal considers **two LNG carriers in partially loaded condition**. The following tables show the main characteristics of the vessels considered:

Table 3. Main characteristics. LNGC 284 m Loa

| LNG carrier 284.0 m $L_{OA}$ | |
|---|---:|
| Length over all …………………………………………… | 284.0 m |
| Length between perpendiculars ………………………… | 271.0 m |
| Beam ………………………………………………………… | 42.5 m |
| Loaded Draught…………………………………………… | 11.4 m |
| Partially Loaded Draught………………………………… | 9.1 m |
| Loaded Displacement …………………………………… | 98 245 t |
| Partially Loaded Displacement ………………………… | 77 300 t |
| | |
| Type…………………………………………………………… | Steam Turbine |
| Power ………………………………………………………… | 28 000 kW |
| Nº of propellers…………………………………………… | 1 |
| Maximum revolutions …………………………………… | 81 rpm |
| Bow thruster ……………………………………………… | 1 x 1800 kW |
| Maximum speed ………………………………………… | 21.3 knots |
| | |
| Lateral wind area (loaded) …………………………… | 5 805 m² |
| Lateral wind area (partially loaded) ………………… | 6 569 m² |



Figure 18. Visual model of the LNGC 284 m Loa. Source: Siport21's Real-Time Simulator



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

Table 4. Main characteristics. LNGC 285.1 m Loa

| LNG carrier 285.1 m Loa | |
| --- | --- |
| Length over all ............................................................ | 285.1 m |
| Length between perpendiculars ....................................... | 274.0 m |
| Beam ...................................................................... | 43.4 m |
| Partially Loaded Draught................................................. | 9.1 m |
| Partially Loaded Displacement ....................................... | 83 760 t |
| | |
| Type........................................................................ | Diesel - Electric |
| Power ..................................................................... | 1 x 24 000 kW |
| N° of propellers ......................................................... | 1 |
| Maximum revolutions .................................................... | 80 rpm |
| Bow thruster ............................................................. | 1 x 2000 kW |
| Maximum speed ......................................................... | 19.6 knots |
| | |
| Lateral wind area (partially loaded) .................................. | 6 994 m$^2$ |



Figure 19. Visual model of the LNGC 285.1 m Loa. Source: Siport21's Real-Time Simulator

LNGCs are extremely sensitive to wind due to the large windage area. The analysed vessels are provided with different propulsion types: steam turbine and diesel for single propeller. Diesel-electric vessels respond quickly to commands because of the type of propulsion, compared with the turbine propulsion ones, which respond slower.

**Annex II** contains the manoeuvring booklets for the vessels. The booklet lists particulars for the ship and her propulsion, and the results of manoeuvring tests developed in the mathematical model.

During the simulation sessions, and at the request of the participants, two validation tests of wind effect on the vessel to verify the vessel drifting were carried out with the LNGC 285.1 m LOA: one with the vessel stopped and another with the vessel sailing at a speed of 2 kn, with an easterly wind of 20 kn plus a 30% gust factor. These tests were analysed by the local pilots, LNGC Masters from Energos and expert Tug Masters. It was concluded that the



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

19

vessel's behaviour in both situations was logical and as expected. These two tests are shown below.



Figure 20. Test with easterly wind 20 kn and LNGC 285.1 m stopped.



Figure 21. Test with easterly wind 20 kn and LNGC 285.1 m underway.

Additionally, some of the captains who attended the simulation sessions noticed an unusual behaviour of the wind data shown on the wind panel in the bridge due to the wind sensors valued on the study vessels. This occurred because the position of some of the ship's wind sensors created shadowing, and therefore at sometimes it did not register the actual



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

wind value. Consequently, from manoeuvre number 13 onwards, the position of the wind sensors was adjusted to correct this issue. Afterwards, the captains validated and confirmed that, following the change, the wind data shown in the bridge registered by the vessel wind sensors was adequate.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

21

## 2.4. Characteristics of the tugs

The towing arrangement considered during the simulations is: **4 ASD x 50 t BP ASD. Two** of these tugs **were operated** from the **full-mission and part-task bridges** by **local/expert Tug Masters**, while **the remaining two were controlled** from the **instructor's station.** This initial tug configuration has been selected following a preliminary assessment of the wind forces acting on the study vessels. However, based on the results obtained, the required tug formation (including number of tugs and bollard pull) for safe manoeuvres will be defined.



Figure 22. Tug Masters operating the full-mission and part-task simulators during the execution of manoeuvres

Instructor-controlled tugs appear on screen and behave in accordance with their manoeuvring characteristics. Tug forces are resolved by applying a sophisticated model which considers **tug type** (conventional, tractor, ASD), power, **bollard pull** and **dimensions**.

The effective tug force is computed in real-time based on the ship's speed, tug position and operation (pull or push) and the pull-push angle. The time lag for forces to build up and the time consumed by a tug to move to the desired position are considered by the system.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 23. Instructor's control room during the simulation and tug control

### 2.4.1. Tugs strategy

To assess the **required optimum tug fleet** for the manoeuvres, the following methodology is used by Siport21 based on our experience in port design:

▸ The actual effective force of the tug is considered as **75%** of the theoretical **Bollard Pull (BP),** which is derived from a standard manoeuvre with the new tug in ideal conditions. Therefore, once the tug has come of age, and depending on the Master ability and the environmental conditions during operations, the effective force that the tug is able to apply is lower.

▸ So, for **emergency manoeuvres**, the total force that the tug can deliver is considered, which corresponds to **75%** of the theoretical BP.

▸ For **normal manoeuvres** (no emergency scenarios), a maximum force of **50%** of the theoretical BP is considered, to keep an additional margin of **25%** for eventual emergency scenarios.

Nevertheless, in case power more than 50% (or ≥75% for emergency manoeuvres) is required during the performance of the manoeuvres, it can be used.

Siport21 has been a member of JIPs (Joint Industry Projects) *SAFETUG* and *SAFETUG II,* led by MARIN. The objective of these JIPs was to investigate the behaviour of tugs in waves (escorting and berthing operations). There are several sources of information and different, but similar, data, concerning which is the Bollard Pull efficiency of tugs in waves, for both pushing and pulling. Some of this information can be found in PIANC guidelines,



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

such us in PIANC WG116 "Safety Aspects Affecting the Berthing Operations of Tankers to Oil and Gas Terminals".



Figure 24. PIANC 116 Tug BP efficiency on long period waves

The graphic presented above from PIANC 116 shows the curves for the tug effectivness on waves for pushing and both direct pulling and indirect towing.

Indirect towing is typically used for manoeuvres on channels and at high speed that not correspond to the manoeuvres assessed. Besides, the tug fleet available works with static winch, with the break on it, therefore, for the simulations, the pushing curve and the direct pull (static winch) is considered .

These reference values of effectivness are applied based on the wave that the tugs are receiving at each time, and, therefore, it does not relate with the wave selected for each scenario, but for the particualr wave at the tug. When tugs are on the lee of the ship, where waves are reduced, effectiveness is therefore increased.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

## 3. Real Time Simulator Study

Manoeuvres are performed using **Siport21 Real-Time manoeuvring simulator** (**K-SIM model** developed by **Kongsberg Maritime**, Norway). This system replicates the behaviour of a specific vessel during the execution of port approach or departure manoeuvres, subjected to the influence of environmental factors (wind, current, swell, limited depth, bank suction, etc.). Furthermore, it incorporates the human factor during the execution of the manoeuvres, adding accuracy and realism to the results.

**Annex III** provides a detailed description of the Siport21 Maritime Simulation Centre, as well as the **DNV-GL certificate**.

The **local Pilots** and Captains who participated in the sessions were Captain César Montes and Captain Daniel Montes (Senior Harbour Pilots at San Juan Bay), Captain Stephen Rivera and Captain Fulgencio Anavitate (Retired Harbour Pilots at San Juan Bay), Captain Denis Papic (LNGC Master at Northern Marine), and Captain Mel Pinks (Vice President Vessel Operations at Energos Infrastructure).

The Tug Masters who attended the sessions were Captain Daniel Ponce and Captain Neftalí Padilla both from Moran Towing Corporation together with Captain Javier Figueroa Sosa (General Manager from Moran Towing Corporation). From McAllister Towing company Captain Enrique Sánchez and Captain José Colón attended the session together with Captain Jeffrey McAllister, Vice President Business Development.

The following representatives attended the sessions as observers: Mr José Martí Rosario Carpio (President and Founder, Puerto Rico Maritime Group), Ms Natallia López Alsina (Maritime Transportation System Specialist, Puerto Rico Maritime Group), Mr Jesse Reijskens (Vice President Marine Development, New Fortress Energy), and Mr Fai Gaffa (Consultant, New Fortress Energy).

They were supported by Siport21 Captains, Frank Niubó and Imanol Uribe, and Captain Patrick van der Klooster (Tug Master & Trainer, KOTUG).

### 3.1. Activities performed

The work consisted of <u>five simulation sessions</u> (on August 25th, 26th, 27th, 28th and 29th, 2025) at the Siport21 facilities in Las Rozas (Madrid, Spain), with a schedule from 8:00 AM to 3:30 PM. The sessions began with an initial presentation covering the following aspects:

▸ Description of the simulator and the working methodology.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

25

▸ Description of the objectives of the sessions and initial considerations.

▸ Presentation of the simulation plan.

Before each manoeuvre, a **briefing** was conducted to briefly explain the conditions and the most relevant aspects. Similarly, after each manoeuvre, a **debriefing** was held to comment all circumstances and results. Once the simulation sessions were completed, a **final meeting** was held to summarize the activities carried out and subsequently gather the participants' feedback and evaluations of the performed manoeuvres. **Annex V** of this report includes the certificates for their participation during the activities.

Several scenarios combining approaches and departures to/from New Fortress Energy LNG Terminal in San Juan (Puerto Rico) of the two selected LNGC vessel, under the proposed hydrometeorological conditions have been analysed.

A total of **28 simulation manoeuvres** were carried out (14 approaches and 14 departures), comprising **19 normal manoeuvres** (8 approaches and 11 departures) and **9 emergency manoeuvres** (6 approaches and 3 departures), with a **total net simulation time of 21.9 hours**. The following table lists the manoeuvres performed:

Table 5. Simulation matrix. NFE LNG Terminal in San Juan (Puerto Rico).

| Vessel | Manoeuvre | Wind | Offshore Wave | Offshore Current | N° Run* |
|---|---|---|---|---|---|
| LNGC 285 m | Swinging Approach | E 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 1 |
| | | E 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 3 |
| | | SE 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 5 |
| | | NE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 16 |
| | | E 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 18 |
| | | E 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 21 |
| | | NE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 25 |
| | | E 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 26 |
| | | E 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 28 |



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

| Vessel | Manoeuvre | Wind | Offshore Wave | Offshore Current | N° Run* |
|---|---|---|---|---|---|
| | | SE 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 4 |
| | | SE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 11 |
| | | E 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 13 |
| | Direct Departure | N 30 kn | NE 2.5 m 10 s | WNW 0.75 kt | 19 |
| | | N 30 kn | NE 2.5 m 10 s | WNW 0.75 kt | 20 |
| | | NE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 22 |
| | | SE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 27 |
| LNGC 284 m | | SE 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 7 |
| | | E 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 10 |
| | Swinging Approach | SE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 12 |
| | | E 20-25-30 kn | NE 2.5 m 10 s | WNW 0.75 kt | 14 |
| | | NE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 23 |
| | | E 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 2 |
| | | SE 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 6 |
| | | NE 15 kn | NE 2.5 m 10 s | WNW 0.75 kt | 8 |
| | Direct Departure | E 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 9 |
| | | NE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 15 |
| | | SE 20 kn | NE 2.5 m 10 s | WNW 0.75 kt | 17 |
| | | N 30 kn | NE 2.5 m 10 s | WNW 0.75 kt | 24 |

* Manoeuvres in red font indicate emergency situations

It would be appropriate at this point to draw attention to certain details of the manoeuvres carried out:



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

- All manoeuvres, both inbound and outbound, were performed in a partially loaded condition (draft of 9.1 m).

- Approaches manoeuvres were executed bow-out (portside alongside), with swinging before the berthing, while departure manoeuvres were direct.

- Departures started with the vessel in the LNG terminal berthed portside alongside with the lines already disconnected, and the tugs made fast.

- Only one manoeuvre was carried out from outside the bay. In order to optimise the available simulation time, and at the client's request, the remaining manoeuvres focused on navigation inside the bay, as this area is the area of interest for the study.

- Run 1 was the only manoeuvre starting before entering ANEGADO CHANNEL and with occupation at COD East Berth. The rest of the manoeuvres started/finished within ANEGADO CHANNEL (buoy 11) and with no occupation at COD East Berth.

- A tug configuration consisting of four ASD units (4 x 50 t BP) were considered for the manoeuvres. Two of these tugs were operated from the full-mission and part-task bridges by local/expert Tug Masters, while the remaining two were controlled from the instructor's station.

- The reference wind speed shown in the table represents the average value, but during manoeuvres gusts were included with a speed increase over 30%.

- All manoeuvres were performed at Mean Lower Low Water (MLLW), as nautical charts are referenced to this tidal datum, meaning the water level were considered to be 0 m for simulation purposes.

- **Emergency** scenarios were introduced during the execution of the manoeuvres, including:

  - Run 10 and 28: Rudder jam.

  - Run 14: Sudden wind increase.

  - Run 16: Stern tug failure

  - Run 18: Approach cancelled by terminal at buoy 11

  - Run 19: Extreme wind conditions and aborted departure

  - Run 20 and 24: Extreme wind conditions

  - Run 21: Engine failure (Blackout)



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

## 3.2. Analysis of Results

The opinion of the **captain** performing the manoeuvre and their observations during its execution carry significant weight in the evaluation process. Additionally, after conducting various simulations for each manoeuvre, software tools are available to generate several types of results:

▸ **Trackplots** with a plan view of the port and the successive positions of the vessel and the tugs at 60 s intervals.

▸ **Dataplots** of the following time-based variables: speed (kn), propeller (rpm), use of rudder (˚), longitudinal and transverse speed (knots), rate of turn (º/min), heading (º) and use of bow thruster (% of rpm) throughout the simulation. Environmental conditions such as wind intensity (kn) and direction (˚), wave height (Hs, m) and direction (˚), and current intensity (kn) and direction (˚). Additionally, variables related to the tugs, total force (t) and force components (Fx and Fy (t)) and, for each tug, total force (t), force components (Fx and Fy) and status (Pull, Push or Standby) are included.

All this numerical and graphical information is highly valuable for assessing the feasibility and safety of each manoeuvre, once it has been cross-checked and integrated with the captain's opinion.

**Annex IV** includes the trackplots as well as the dataplots for each manoeuvre.

3.2.1. <u>Description and Evaluation of Manoeuvres</u>

3.2.1.1. Operational conditions

3.2.1.1.1.  Approach manoeuvres

Approach manoeuvres begin with the vessel navigating in Anegado Channel, abeam of buoy 11, at a speed of 7 knots and heading 135˚.

The usual towing formation employed during the approach manoeuvres is as follows: Tug 1 connected on the port shoulder, Tug 2 connected on the starboard shoulder, Tug 3 following the vessel (not connected) and Tug 4 connected at the stern. Tug 2 and Tug 4 are the tugs controlled by local/expert Tug Masters, while the remaining two are operated from the instructor station. The following image shows this initial towing configuration during the approach manoeuvres.





Figure 25. Usual towing formation employed during the approach manoeuvres

With the vessel centered in Anegado Channel, gradually starts reducing speed. She then makes a turn to starboard to enter Army Terminal Channel, making use of the rudder and the stern tug to remain centred while further decreasing speed. Once inside the Army Terminal Channel, the vessel continues navigating, maintaining a central position. During the transit the vessel speed is progressively reduced using the available means (engine and tugs). Upon getting at the end of the Army Terminal Channel, Tug 3 is connected and the swinging is initiated in order to berth portside alongside the NFE terminal quay.

During the simulation sessions, Masters and Local Pilots remarked that, depending on wind intensity and the effect on the vessel, the turning manoeuvre may be carried out with different strategy: either more directly swinging close to the LNG Terminal when the wind is moderate (up to 10 knots) as shown in Figure 26, or by swinging in a wider area in the Army Terminal turning area  when the wind is stronger, with average wind speeds of 15 to 20, as shown in Figure 27, allowing larger safety margins from critical areas and providing a better control of the vessel while compensating the increased wind effect.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 26. Turning strategy with low wind intensity



Figure 27. Turning strategy with higher wind intensity

Finally, with the assistance of all four tugs, providing moderate level of towing forces, the vessel is brought alongside parallel to the berth with sufficient control of both position and speed.

Regarding the use of the tugs and the towing forces applied during the approach manoeuvres, it can be concluded that:

▸ The level of tug use and towing forces required are moderate. The tug formation considered in the study is sufficient to control de vessel and provides reasonable safety levels.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

31

▸ The Tug 3 assists the vessel during the swinging and berthing phases, with limited use of towing force.

▸ The remaining tugs (Tug 1, 2 and 4) contribute to maintain controlled speed and the vessel position centred in both channels (Anegado and Army Terminal), again with reasonable towing forces applied during these phases.

▸ The greatest level of tug usage and towing forces occurs during the swinging and berthing phases.

The following images provide a complete view of the two possible approach manoeuvring strategies just described.



Figure 28. Approach Manoeuvre. Run 12.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

32



Figure 29. Approach Manoeuvre. Run 25.

Regarding the **environmental conditions**, wave and current inside the bay are negligible and have no effect on the vessel. Then, the main factor affecting the LNGC is the wind.

Manoeuvres were carried out with average wind intensities of <u>15 and 20 knots</u>. In both cases, the vessel could be controlled safely and effectively with the means available (engine, rudder, bow thruster and the tugs).

As for wind direction, all three (SE, NE and E) act practically transversely during the transit through both navigation channels (Anegado and Army Terminal). Easterly winds are the most predominant in the area and, affecting from astern in the final phase, have the greatest influence by setting the vessel towards the COD terminal. South-easterly winds affect the final berthing phase on the port quarter, therefore requiring greater use of tug forces and bow thruster to move the vessels towards the fenders. Conversely, north-easterly

COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

33

winds affect on the starboard quarter, which assists the vessel in the final phase by setting it towards the berth. Finally, the approaches carried out under the analysed wind directions were performed with <u>sufficient control</u> of both position and speed and are considered <u>feasible for both wind intensities assessed</u>.

### 3.2.1.1.2. Departure manoeuvres

Departure manoeuvres start with the un-berthing phase, with the ship moored portside alongside the NFE LNG Terminal and considering that all mooring lines have already been disconnected, the tugs made fast, and the vessel is ready to start the separation from the fenders.

The usual towing formation employed during the departure manoeuvres is as follows: Tug 1 pushing at midship without line, Tug 2 connected on the starboard shoulder, Tug 3 connected on the starboard quarter, and Tug 4 connected at the stern. Tug 2 and Tug 4 are the tugs controlled by local/expert Tug Masters from the full-mission and part-task bridges, while the remaining two were operated from the instructor's station. The following image shows this standard towing configuration during departure manoeuvres.



Figure 30. Usual towing formation employed during the departure manoeuvres

Additionally, an emergency departure manoeuvre (Run 24) was carried out by changing the towing configuration, with Tug 1 shifted from pushing at midship without a line to pulling at the bow centre lead. Although this towing configuration was used during an emergency departure with a northerly wind of 30 knots, it was noted during the sessions that it is of great interest not only for emergency manoeuvres but also for normal departure operations, as it provides a higher turning moment to separate the vessel. Both tug formation are considered viable and safe. The following figure shows this towing configuration.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 31. Alternative towing configuration for departure manoeuvres

The vessel moves laterally with astern propulsion, assisted by its own means and the tugs, in order to avoid approaching the COD terminal. Once at sufficiently clear distance from the port structures, engine ahead is applied and a starboard turn is initiated while gaining speed ahead, before subsequently entering the Army Terminal Channel. During the transit through Army Terminal Channel, the vessel remains centred in the channel while she continues increasing speed, with the support of both its own means and the tugs.

Thereafter, a turn to port to exit Army Terminal Channel and enter Anegado Channel is executed, while she gains speed to ensure greater control. The vessel then proceeds centred along Anegado Channel, still increasing speed. The manoeuvre concludes upon reaching buoy number 11 of this channel.Regarding the use of the tugs and the towing forces applied during the departure manoeuvres, it can be concluded that:

▶ As for approaches, the level of tug use and towing forces required are moderate. The tug formation considered is sufficient to control de vessel and provides reasonable safety levels.

▶ In the usual towing configuration, Tug 1 begins the manoeuvre pushing at midship without line and, once the vessel is sufficiently clear, shifts to the opposite side and is positioned pulling on the port shoulder.

▶ The remaining tugs (Tugs 2, 3 and 4) remain in their initial positions, assisting mainly during the initial phase of the manoeuvre to separate the vessel from the fenders, which is the most demanding one as it involves unberthing and separating the vessel from the terminal while going astern.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

35

▸ During navigation through both channels, the tugs operate with low towing force requirements.

▸ The greatest level of tug usage and towing forces occurs during the initial unberthing phase

The figure below illustrates the departure manoeuvring strategy as described above.



Figure 32. Departure Manoeuvre. Run 2.

Regarding **environmental conditions**, wave and current inside the bay are negligible and have no significant effect on the vessel. Then the main factor affecting the manoeuvre is the wind.

Departures were carried out with average wind intensities of 15 and 20 knots. In both cases, the vessel could be controlled safely and effectively with the means available (engine,



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

rudder, bow thruster and tugs). Some emergency departures, which are described in next section, are performed under 30 kn average wind.

As for wind direction, all three (SE, NE and E) act practically transversely during the transit through both navigation channels (Anegado and Army Terminal). Easterly winds are the most predominant in the area and, affecting from astern in the initial phase, have the greatest influence by setting the vessel towards the COD terminal. South-easterly winds affect the initial unberthing phase on the port quarter, thus facilitate the separation and reduce the need for tug forces and the use of bow thruster. Conversely, north-easterly winds act on the starboard quarter, requiring greater assistance from tugs and bow thruster during the departure. Finally, the departures carried out under the analysed wind directions were performed with <u>sufficient control</u> of both position and speed and are considered <u>feasible for both wind intensities assessed</u>.

### 3.2.1.2. Emergency manoeuvres

#### 3.2.1.2.1. Rudder jam

Two emergency manoeuvres were carried out with <u>rudder jam</u>.

Run 10 consisted of an approach manoeuvre with swinging, during which a rudder jam occurred. Initially, the rudder is jammed full to starboard (35°) just before starting the starboard turn from Anegado Channel into Army Terminal Channel. Subsequently, it remained jammed at 20° to port at the beginning of the transit through Army Terminal Channel. Finally, during the navigation along Army Terminal Channel, the problem was resolved, and the approach manoeuvre was completed with all means available. During this manoeuvre, a greater use of towing forces can be observed compared with a normal inbound manoeuvre, in particular a higher demand on the stern tug to control the position during the emergency situation.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 33. Approach Manoeuvre with rudder jam. Run 10.

Run 28 consisted of another approach manoeuvre with swinging, during which a further rudder jam occurred. On this occasion, the rudder is jammed amidships practically at the beginning of the manoeuvre, and the failure persisted until the end. The manoeuvre was completed, being carried out solely with the stern tug, which acted as the vessel rudder, thereby enabling safe control of the vessel's position throughout the navigation of both channels (Anegado and Army Terminal).



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 34. Approach Manoeuvre with rudder jam. Run 28.

It can be concluded that the emergencies involving rudder jam were safely controlled throughout, with no positional errors or loss of control, by means of the vessel's own equipment and the assisting tugs.

### 3.2.1.2.2.  Sudden Increase of Wind Intensity

During the approach manoeuvre with swinging (Run 14), two unexpected increases of wind speed occurred. At approximately minute 10, just upon entering Army Terminal Channel, the easterly wind increased from an average of 20 to 25 knots. This emergency was controlled by applying additional starboard rudder to compensate the drifting. Furthermore, during the transit through Army Terminal Channel, the wind increases again from 25 to 30 knots on average, which required the swinging manoeuvre to be performed in a more central position and using all the available space. Finally, during the swinging and final berthing manoeuvre, the wind decreased from 30 to 25 knots.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 35. Approach Manoeuvre with sudden wind increase. Run 14.

The manoeuvre, despite the unexpected increase of wind speed reaching average winds of up to 30 knots with gusts of 40 knots, was nevertheless carried out with sufficient safety and control, and within the available space, thanks to both the vessel's own means and the assistance of the tugs.

### 3.2.1.2.3.  Stern tug failure

During Run 16, an approach manoeuvre with swinging, a failure in the stern tug occurred just before the vessel exited Army Terminal Channel and entered the basin to carry out the swinging manoeuvre. The tug master quickly noticed the problem, released the line and dropped anchor in a safe location so as not to interfere with the execution of the manoeuvre. The manoeuvre was then completed, with the swinging and subsequent berthing carried out using only three tugs and without altering their positions.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 36. Approach Manoeuvre with stern tug failure. Run 16.

The manoeuvre, despite the swinging and final berthing being carried out with only three tugs, was performed with sufficient safety and control of both, position and speed throughout. It was also noted that the position of the quarter tug could have been changed to the stern; however, whether such a change is beneficial depends on the moment of the manoeuvre in which the stern tug failure occurs. In this case, no change in the position of the remaining active tugs was decided by the Pilot, as at the time of the stern tug failure the quarter tug had greater effect for the swinging and berthing phase.

### 3.2.1.2.4.  Approach cancelled at buoy 11

During Run 18, once the approach manoeuvre had started, the Pilot received the order from the terminal to cancel the operation. Making use of the space available between Anegado Channel and Army Terminal Channel, a swinging manoeuvre was carried out to



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

41

abort the entry manoeuvre and proceed to exit the bay. The manoeuvre was performed with only three tugs, while the port shoulder tug (Tug 1) remained in stand-by, accompanying the vessel without applying any force.



Figure 37. Approach Manoeuvre cancelled by terminal at buoy 11. Run 18.

It can be concluded that the cancellation of the approach manoeuvre before entering the Army Terminal Channel is possible and this run was carried out promptly and safely, with adequate control of position and speed throughout, using only three tugs.

### 3.2.1.2.5.  Extreme wind conditions and aborted departure

During departure manoeuvre number 19, the vessel initially experienced a south-easterly wind of 30 knots average intensity, which suddenly veered and shifted to the north. As a result, it was decided to abort the departure manoeuvre and repeat it later.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 38. Departure Manoeuvre with extreme wind and aborted departure. Run 19.

### 3.2.1.2.6.  Extreme wind conditions

Two departure manoeuvres were carried out under extreme wind conditions (30 knots average intensity) from the north. The only difference between them was the change in the towing configuration employed. As mentioned earlier, Run 20 used the usual towing configuration (Tug 1 pushing at midship without a line, Tug 2 connected on the starboard shoulder, Tug 3 connected on the starboard quarter, and Tug 4 connected at the stern), while Run 24 was performed with a modified towing configuration, in which Tug 1 was shifted to the bow pulling on the center lead.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001



Figure 39. Departure Manoeuvre with extreme wind conditions. Run 20.



Figure 40. Departure Manoeuvre with extreme wind conditions. Run 24.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

44

Both manoeuvres, and thus both strategies, were executed with sufficient control and safety, and are considered feasible from a nautical perspective. It is worth noting that the alternative towing configuration used (using Tug 1 at bow center lead) was found to be of great interest for the local Pilots, who even remarked that this strategy provides greater control of the bow and turning moment.

### 3.2.1.2.7.  Engine failure (Blackout)

During Run 21, an approach manoeuvre with swinging, an engine failure (blackout) occurred while navigating through Army Terminal Channel. The Master and local Pilot quickly were aware of the problem and reacted, and the transit through the channel was safely controlled with the assistance of the tugs. Before starting the swinging and subsequent berthing, a call was received from the Engine Control Room informing that the failure had been repaired and engine was restarted. The manoeuvre was then finished with all means available.



Figure 41. Approach Manoeuvre with  engine failure (blackout). Run 21.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

During the blackout, the tugs assisted in maintaining the vessel position during the transit through the channel, ensuring full control of the vessel and allowing the manoeuvre to be carried out safely.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

# 4. Summary and conclusions

## 4.1. Summary

At the request **from New Fortress Energy**, a **Real-Time Ship Manoeuvring Simulation Study** has been performed at the **Port of San Juan** (Puerto Rico) in order to **assess tug requirements** and **evaluate tug operation strategies and vessel behaviour** during manoeuvres involving LNG carriers to **Puerto San Juan NFE Terminal**.

Two LNGCs of 155k m3 (285.1 x 43.4 x 9.1 m) and 138k m3 (284 x 42.5 x 9.1 m) in partially loaded condition were considered in the assessment. To assess the **tug requirements** (number and BP) for safe operations of the LNGCs at the **Port of San Juan** (Puerto Rico), a **tug configuration consisted of 4 x 50 t BP ASD tugs** were considered.

To achieve this, a total of **28 manoeuvres** (14 entries and 14 departures) were performed, comprising **19 normal manoeuvres** (8 approaches and 11 departures) and **9 emergency manoeuvres** (6 approaches and 3 departures), under different meteorological conditions characteristic of the area: average winds speed (with gust of 30%) of **15, 20, 25 and 30 knots from E, NE, SE and N**, offshore waves of Hs= **2.5 m with Tp=10 and 16 s** from **NE**, offshore currents of **0.75 knots** from **WNW**, and a water level corresponding to Mean Lower Low Water (MLLW), which corresponds **to 0.0 m of water level**.

The manoeuvres were conducted during 5 simulation sessions from 25th to 29th August 2025 at Siport21 facilities in Las Rozas de Madrid (Madrid, Spain). Manoeuvres were carried out by Local Pilots and Energos Captain involved in the project, while two of the tugs considered were operated by local Tug Masters from McAllister and MORAN towing companies. Other observers from NFE, retired Local Pilots, Puerto Rico Maritime Group, tugboat companies attended the simulation sessions.

The simulation study was completed at **Siport21 Ship Manoeuvring Simulation Center**, using **Siport21 Real-Time manoeuvring simulator Kongsberg (Norway) K-Sim software,** DNV ST033 certified, and following the methodology described by **PIANC** (International Navigation Association) in the reports *"Approach Channels. A Guide for Design"* (1997) and *"Harbour Approach Channels Design Guidelines"* (2014) as well as in Spanish Port Authority Recommendation (**ROM 3.1-99**) *"Maritime Recommendations for the Design of Port Access and Manoeuvring Areas"*.

The simulations involved a **full-mission bridge operated by local Pilots/expert captains** to replicate the **LNG carrier's behaviour**. In parallel, additional **full-mission and part-task bridges were operated by local/expert Tug Masters**, while the remaining tugs were managed from the instructor's station. In addition, during the sessions, **an experience**



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

47

**Tug Master from KOTUG attended the sessions to support and provide comments based on her expertise with LNG operations, and even manoeuvre as Tug Master**, with the objective of giving his expert opinion on the evaluation of tug operation strategies.

## 4.2. Final Conclusions and Recommendations

Based on the expert assessment of manoeuvres carried out, using **expert criteria** from a **nautical perspective**, the following **conclusions and comments** can be drawn:

► **Wave and current inside the bay are negligible**, therefore the **wind** is the main factor affecting both approach and departure manoeuvres.

► In terms of **wind**, the **easterly wind is the most predominant in the area and also the most challenging**, acting practically transversely during navigation through both channels (Anegado and Army Terminal Channel) in approach and departure manoeuvres. In addition, the south-easterly wind hinders the approach to the fenders and favours departures, whereas the north-easterly wind has the opposite effect, favours the berthing phase and pushes the vessel against the fenders during departures. The **northerly** wind, although it is not very common, occasionally appears during winter and is the **most demanding for unberthing phase** because the cross component, acting abeam.

► The manoeuvres of the LNGCs analysed under an average wind speed of 20 kn are considered feasible.

► Most critical phases of the manoeuvre are the **swinging and berthing/unberthing**, since special attention and control of the vessel position is required to avoid positional errors.

► For the safe execution of inbound and outbound manoeuvres at the NFE terminal, the **COD East Side Berth must remain unoccupied** by other vessels.

► **The approach manoeuvring strategy**: depending on wind intensity and the effect on the vessel, the turning manoeuvre may be carried out with different strategy: either more directly swinging close to the LNG Terminal when the wind is moderate (up to 10 knots), or by swinging in a wider area in the Army Terminal turning area when the wind is stronger, with average wind speeds of 15 to 20, allowing larger safety margins from critical areas and providing a better control of the vessel while compensating the increased wind effect.

► **The departure manoeuvring strategy**: controlled lateral separation using astern engine to avoid approaching the COD berth, followed by a starboard turn and direct exit.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

► A **tug formation** consisted of **4 ASD unit of 50 t BP is sufficient** and adequate to provide sufficient control of the **LNGCs analyzed** under the conditions considered in the assessment (average wind speed up to 20 knots in normal operation). This configuration can be <u>sufficient to attend emergency scenarios</u> (rudder jam, engine failure, sudden increase of wind, stern tug failure) and should be considered the minimum requirement to ensure safe vessel handling.

► During the <u>approach</u> manoeuvres, the following towing configuration was used: Tug 1 connected on the port shoulder, Tug 2 connected on the starboard shoulder, Tug 3 not connected and following the vessel, and Tug 4 connected at the stern.

► During the <u>departure</u> manoeuvres, two different towing configurations were tested:

  ► Usual towing formation: Tug 1 pushing at midship without line, Tug 2 connected on the starboard shoulder, Tug 3 connected on the starboard quarter, and Tug 4 connected at the stern.

  ► Alternative towing formation: Tug 1 connected pulling at the bow centre lead, Tug 2 connected on the starboard shoulder, Tug 3 connected on the starboard quarter, and Tug 4 connected at the stern. It was noted that using one tug at bow center lead, a higher turning moment to separate the vessel is achieved.

► The following table shows the tugs available at the Port of San Juan, concluding that <u>the tugs already available in the port have a higher bollard pull than those considered in the study</u> and, therefore, any of them would be adequate for the safe execution of the manoeuvres.

| NAME | TYPE | Bollard Pull (t) |
|---|---|---|
| ELEANOR MORAN | ASD | 65.8 |
| HECTOR P | ASD | 53.3 |
| JEFFREY MCALLISTER | ASD | 61 Ahead/53.95 |
| AUDREY MCALLISTER (ROSEMARY) | ASD | 74.93 |
| MAXWELL PAUL MORAN | ASD | 75.1 Ahead/73.5 |

► Current tugs available at the port with less than 50 metric tonnes bollard pull will not be considered for these operations.

► The **aids to navigation** to delimit both channels (Anegado and Army Terminal) are adequate providing good references and allow to carry out manoeuvres safely.

► The **space available for the operation of the tugs is sufficient**, as they can move slightly outside the channel limits without difficulty, since there are no draught constraints in relation to the available depth.



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001

► Additionally, good coordination and **communication protocol** between Pilots and tug Master's is necessary in these manoeuvres.

### 4.2.1. Additional comments and recommendations

► Based on **local Pilots recommendations**, the **operational access limits** for normal operations of these vessels at the NFE LNG Terminal, San Juan Port, might be **established at an average wind speed of 15 knots with gusts up to 20 knots**.

► It is always recommended to perform <u>first manoeuvres under moderate conditions</u> for a safer and more comfortable adaptation of the Local Pilots, increasing wind conditions progressively towards the terminal operational limits, as already being performed.

► It is highly **recommended** that **real-time manoeuvring sessions** be carried out in the study area **by those Pilots or Captains**, together with the **tug Masters** involved in these manoeuvres at the NFE LNG Terminal in San Juan Port (Puerto Rico), who did not attend the simulations already conducted in order to get familiar with these manoeuvres and their strategies under the operational limits defined. It is also recommended that **emergency manoeuvres** be included **during these training sessions** to evaluate possible adverse scenarios and how to resolve them without compromising the safety of the manoeuvres. As proven during the sessions, familiarisation and training enhance both the manoeuvres and the overall safety of the operations. Being the tug assistance crucial for such manoeuvres, join training Pilots/Tug Master could ease the process.



Madrid, September 2025

Project Manager

Eng. Lourdes Pecharromán

Director of Training Programs and
Nautical Advisor

Captain Carlos Cal

Director of the Manoeuvring and
nautical Studies Area

Eng. Raúl Redondo

General Manager

Eng. Aitor Acha



COMPANY WITH
QUALITY SYSTEM
CERTIFIED BY DNV
ISO 9001