

Set: 3:00 PM
Held: 3:00 PM – 6:00 PM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: September 26, 2025 |
| **BEFORE HONORABLE SILVIA L. CARREÑO-COLL** | Civil. No. 25-1462 (SCC) |

COURTROOM DEPUTY CLERK: Jyoti Mehta-López
COURT REPORTER: Robin Dispenzieri

| | Attorneys present: |
|---|---|
| | For all Plaintiffs - |
| **CAPTAIN TOMÁS BUSTO-ÁLVAREZ** | Luis M. Pavía-Vidal |
| **CAPTAIN CARLOS EDUARDO RAMOS** | Giancarlo Font-García |
| **CAPTAIN RICHARD FLYNN** | Miguel A. Nazario-Briceño |
| **CAPTAIN JACOB ELMSTROM** | Francisco E. Colón-Ramírez |
| **CAPTAIN PATRICK LÓPEZ** | |
| **CAPTAIN KENNETH RAY DÍAZ** | |
| **CAPTAIN CARLOS GUTIÉRREZ** | |
| **SAN JUAN BAY PILOTS CORPORATION** | |
| Plaintiffs | |
| vs. | |
| **NFEnergía LLC** | José Ramón Rivera-Morales |
| **PUERTO RICO HARBOR PILOT COMMISSION** | Manuel Porro-Vizcarra |
| **JESSICA ÑECO-MORALES** | Myrmarie Laborde-Vega |
| Defendants. | |

**PRELIMINARY INJUNCTION HEARING held (Fourth day).**

The Court received the parties in chambers to mediate an agreement between the parties. The parties engaged in meaningful conversations, but no definitive agreement was reached. An impasse was declared.

In court, the parties disclosed their positions as to the impasse and the potential immediate repercussions for scheduled LNG vessels movement. The Court also heard from Attorney Matthew Reinhard, Co-General Counsel and Chief Compliance Officer at New Fortress Energy Inc., regarding Defendant NFEnergia's inability to secure 80-metric ton tugboats for this weekend and willingness to continue engaging in negotiations with the Plaintiffs.

The Court adjourned today's session by advising the parties that further orders will be issued today.

**MINUTES OF PROCEEDINGS**
Preliminary Injunction Hearing (Fourth day) – September 26, 2025
Case No. 3:25-CV-01462 (SCC)

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy

Case 3:25-cv-01462-SCC    Document 65    Filed 09/26/25    Page 2 of 2

**MINUTES OF PROCEEDINGS**
Preliminary Injunction Hearing (Fourth day) – September 26, 2025
Case No. 3:25-CV-01462 (SCC)