Set: 9:30 AM
Held: 10:15 AM – 12:20 PM
1:35 PM – 6:20 PM



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  Date: September 29, 2025
**BEFORE HONORABLE SILVIA L. CARREÑO-COLL**  Civil. No. 25-1462 (SCC)

COURTROOM DEPUTY CLERK: Jyoti Mehta-López
COURT REPORTER: Robin Dispenzieri

|  | **Attorneys present:** |
|---|---|
|  | For all Plaintiffs - |
| **CAPTAIN TOMÁS BUSTO-ÁLVAREZ** | Luis M. Pavía-Vidal |
| **CAPTAIN CARLOS EDUARDO RAMOS** | Giancarlo Font-García |
| **CAPTAIN RICHARD FLYNN** | Miguel A. Nazario-Briceño |
| **CAPTAIN JACOB ELMSTROM** | Francisco E. Colón-Ramírez |
| **CAPTAIN PATRICK LÓPEZ** |  |
| **CAPTAIN KENNETH RAY DÍAZ** |  |
| **CAPTAIN CARLOS GUTIÉRREZ** |  |
| **SAN JUAN BAY PILOTS CORPORATION** |  |
| Plaintiffs |  |
|  |  |
| vs. |  |
|  |  |
| **NFEnergía LLC** | José Ramón Rivera-Morales |
|  |  |
| **PUERTO RICO HARBOR PILOT** | Manuel Porro-Vizcarra |
| **COMMISSION** | Myrmarie Laborde-Vega |
| **JESSICA ÑECO-MORALES** |  |
| Defendants. |  |

**PRELIMINARY INJUNCTION HEARING held (Fifth day).**

The Court noted the Informative Motion at Docket No. 57 and granted the motions for leave to appear pro hac vice at Docket Nos. 61 and 62.

The parties informed that they have continued engaging in conversations to try and secure 80-metric ton tugboats, but they differ as to the availability of tugboats that could arrive promptly to the San Juan Bay. The Court urged the parties to jointly reach out to the companies to try and secure the services of 80-metric ton tugboats over the lunch break. The parties, however, failed to comply with the Court's directive.

<u>**MINUTES OF PROCEEDINGS**</u>
Preliminary Injunction Hearing (Fifth day) – September 29, 2025
Case No. 3:25-CV-01462 (SCC)

Attorney Miguel Nazario informed that the Plaintiffs identified available 80-metric ton tugboats. Attorney José Rivera informed that NFEnergia's efforts over the weekend to secure 80-metric ton tugboats were fruitless because none are available at this time. While some were identified in Virginia and South Carolina, it remains unclear if they will be able to make their way to the San Juan Bay. Further, the tugboats that left the San Juan Bay and are now in Louisiana are scheduled to begin another job. Therefore, it is unclear if they will be available and able to return to the San Juan Bay in a timely fashion. Attorney Matthew Reinhard, representative for New Fortress Energy Inc., confirmed the efforts made by NFEnergia and his admiralty team in New York since the temporary restraining order was issued and provided additional details regarding the efforts being made to secure the tugboats.

The Court acknowledged that, at Docket No. 63, the Puerto Rico Electric Power Authority (PREPA) filed a Motion to Intervene. Attorney Juan Martínez, counsel for PREPA, was present in Court and was heard. He notified the Court that Island-wide power outages are imminent if the matter is not resolved quickly. The Court held in abeyance the Motion to Intervene, pending Plaintiffs' response.

Testimony by Captain Jacob Elmstrom was heard. Direct, cross, re-direct, and re-cross examination was conducted. Testimony by Plaintiffs' expert witness, George Burkley, present by video teleconference (VTC), was heard. Direct and cross-examination was conducted. Testimony by Captain Carlos Ramos began. Only his direct examination was conducted. Defendants will be allowed to cross examine Captain Ramos when proceedings resume.

**Further Preliminary Injunction Hearing is set for October 2, 2025 at 9:30 a.m. in Hato Rey Courtroom 6.**

**Exhibits admitted:**
Plaintiffs: 10, 10-1, 11, 12, 13, 14, 14-1, 15, 16, 17, 18, 19, 20.
Defendant NFEnergia: A, A-1.

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy