### Cierre temporero – Oficina de Experiencia del Cliente en Caparra

Nuestra Oficina de Experiencia del Cliente en Caparra está cerrada temporalmente por deficiencias estructurales del edificio donde ubica. Utiliza nuestros puntos de pago autorizados, llama al 1-844-888-5862, accede a MiLUMA o visita otro Centro de Experiencia del Cliente.

**La gente primero. La seguridad siempre.**



**LUMA**   Mi LUMA | Contacto | ¿? | English | 🔍

# Resumen del Sistema

SOBRE NOSOTROS      OPERACIONES DEL SISTEMA      DATA A TIEMPO REAL

MÁS INFORMACIÓN

| Demanda Actual | Demanda Próxima | Reserva Actual |
|---|---|---|
| MW 3500 | MW 3500 | MW 1000 |

Resumen del Sistema - Luma Energy

https://lumapr.com/resumen-del-sistema/


2056


2118


1000



Pronóstico Tope

Demanda Pico
**2969** MW

Reserva Pico
**218** MW



Resumen del Sistema - Luma Energy  https://lumapr.com/resumen-del-sistema/

# Abastos de energía en detalles

Suministro Base    Suministros Pico    Suministro Renovable



San Juan — 349 MW / 850



Palo Seco — 162 MW / 600



Aguirre — 229 MW / 900



Costa Sur — 387 MW / 1000



Eco Eléctrica — 330 MW / 550



AES — 451 MW / 550