### DECLARATION OF JOSUÉ A. COLÓN ORTIZ
### UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

I, Josué A. Colón Ortiz, hereby declare under penalty of perjury as follows:

1. I am the Executive Director of the Puerto Rico Public–Private Partnerships Authority ("P3A"). I am a licensed engineer in Puerto Rico and have worked in the electric power sector for more than thirty-five (35) years. During that time, I held multiple leadership positions at PREPA, including overseeing the operation of PREPA's generation fleet and serving as its Executive Director. In those capacities, I acquired detailed knowledge of the design, operation, and limitations of PREPA's power plants, including the San Juan and Palo Seco generating stations that are central to this matter.

2. On September 26, 2025, this Court issued a Temporary Restraining Order ("TRO") requiring NFEnergia LLC to conduct all LNG maneuvers in San Juan Bay with 80-ton escort-rated tugs, for a period of fourteen (14) days, until October 10, 2025.

3. NFEnergia has informed via electronic mail today to P3A's counsel that the four 80-ton escort-rated tugs required by the TRO are not available for the foreseeable future due to high demand in the Jones Act market. Thus, there are no viable alternatives within the 14-day period of the TRO. The effect of the TRO is to impose a de facto embargo on LNG deliveries into San Juan Bay for at least two weeks.



4. Units 5&6 of the San Juan power plant and the 14 temporary generation units located at the San Juan and Palo Seco sites use LNG as their primary fuel source. Collectively, these power units supply electricity to the entire Island along with all critical facilities such as hospitals, water pumping systems, airports, and government facilities. The San Juan LNG terminal does not have reserve storage tanks. Instead, the LNG carrier docked at the pier functions both as the transport vessel and the reservoir. The vessel currently at the pier has already been depleted, and no replacement vessel has been permitted to enter.

5. Genera, as the operator of the generation units, has already been compelled to operate the San Juan units on alternate fuel - diesel, while units without dual-fuel capability have been shut down. Based on my engineering expertise and professional experience managing Puerto Rico's power plants, I can attest that extended diesel operation entails extraordinary operational and reliability risks. Diesel use, compared to LNG,

accelerates wear on turbines, increases the likelihood of forced outages, and increases the need for scheduled maintenance. Diesel combustion also produces significantly higher emissions, which may impact the surrounding communities by deteriorating local air quality, aggravating respiratory conditions, and/or placing an additional burden on already vulnerable populations living near the power plants.

6. The grid's fragility is no longer theoretical. On September 29, 2025, the forced outage of a single generating unit at the Aguirre power plant left more than 150,000 families without electricity. That event shows how the loss of just one major unit can cascade into widespread outages. If LNG deliveries continue to be blocked, the consequences could be exponentially worse. San Juan and Palo Seco's LNG units provide essential capacity to the Island's most densely populated area. If forced to continue on diesel or be forced to shut down for lack of diesel capability, Puerto Rico faces the likelihood of blackouts that will directly endanger lives, disrupt medical facilities, water service, and communications, and destabilize the economy.

7. I have personal knowledge of the facts set forth above, and I am prepared to testify in support of them before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of September, 2025, in San Juan, Puerto Rico.

Josué A. Colón Ortiz
Executive Director
Puerto Rico Public–Private Partnerships Authority