# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al <br><br> Plaintiff, <br><br> vs. <br><br> NFENERGIA LLC, et al <br><br> Defendants. | CIVIL NO. 25-cv-1462 (SCC) |

## RESPONSE TO EMERGENCY MOTION FOR EXPEDITED HEARING TO LIFT TEMPORARY RESTRAINING ORDER

**TO THE HONORABLE COURT:**

The Defendant NFEnergia LLC ("NFE"), informs, states and prays as follows:

1. NFE has reviewed the Emergency Motion for Expedited Hearing to Lift Temporary Restraining Order (Dkt #71) filed by Intervenors Puerto Rico Electric Power Authority ("PREPA") and the Puerto Rico Public-Private Partnerships Authority ("P3A") requesting the Court hold emergency after-hours hearings.

2. NFE does not object to Intervenor's motion and states it is prepared to begin presenting its case at the earliest possible opportunity.

3. In addition to the sworn statement submitted by Genera and attached to Intervenors' Motion, NFE submits the attached statement from Zakiy Ahmed regarding NFE's efforts to locate Jones Act compliant 80 ton bollard pull tugboats to be deployed to San Juan harbor.

**WHEREFORE**, the defendant respectfully prays that the Honorable Court for take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 30th September 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

*s/J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave.
San Juan, PR 00918
Tel. 787-510-8090 email: rrivera@jgl.com