IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al<br><br>Plaintiff,<br><br>vs.<br><br>NFENERGIA LLC, et al<br><br>Defendants. | CIVIL NO. 25-cv-1462 (SCC) |

## STATEMENT OF ZAKIY AHMED

I **ZAKIY AHMED**, of legal age, unmarried, and resident of Brooklyn, New York, declare under the provisions of 28 U.S.C. § 1746 as follows:

1. That my name and personal circumstance are those presented above.

2. I am a Managing Director of New Fortress Energy Inc., which is the corporate parent to Defendant NFEnergia LLC (collectively, "NFE").

3. I have been employed by NFE since August 2019.

4. Part of my duties include supporting NFE's commercial operations in Puerto Rico, including assisting with the scheduling of the movements of LNG carriers in and out of San Juan harbor as well as supporting vessel movements in and out of other NFE operations around the world.

5. As a result of these duties, I am generally familiar with the tugboat owners and commercial ships brokers that are able to supply Jones Act compliant tugs to San Juan harbor.

6. Following Plaintiffs' Request for a Temporary Injunction, we have made extensive efforts to ascertain whether it is possible to obtain four Jones Act-compliant, 80-ton bollard pull tugs.

7. On or around September 23, 2025, I directed NFE's marine team to contact Compass Maritime, a leading tugboat ship brokerage and NFE's exclusive Jones Act-qualified tug broker, to ask that their brokers urgently canvass the market for immediate availability of four Jones Act-qualified, 80-ton bollard pull tugboats that could be repositioned to San Juan.

8. On September 24, 2025, Compass responded via email to that inquiry that such tugs are in "high demand in the Jones Act market" and that "most are committed on their Owners' dedicated port or terminal contracts." I understand this email was previously submitted to the Court at Document 47-7.

9. I understand that on Friday, September 26, 2025, the Court entered a Temporary Restraining Order that, among other things, directed the Plaintiffs to attempt to locate four Jones Act-compliant 80-ton bollard pull tugs that could transit over 10 days from the mainland United States to San Juan Harbor to support the movement of LNG carriers in and out of San Juan Harbor.

10. Following this Order, myself with support from NFE's maritime team, continued to contact our broker and tug owners to attempt to locate any Jones Act 80-bolllard ton tugboats that could be repositioned to San Juan Harbor.

11. On September 28, in response to inquiries from NFE consultant Puerto Rico Maritime Group made earlier that day, McAlister Towing company reported that there were no 80-

ton bollard pull tugs in Puerto Rico, but offered the Audrey McAllister, currently in Puerto Rico, and rated to 75.5 tons bollard pull.

12. NFE already intended to utilize the Audrey McAllister for the pending vessel movements at its terminal.

13. Also on September 28, McAllister Towing indicated it might be possible to re-deploy the Rosemary McAllister and Ava McAllister from Virginia/South Carolina to San Juan Harbor but the ultimate availability of those tugs still needed to be confirmed with the current charterer and replacement tugs located. McAllister further reported that while McAllister Towing has nine (9) 80 or greater ton bollard pull tugs, four of which are sister vessels, the tugs are "currently assigned work in New York, Philadelphia, Baltimore, Norfolk[,] Charleston and Port Everglades, where they work together with vessels of other designs." This email is attached to my Statement as Exhibit A.

14. On September 30, McAllister Towing confirmed the Rosemary and Ava were technically available but are currently under charter agreements and because of the need to address the impact on local maritime traffic at their current ports, it would be at least two weeks before they could leave port and begin the journey to San Juan.

15. Additionally, in response to the inquiries from Puerto Rico Maritime Group, McAllister Towing further indicated on September 28 that another tugboat company (Moran Towing) had the Maxwell Moran tug available in San Juan harbor, and that the Moran has a 77-ton bollard pull capacity.

16. NFE intended to utilize the Maxwell Moran for the pending vessel movements at its terminal.

17. The four Jones Act Complaint 80-bollard ton tugboats that were previously in San Juan Harbor are owned by Edison Chouset Offshore (the "ECO tugs"). On September 15, 2025, NFE's charter of the ECO tugs ended (following ECO's cancellation of the charter) and the vessels departed San Juan Harbor on September 16, 2025.

18. I understand that the ECO tugs are now under charter with ExxonMobil to be used at their Golden Pass terminal in Louisiana.

19. In my experience, if the ECO tugs were made available it would take approximately two weeks for them to reach San Juan harbor.

20. On September 29, 2025, I emailed ECO to see if the ECO tugs were available and could be repositioned to San Juan Harbor.

21. That same day, ECO replied that it did not believe "the tugs will be made available" but that they would confirm with the current charter and revert. A copy of this email exchange is attached to this Statement as Exhibit B.

22. As of the submission of this Statement to the Court, I have not yet heard back from ECO as to whether the current charter would make the tugs available in San Juan and, if so, for how long.

23. Also on September 29, 2025, NFE renewed its request to Compass to locate "4x sister, 80 ton ASD tugs" to assist with vessel movements in San Juan.

24. Compass responded the same day, noting they would reach out to tug owners "and see if we can turn anything up." Compass further stated that if there "is willingness to move off the requirement for the 4x sisters, it would make the requirement far more achievable...." Following that email, NFE directed Compass to search for both sister

4

and non-sister 80 bollard ton tugs. A copy of that email exchange is attached as Exhibit C.

25. On September 30, Compass responded to NFE's September 29 request. Specifically, Compass reported via email the following regarding its canvassing of tugboat company for 80-ton bollard pull tugs:

   a. Reinauer Transportation: no such tugs currently available;

   b. Foss Marine: will check on availability but do not expect to have any available;

   c. Crescent Towing: not in a position to assist;

   d. Portland Tugs: working with McAllister to locate tugs;

   e. McAllister: "Waiting NFE to approve work options" which are the options McAllister proposed directly to NFE and are discussed above;

   f. Moran Towing: "Waiting NFE to approve work options" which are the options Moran proposed directly to NFE and are discussed above; and

   g. Compass is continuing to wait for responses from Signet Maritime, EN Biso & Son, Bay Towing, Bisso Towboat, Harbor Docking and Towing, Crowley Maritime, Bay Delta Marine, Fournier Tugs, Marine Towing of Tampa, Wilmington Tug.

26. Compass further stated in its email response that "...even if the tugs are available, it will take at least 10-15 days to mobilize them to Puerto Rico, though we expect availability to be sporadic." And "...this will take time and as you know...almost all options will already be servicing existing contracts in their designated home ports." This email exchange is attached to my statement as Exhibit D.


I declare under penalty of perjury that the following is true and correct.

In San Juan, Puerto Rico this 30th day of September 2025.

_____
Zakiy Ahmed



| | |
|---|---|
| **From:** | Buckley McAllister |
| **To:** | Zak Ahmed; José Martí Rosario Carpio; Natallia Lopez; Carlos Faris |
| **Cc:** | Robert Hughes; Jaime Santiago; Gerardo Maldonado |
| **Subject:** | Re: More tugs |
| **Date:** | Sunday, September 28, 2025 6:19:42 PM |

This email is to follow up on earlier communications between Jaime Santiago and NFE representatives about the availability of 80 metric ton tugs for San Juan operations.

There are no 80MT tugs in Puerto Rico.
McAllister has made the AUDREY McALLISTER available to assist NFE in San Juan. This tug has 75.5 metric tons or 83 short tons bollard pull.
McAllister Has nine tugs that have been rated at or above 80 metric tons bollard pull. Four of these tugs are sister vessels of a 100 x 40 foot Crowley Engineering design. Four of these tugs are sister vessels of a Washburn Doughty design. These tugs are currently assigned work in New York, Philadelphia, Baltimore, Norfolk Charleston and Port Everglades, where they work together with vessels of other designs. For further information on our fleet, see www.mcallistertowing.com.

We could possibly provide the ROSEMARY and AVA to NFE in Puerto Rico, but it would probably cause shipping disruptions in Charleston and Norfolk. Because of the hurricanes Humberto and Imelda, these boats would not be able to leave their home berths until next week. It would be an expensive proposition.

We have canvassed the market to see if it would be possible for us to charter in tugs from another operator.

Moran Towing offered us the MAXWELL MORAN, which has a bollard pull of 77 metric tons. Is this good enough? Moran does not have any 80MT tugs available.

We gather that the Edison Chouest tugs are no longer available. We believe that Suderman & Young also has no tugs available to respond to this need.

Best regards,

Brian Buckley McAllister
917-971-1505

B

| | |
|---|---|
| From: | Buster Hawthorne |
| To: | Zak Ahmed |
| Cc: | Matthew Reinhard; Raymond Gaubert |
| Subject: | Re: [*EXT*] Tugs |
| Date: | Monday, September 29, 2025 5:31:47 PM |
| Attachments: | image001.png |

Zac good afternoon and thank you for reaching out. Unfortunately I don't think that the tugs will be made to be available. However I have a call in to confirm this with the term charterer for these tugs and will revert at soonest.

Regards,

Buster

On Mon, Sep 29, 2025 at 11:13 AM Zak Ahmed <zahmed@newfortressenergy.com> wrote:

> Hey Raymon and Buster,
>
> Just checking in on the availability of the previously chartered 4 tugs and the possible duration.
>
> Thank you.
>
> Zak Ahmed
>
> 
>
> Tel: 516.268.7407 Cell: 347.714.3265
>
> 111 W 19th St, 8th Floor New York, NY 10011
>
> www.newfortressenergy.com

--
Harvie "Buster" Hawthorne Jr. Business Development EDISON CHOUEST OFFSHORE-HOUSTON C-INNOVATION, MARTIN HOLDINGS, & FOURCHON HEAVY LIFT
Email: buster.hawthorne@chouest.com Direct Dial: (713) 395-4456 Main: (832) 251-6665 Ext. 53035 Cell: (985) 677-0260   Sent from my iPad

C

| | |
|---|---|
| **From:** | Matthew Reinhard |
| **To:** | Jimmy Mirance; Asad Imran |
| **Cc:** | Offshore; Tommy O"Toole; Zak Ahmed |
| **Subject:** | Re: 80 Ton ASD Tugs |
| **Date:** | Monday, September 29, 2025 6:36:25 PM |
| **Attachments:** | image001.png |

Thanks so much Jimmy would be good to know what - if any - non-sister 80bt are available as well as the sisters.

Thanks,
Matt

**From:** Jimmy Mirance <JMirance@compassmar.com>
**Sent:** Monday, September 29, 2025 6:34:43 PM
**To:** Asad Imran <aimran@newfortressenergy.com>
**Cc:** Offshore <offshore@compassmar.com>; Tommy O'Toole <totoole@compassmar.com>; Matthew Reinhard <mreinhard@newfortressenergy.com>; Zak Ahmed <zahmed@newfortressenergy.com>
**Subject:** Re: 80 Ton ASD Tugs

Asad,

I will out this out tonight and see if we can turn anything up. As discussed, if there is willingness to move off the requirement for 4x sisters, it would make the requirement far more achievable if we can piece together 4x tugs. Finding 4x available Sisters will be challenging but we will certainly try!

++

With Best Regards,
Jimmy Mirance

Compass Maritime
Cel: +1 631 681 9155
Tel: +1 201 907 0009
ICE IM: jmirance
Direct E-mail: jmirance@compassmar.com
Group E-mail: offshore@compassmar.com

DISCLAIMER: This message (including any attachment) is confidential and intended for a specific individual and purpose. If you are not the intended recipient, please notify the sender immediately and delete this message.

TRADING TERMS AND CONDITIONS: All business is undertaken according to our trading terms and conditions, available here or upon request.

---

**From:** Asad Imran <aimran@newfortressenergy.com>
**Sent:** Monday, September 29, 2025 6:29:25 PM
**To:** Jimmy Mirance <JMirance@compassmar.com>
**Cc:** Offshore <offshore@compassmar.com>; Tommy O'Toole <totoole@compassmar.com>; Matthew Reinhard <mreinhard@newfortressenergy.com>; Zak Ahmed <zahmed@newfortressenergy.com>
**Subject:** Re: 80 Ton ASD Tugs

Hi Jimmy and Tommy,
NFE has a prompt requirement for 4x sister, 80 ton ASD tugs to service our Puerto Rico LNG movements in San Juan.

Can you please let me know if/when you can get offers out for 4x sister vessels, with minimum 80-ton bollard pull and ASD capability?

Thank you.

Kind regards,
**Asad Imran**
Cell: +1 (347)213-0939

---

**From:** Jimmy Mirance <JMirance@compassmar.com>
**Sent:** Wednesday, September 24, 2025 5:48:36 PM
**To:** Asad Imran <aimran@newfortressenergy.com>
**Cc:** Offshore <offshore@compassmar.com>; Tommy O'Toole <totoole@compassmar.com>
**Subject:** 80 Ton ASD Tugs

Asad,

- STRICTLY AS BROKERS ONLY & WITHOUT GUARANTEE –

80 Ton BP ASD Tugs are already in high demand in the Jones Act Market as most are committed on their Owners' dedicated port or terminal contracts. With continued Terminal development in the US Gulf, both in the LNG space and beyond, we expect this demand to further increase in the near term. While sporadic bareboat or time charter opportunities may prevent themselves, we feel it would be difficult to pull multiple Vessels, especially from the same Owner, from their existing commitments. As info and based on information available to us, current market day rates (excluding consumables) for term business for these size ASD

Tugs is currently in the region $mid-high teens per day with rates having potential to reach the low $20s depending on specific work scope and area of operation.

Hope this helps.

With Best Regards,
Jimmy Mirance



Cel: +1 631 681 9155
Tel: +1 201 907 0009
ICE IM: jmirance
Group E-mail: Offshore@CompassMar.com
Direct E-mail: JMirance@CompassMar.com
www.compassmar.com

DISCLAIMER: This message (including any attachment) is confidential and intended for a specific individual and purpose. If you are not the intended recipient, please notify the sender immediately and delete this message.

TRADING TERMS AND CONDITIONS: All business is undertaken according to our trading terms and conditions, available here or upon request.

# D

## Asad Imran

| | |
|---|---|
| **From:** | Jimmy Mirance <JMirance@compassmar.com> |
| **Sent:** | Tuesday, September 30, 2025 2:48 PM |
| **To:** | Asad Imran |
| **Cc:** | Colton Acosta; Trevor Fox; Offshore |
| **Subject:** | NFE 80 Ton BP ASDF Tug Requirement |

Asad,

Further to our discussions, we can summarize the requirement sent to market and the responses received thus far as follows:

Tugs: 4x 80 Ton Bollard Pull ASD Tugs
Scope: Support ship-docking evolution of LNG Vessels in/out of San Juan, PR
 Commence: PROMPT
 Duration: 30 Days FIRM + 4x 30-Day Option Periods

+++++++++++++++++++++++

"Reinauer Transportation"
==================

Does not currently have capacity to offer, but they could offer a new build proposal for a long-term charter opportunity.

++

"Foss Maritime"
==============
They will run it by their Harbor Service Group, but do not expect that they have any ASD Tugs free to offer.

++

"Crescent Towing"
==============
Thanked us for considering them, but they are not in a position to assist at this time.

++

"Portland Tugs"
==============
Are working with McAllister to provide a solution.

++

Evaluations Ongoing:

McAllister – Waiting NFE approval to work options
Moran Towing – Waiting NFE approval to work options

1

Signet Maritime
EN Bisso & Son
Bay Towing
Bisso Towboat
Harbor Docking and Towing
Crowley Maritime
Bay Delta Marine
Fournier Tugs
Marine Towing of Tampa
Wilmington Tug

++

End Responses

I am following up with these Tugowners and will provide updated replies soonest. As we have discussed, even if the tugs are available, it will take at least 10-15 days to mobilize them to Puerto Rico, though we expect availability to be sporadic. We will discuss internally if we can provide a full list of every Jones Act-qualified tug that can operate in Puerto Rico. I will revert on this in the coming day or two. Is this any/all sizes, or 80 Ton specific? Either way, this will take time and as you know, because they are designated ship docking Tugs, almost all options will already be servicing existing contracts in their designated home ports. It will take time and will be expensive to free them up from existing commitments.

More updates to follow, thank you.


With Best Regards,
Jimmy Mirance



Cel: +1 631 681 9155
Tel: +1 201 907 0009
ICE IM: jmirance
Group E-mail: Offshore@CompassMar.com
Direct E-mail: JMirance@CompassMar.com
www.compassmar.com

DISCLAIMER: This message (including any attachment) is confidential and intended for a specific individual and purpose. If you are not the intended recipient, please notify the sender immediately and delete this message.

TRADING TERMS AND CONDITIONS: All business is undertaken according to our trading terms and conditions, available here or upon request.