## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CAPT. JAKE ELMSTROM, et al.** | **CIVIL NO. 25-CV-01462 (SCC)** |
| **PLAINTIFFS,** | **RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY** |
| v. | |
| **NFENERGIA LLC, et al.,** | |
| **DEFENDANTS.** | |

**INFORMATIVE MOTION ATTACHING EXHIBIT TO MOTION TO DISMISS**

**TO THE HONORABLE JUDGE OF THE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion. In support thereof, Defendants respectfully state, allege and pray:

1. On September 30, 2025, the appearing Defendants filed a "Motion to Dismiss and Memorandum in Support Premised Upon Federal Rules of Civil Procedure, Rule 12(b)(6) and Rule (b)(1)".

2. In the Motion to Dismiss Defendants make reference to "Exhibit 3", on page 2, which was inadvertently not attached to the motion.

3. The appearing party attaches to this motion "Exhibit 3" of the Motion to Dismiss.

**WHEREFORE**, Defendants respectfully request the Court to take notice of the above, for all procedural and legal purposes.

**WE HEREBY CERTIFY** that on this date a true and exact copy of this motion has been sent through electronic filing using the CM/ECF system to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of October of 2025.

                                   **MANUEL PORRO-VIZCARRA**
                                   **LAW OFFICES**
                                   Calle Escorial 382
                                   Urb. Caparra Heights
                                   San Juan, P.R. 00920
                                   Telephone 787-774-8200
                                   Facsimile 787-774-8297

                                   **/S/Manuel Porro-Vizcarra**
                                   USDC # 207006
                                   mpv@mpvlawpr.com