U.S. Department of
Homeland Security

**United States
Coast Guard**

Commander
United States Coast Guard
Sector San Juan

5 Calle La Puntilla
San Juan, PR 00901-1800
Staff Symbol: s
Phone: (787) 729-2300
Email: Luis.J.Rodriguez@uscg.mil

## MARINE SAFETY INFORMATION BULLETIN 11-25
August 15, 2025

### PORT READINESS CONDITION YANKEE FOR PORTS WITHIN PUERTO RICO & U.S. VIRGIN ISLANDS

Port Readiness Conditions are set by the Captain of the Port (COTP) and are based on the projected arrival of gale force winds (greater than 34 knots/39mph) associated with severe weather activity in the port.

| Readiness Condition | Measures in Effect | | | Date and Time |
|---|---|---|---|---|
| **X-Ray** | Guánica, PR | Mayagüez, PR | St. Croix, USVI | 14 AUG 2025 1600 Local Time |
| | Guayama/Las Mareas, PR | Ponce, PR | Tallaboa, PR | |
| | Guayanilla, PR | Salinas/Aguirre, PR | Yabucoa, PR | |
| **Yankee** | • All oceangoing vessels greater than 500 GT must have departed ports unless they have their application to remain in port has been approved by the COTP. | | | **15 AUG 2025 2000 Local Time** |
| | St. Thomas, USVI | St. John, USVI | | |
| **Yankee** | • All oceangoing vessels greater than 500 GT must have departed ports unless they have their application to remain in port has been approved by the COTP. | | | **16 AUG 2025 0800 Local Time** |
| | Arecibo, PR | Culebra, PR | San Juan, PR | |
| | Ceiba, PR | Fajardo, PR | Vieques, PR | |
| Zulu | • The port is closed to all vessel traffic except unless specifically authorized by the COTP.<br>• Cargo operations are suspended, including bunkering and lightering.  Waivers may be granted unless Cargo of Particular Hazard or Certain Dangerous Cargo is involved. | | | TBD |
| All Clear | • The port will be re-opened after a satisfactory assessment of the waterway, including critical aids to navigation, has been conducted. | | | TBD |

RED BOX = CURRENT CONDITION          YELLOW HIGHLIGHT = MEASURES REQUIRED OR UPDATED

At 2000 local time on Friday August 15, 2025, the ports within St. Thomas and St. John, USVI will shift to condition Yankee.  At 0800 local time, the ports of Arecibo, Ceiba, Culebra, Fajardo, San Juan, and Vieques PR will shift to condition Yankee. All other ports will remain in Port Readiness Condition X-Ray as was set at 1600 local time of Thursday August 14, 2025. As conditions may change rapidly, you are encouraged to frequently check the Port Condition status at Port Status | Navigation Center. If you have any questions, please contact my staff at the above listed telephone number or the Command Duty Officer at (787) 289-2041 or (787) 729-6770.

Sincerely,

Luis J. Rodríguez
Captain, U.S. Coast Guard
Captain of the Port