**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **TOMAS BUSTO-ALVAREZ Et al.**<br>Plaintiff,<br><br>v.<br><br>**NFEnergia LLC, Et al.**<br>Defendant | **Civil No.** 25-1462 (SCC) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

The United States Coast Guard has completed its participation in these proceedings and has been excused. Accordingly, the undersigned Assistant United States Attorney (AUSA) Dennise Longo-Quiñones respectfully requests leave to withdraw as counsel of record for the United States Coast Guard in the above-captioned matter.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Assistant U.S. Attorney Dennise Longo-Quiñones as counsel in the instant case and **cease** of sending further notifications.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico. This 6th day of October 2025.

**W. STEPHEN MULDROW**
United States Attorney

*s/Dennise Longo-Quiñones*
Dennise Longo-Quiñones
Assistant U.S. Attorney USDC-PR 211408
Torre Chardón, Suite 1201
350 Carlos Chardón St.
San Juan, Puerto Rico 00918
Tel. (787) 772-3904
E-mail dennise.longo.quinones@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico. This 6th day of October 2025.

*s/Dennise Longo-Quiñones*
Dennise Longo-Quiñones
Assistant U.S. Attorney