UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CAPT. JAKE ELMSTROM, et al.** | **CIVIL NO. 25-CV-01462 (SCC)** |
| **PLAINTIFFS,** | **RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY** |
| v. | |
| **NFENERGIA LLC, et al.,** | |
| **DEFENDANTS.** | |

## JOINT MOTION (STIPULATION) REQUESTING VOLUNTARY DISMISSAL OF THE CASE WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** the Plaintiffs Capt. Jake Elmstrom; Capt. Tomas Busto; Capt. Carlos E. Ramos; Capt. Kenneth Díaz; Capt. Richard Flynn; Capt. Carlos Gutiérrez, and Capt. Patrick López; and Codefendants the Pilotage Commission of Puerto Rico and Attorney Jessica Ñeco Morales, in her official capacity as the Commission's President, through their respective counsels and jointly file this Joint Motion (Stipulation) for Dismissal with Prejudice of the Instant Complaint.

In support thereof, these parties show unto the Court as follows:

1. The appearing parties have entered into Settlement Agreement and Release that settles the instant litigation between the parties. A copy of the Settlement Agreement and Release is Attached as Exhibit A.

2. The parties request the Court to approve the Settlement Agreement in its entirety and to maintain jurisdiction over this action until the matters agreed upon are performed.

3. Plaintiffs' counsels authorize co-defendants' counsel to file this Joint Motion also on their behalf.

**WHEREFORE**, it is respectfully requested that the Court enter an order approving the Settlement Agreement and that a judgment be entered accordingly. It is further prayed that the Court to retain jurisdiction to enforce the provisions of the Agreement.

## CERTIFICATE OF SERVICE

We hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, who signed this Joint Motion.

Respectfully submitted.

In San Juan, Puerto Rico, on this 10th day of October of 2025.

**MPV LAW OFFICES**
382 Escorial Avenue
Urb. Caparra Heights
San Juan, Puerto Rico 00920
TEL: 787-774-8200
FAX: 787-774-8297


/S/Manuel Porro-Vizcarra
MANUEL PORRO-VIZCARRA
USDC # 207006
mpvlaw@centennialpr.net