IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al<br><br>Plaintiffs,<br><br>vs.<br><br>NFENERGIA LLC, et al<br><br>Defendants | CIVIL NO. 25-cv-1462 (SCC) |

**NFENERGIA, LLC'S MOTION INFORMING COURT OF
REVISED ESTIMATE TIME OF ARRIVAL OF TUGS**

TO THE HONORABLE COURT:

Defendant NFEnergia LLC ("NFE") files this Motion Informing Court of Revised Estimated

Time of Arrival of the tugs *Ava McAllister* and *Haley Moran*.

**I. STATUS OF THE TUGS**

Pursuant to the Stipulation on Interim Measures ("Stipulation") (Dkt. 124), NFE has arranged

for two 70+ metric ton bollard pull tugs to be mobilized to San Juan, Puerto Rico, i.e., the *Ava*

*McAllister* and *Haley Moran*.  Both tugs were originally scheduled to be in San Juan no later than

November 1, 2025.  However, because of Hurricane Melissa, for safety reasons, both tugs have taken

shelter in port, which has delayed their arrival in San Juan. Subject to changes due to Hurricane

Melissa or other weather factors, it is anticipated both tugs will remain in port until approximately

Wednesday, October 29, 2025.  This will delay the tugs arrival in San Juan until approximately

November 3 – 4.

NFE currently anticipates that the next LNG ship "swap" will occur on approximately

November 5 or 6, at which time the MV *Energos Princess* will be taken outbound from the NFEnergia

terminal, and the MV *Energos Maria* will be brought into the terminal. Please note, however, that pursuant to the Stipulation, this next vessel swap will not take place until the *Ave McAllister* and *Haley Moran* have arrived in San Juan.

On Friday, October 24, 2025, NFE advised Plaintiffs via email of the delayed ETA of the tugs, and of the anticipated swap of November 5 -6. *See* Exhibit 1– Email to Pilots' Counsel. On that same day, NFE requested pilot service for November 5 -6, and requested the pilots advise which pilot they anticipated would handle the November 5 – 6 movement. *See* Exhibit 1 and Exhibit 2. As of the filing of this motion, the pilots have not responded to NFE's request.

WHEREFORE it is respectfully requested that this Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 27th day of October 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

*s/J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave., San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com

*s/Thomas N. Lightsey III*
Thomas N. Lightsey III
*By Admission Pro Hac Vice*
Fed. ID: 84829
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. (713)917-0888
Email: tom.lightsey@hfw.com

_s/Christopher R. Hart_
Christopher R. Hart
_By Admission Pro Hac Vice_
Fed. ID: 12517
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
chris.hart@hfw.com