THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM et al.,<br><br>Plaintiff<br><br>V.<br><br>NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY et al.,<br><br>Defendants | CIVIL NO.:  25-1462 (SCC) |

**REPLY TO RESPONSE TO MOTION INFORMING STATUS OF TUGS
AND NEW SIMULATION STUDY**

TO THE HONORABLE COURT:

COME NOW plaintiffs, through the undersigned attorney, and very respectfully inform respond to NFE's comments on the following matters:

**A. STATUS OF THE TRANSFER OF TUGS TO PUERTO RICO**

NFE claims at docket 132 that it is not reneging on its agreement to provide two additional tugs on or before November 1, 2025. To begin with, plaintiffs did not claim NFE was reneging on its agreement to provide the two additional tugs. Their Informative Motion was just that; letting the Court know where the tugboats were, at least as of yesterday. Plaintiffs add that during a Zoom meeting today attorney Tom Lightsey informed not knowing if NFE had in fact signed a charter agreement for the tugs. As of today, the vessels are still in New York and Charleston:



B. SIMULATION NEGOTATIONS

1.  NFE's response concerning the simulations in baffling. Even though plaintiffs' counsel pointed that an email was sent on Sunday September 28, 2025 to plaintiffs only without knowledge of their counsel, NFE appears to double down on its claim, based on that same email which was sent two weeks before the parties even agreed to conduct additional simulation studies, that the pilots were notified of the proposed dates for the simulations at Siport 21.

2

2.      Separately, NFE would have this court believe that plaintiffs are obstructing efforts to move forward on the simulations, alleging "plaintiffs continue to delay and refuse to provide required information." See docket 132, p. 3, last paragraph. This is an outright misrepresentation. As paragraph 6 of the Stipulation at docket 124 states, the terms of the "simulations, including the attendees, shall be negotiated in good faith by the parties." The starting point is for the parties to the good faith discussions regarding the scope and the details of the simulations are discussions for plaintiff's expert and NFE's expert. During a Zoom held this afternoon, counsel for NFE agreed that this indeed was the starting point. However, as of last night NFE informed it would retain a consultant this week, meaning that as of last night it had not hired anyone yet. During this afternoon's Zoom call NFE informed it would retain Christopher Bordas. NFE agreed that once it retained Mr. Bordas formally, the next step would be to have Mr. Burkley and Mr. Bordas to speak directly with each other.

WHEREFORE it is respectfully requested that this Honorable Court take note of the above.

In San Juan, Puerto Rico, this 21st day of October, 2025.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ, ESQ.
Bar No.: 210510
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652
Fax: (787) 425-4731

**S/GIANCARLO FONT GARCÍA**
GIANCARLO FONT GARCÍA
USDC-PR NO. 210612
gfont@drcprlaw.com
**GIANCARLO FONT**
306 Calle Coll y Toste
San Juan, PR 00918
TEL. (787)622-6999
(787)647-1876

**S/ LUIS MANUEL PAVÍA-VIDAL**
LUIS MANUEL PAVÍA-VIDAL
USDC-PR NO. 227205
pavialaw@gmail.com
URB. BALDRICH
COLL Y TOSTE ST. #306
SAN JUAN, PR 00918
TEL. (787)622-6999

**S/ MIGUEL A. NAZARIO, JR.**
MIGUEL A. NAZARIO,JR.
USDC PR No. 214502
e-mail: man@nblawpr.com
**NAZARIO BRICEÑO LAW OFFICES, LLC**
Cervantes 82,
San Juan, Puerto Rico 00907
Tel. (787)449-2717