**Transcript**

* No notes

0:08 - George Burkley
Good morning, everyone.

0:10 - Chris Bordas
Hello.

0:11 - Chris Bordas
Yeah, good. Good morning, everyone out there. It's evening time for me, but yeah, good morning.

0:18 - Natallia Lopez
Good morning from the western side of the world.

0:21 - Chris Bordas
I'm afraid so, yeah.

0:23 - Chris Bordas
Not a very pleasant day, actually, outside. It's, yeah, gale force winds, but yeah. There we go.

0:31 - George Burkley
So where are you, Chris?

0:34 - Chris Bordas
I'm situated right on the, almost as far east as you can go from London, but not quite in Kent, near to Dover. And yeah, so yeah, that makes it easier for me to conduct my work. Last night at midnight, I went off to an LNG, the Hellas Athena, to take her out, but it was blowing 35 knots of wind at the time and we couldn't, yeah, there was no point in making the maneuver in those conditions. But yeah, that's what I do on a regular basis. I'm a full-time working pilot.

1:22 - George Burkley
Ah, excellent. Good deal. Well, I'm in Norfolk, Virginia, the new Norfolk. Oh, excellent. Not the old one you have there, right? Yes, yes, yes. Well, excellent, sir. Yeah. So how long have you worked as a pilot?

1:38 - Chris Bordas

I worked, oh, it's too long. It's 35 as a full-time pilot. And before that, I was five years at Ship's Master with Mersk Line tankers. I used to regularly go to the States, regularly up to Houston, Deer Park, Texas City, and then through the Panama Canal, through to beach and then across the Pacific.

2:02 - Chris Bordas

Yeah, excellent.

2:04 - George Burkley

Yeah, so yeah, that's my that's where I work all the time. So I do most of my research work and training for Houston pilots, Sabine pilots, Mississippi River, US.

2:16 - Chris Bordas

So yeah, many times in Mississippi. Yeah, yeah.

2:19 - George Burkley

So how are you engaged in this project? What's your role in it? I'm just curious.

2:24 - Chris Bordas

Okay, so yeah, if we go back quite a few years really a lot of pilots get bored of their work and they start taking up golf. I did my law degree and I did a master's degree because I just enjoy all that and then I did a favor for somebody and with a consultancy and that favor turned into a full-time business and I and legal work on cases all around the world so I'm pretty non-stop and I do it because I enjoy it you know I like having interaction with people like you and an exchange of ideas and yeah I thoroughly enjoy this job and I thoroughly enjoy the litigation side of it just as much as the pilotage side of it, although I don't really enjoy going out at midnight, coming back at six o'clock in the morning, but that's one of those things, yeah.

3:33 - George Burkley

Yeah, you burn, you literally burn the candle at both ends, yeah.

3:37 - Chris Bordas

Yeah, I have done for a long time, and people tell me that I shouldn't try to stop doing that now at my age.

3:44 - George Burkley

Oh no, no, it would be a shock to your sister.

3:47 - Chris Bordas

I don't know what the logic is of that, but I don't know.

3:50 - George Burkley

So on this project, consult for new fortress to or Simulation assistance? Is that what I'm understanding? That's correct. Yes, yeah, yeah, yeah.

**4:02 - Unidentified Speaker**

Great, yeah.

**4:04 - Natallia Lopez**

I think we have everyone on the line. If we want to just maybe just to formalize, we can go do a quick introduction. Make sure we know who who's who and what were our role is particularly so. Chris, if you want to, I know you, if there's anything else you'd like to add, but I know you kind of went first and went ahead first, and then we can go along, and I can call you guys's name just to keep an order, if that works.

**4:32 - Chris Bordas**

Yeah, that's fine. Well, I've told everybody what I do for a living, so yeah.

**4:37 - Natallia Lopez**

Yeah.

**4:39 - Natallia Lopez**

So, George, if you don't mind going next and just giving us your introduction.

**4:43 - George Burkley**

Oh, sure. I'm with ROCUS, and the Maritime Policy Institute. I serve as the executive director. I do research and do training almost exclusively for ship pilots. We have a man model school, so we build our own man models and we do scale modeling. So that's out on a lake. And then we also have a ship simulator in Louisiana and in Texas. So we manage a system in Texas that's owned by the Houston Pilots that's kept at San Jacinto Maritime. College, which is actually quite close to a Simulation project. The Siemens Church Institute's across town from it, if you will. But it's a little bit newer system as far as the building's concerned. But yeah, so that's what I do. And I've been assisting on this project mostly. Gave some testimony in the court proceeding, right? And talked about water waste suitability assessment, risk assessment, and Simulation. To talk about it today, again. Yeah.

**5:47 - Unidentified Speaker**

Perfect.

**5:49 - Natallia Lopez**

Captain Anavitate?

**5:54 - Captain Fulgencio Anavitate**

You're on mute, Captain. Yes, I got it.

**5:56 - Captain Fulgencio Anavitate**

3

Yes, good morning to all. I'm a retired harbor pilot from San Juan. I actually work on all the ports in Puerto Rico. I spent 10 years handling energy tankers at the port of Guayanillo. Here. Prior to becoming a pilot, I was a tug Captain for Crowley Maritime Services doing long seagoing trips. I got six crossing across the Atlantic towing oil rigs back on the days, on the 70s. I recently retired in January due to the age requirement. 70 is It's a cut off time. So I retired on the January from someone. I work in someone 24 years as a pilot.

6:44 - George Burkley

Sir, how are you related to the project here?

6:46 - Captain Fulgencio Anavitate

I'm a consultant and expert witness for New Fortress.

6:53 - Unidentified Speaker

OK. Raul?

6:56 - Natallia Lopez

Hi, I'm Raul.

7:02 - Raúl Redondo

I'm now an architect as background, and I'm the director of manoeuvring and nautical studies at CIPOR 21, I'm responsible as well for the Simulation centre that we run here in Madrid, and where we did assessment for New Fortress on whether 50-tonne roller pull tax would be enough for the manoeuvres at San Juan de Puerto Rico terminal. And that will be a summary of it.

7:36 - Natallia Lopez

Thank you, Raul. And then Carlos, do you mind?

7:40 - Carlos Cal

Thank you, Natalia. Good morning, everybody. I've just joined the meeting. My name is Carlos Cala. I'm a master mariner, and I'm the head of training programs here in CYPR 21. So I am a colleague of Raul. And in my case, I propose a training program for this LNG terminal in San Juan de Puerto Rico. Okay, so in case it was intended to be presented next week, right? And together to me, I have my other colleague, Leandro Pires, who is a naval architect as well. His project manager here in Cyborg 21 as Raul told Cyborg 21 in Madrid Spain.

8:36 - Natallia Lopez

Thank you Carlos and I guess um you're welcome oh oh yes yes did you have anything else to say okay no I just didn't want to interrupt you I'm sorry and then um so lastly I'm Natalia Lopez I'm a consultant for NFE, but also I've been brought on to help with the expert witness when it comes to the waterway suitability assessment. Prior background for me, I was in the Coast Guard, so I was actually directly involved with the Waterways Management Division, which is a program that directly oversees waterway suitability and is in charge of drafting letters of recommendations. So I can kind of help with that regulatory oversight and make sure we're within the scope of waterway suitability assessment. So that's more of my background on this.

9:25 - Chris Bordas

That's great.


9:30 - Chris Bordas

Yeah, a couple of things I just wanted to clear out of the way before we start with this, George and Raúl as well, was that Raúl, you mentioned and Raúl, I've worked with you before at Syport a few years ago, but that was a different program. Yeah, you mentioned a feasibility study for 50 ton tugs, but I believe the issue now is there have got 75 ton tugs coming and existing 70 ton tugs in the port. Is that the case, George? I'm not, perhaps you could just clarify that for me.


10:18 - George Burkley

Yeah, I'm not able to. I'm not able to. I know that there were four 80-ton tugs there, and they have left. They went to another project. And there are tugs existing in the port from Moran and McAllister, and there are a variety of tugs there. I don't think any of them are an 80-ton boat. They're probably somewhere between 70 and 75 tons. And then there, I think there's two. It's a guess. Don't really know. I'm not the local expert in their tug compliment.


10:52 - Natallia Lopez

So currently what we have in the harbor is 61, 275s, 65, escrow rated tugs. And then there's 275 rated tugs underway to the island right now.


11:10 - Chris Bordas

So when we birth the first tanker that comes in, that will be birthed with, will that be birthed with four 75 ton tugs?


11:20 - Natallia Lopez

So we've, they've already been doing movements with the existing tug fleet, but there is a now part of the, the condition for during the court proceedings was that to have four 75s doing the maneuver, or the minimum, 70 doing the maneuvers moving forward until we can continue with the process of get to some agreement.


11:43 - Chris Bordas

OK. Yeah. So really, we're just discussing about the difference between 70 and 80 tons, are we? Would that be correct?


11:52 - Unidentified Speaker

Maybe.


11:53 - George Burkley

Yeah. I'm not being coy, Chris, but I'm going to say that we're talking about something completely different here. We're talking about risk.


12:03 - Unidentified Speaker

OK.

12:03 - George Burkley

So we're here to talk about risk. Those 50-ton tugs that you all tested can put the ship to the dock. That's feasible. It can work, right? I mean, in your career, Chris, 80-ton tug didn't exist when you started, right? This didn't exist, yet you're handling ships of similar size. So we used to do it. We did it. I've also been doing this for a while, too. So I worked on tugs, twin-screw boats. They were 3,000 horsepower, so handled thousand-foot-long ships and only use three of us. But that's not LNG, and that's not the risk that we're looking at. So there's a process for it, and that's what I think we're here to talk about. I Read a letter, Nat—is it Natalia? I'm sorry, Ms. Lopez?

12:56 - George Burkley

Yeah, Natalia.

12:56 - Unidentified Speaker

Okay.

12:58 - George Burkley

I Read a letter from an attorney that was attached to this call invite for me that detailed NFE's position, which I'm really fairly strange for me to have an attorney involved in a waterway risk assessment prep for Simulation, but I was reading through that. I disagree with their approach, quite frankly. And so, I was willing, I'd like to share my approach with you, but I really don't, I mean, there was Simulation already done in Spain, right? And they did a number of emergency Simulation simulations, and they went to the dock. But what I didn't see in the report was, what was the limitation on the tug's sustained ball or pull? What was the time of use of the tugs? And what was the opinion of the subject matter experts after each Simulation on whether or not the risks were addressed? And why did they choose to And why did they not choose simulations they didn't choose? Because what hazards did they identify before they went in there to do that work? And did they respect the previous hazards that were identified in the WSA process? Which would be kind of hard to understand right now because that document's never been provided in any of these discoveries. And if you go and try to find it, it'll be a redacted document because FERC here redacts that document, so it's kind of hard to Read. But usually, in all of the waterway suitability assessments that I've conducted, the terminal is free and open with the pilots, and they exchange this document and they work together on it. And then if we're going to relax tug standards later, which is what the question is here, we go back and look at the hazards that we identified. Go through the RISC process, we use that to create our run matrix and our interview process after you come out of Simulation. So, gentlemen, I know you're here from SIPORT, and I completely respect your hydrodynamics. I work regularly with Kongsberg Ship Simulator. We do our own ship modeling. We teach the hydrodynamic ship modeling. I'm very comfortable with HDMT, you know, KSIM, understand it completely. Matter of fact, we have some of the same models. We sell models to the Army Corps of Engineers, so they use us as a modeling team. So, I understand that. I'm not here to talk about the technicalities of Simulation. It's how and why you're using it. And I didn't see that in you all's report before. I understand that you have PNC, you have other standards, and that there's a DNV class that's not what I'm talking about. But I'm here and I actually have a list. If I can share my screen, I'm happy to do so. This is the list of what I would consider the playbook on how to conduct this work and to integrate the local pilots. Because Chris, I don't think that you would want a pilot from Rotterdam doing work in Simulation for risk in your pilotage area. You would want your pilots to do that work. And I saw that was one of the issues that was brought up in this attorney's letters, that they wanted to reserve the right to use outside expert. And quite frankly, I think it's a terrible idea. A lot of times the experts that we bring in our ship simulator are too good, and they're really good at working our ship simulator. But that's not, doesn't give you the best Also, why do they have a qualified opinion about risk and local pilotage? That's why we have local pilotage. So, we should integrate at all phases of this our local pilots. So, if you'd like, you know, can I share my screen? I wrote these down.

17:01 - Chris Bordas

Is that okay?

6

17:02 - George Burkley

Guys, call me crazy. I don't have a dog in the hunt. By the way, where these simulations happen, immaterial to me. I think the argument that you need four bridges is silly. I've done many waterway suitability assessments for lots of different major oil companies with two tug bridges, one main bridge, and vector tugs. Absolutely satisfactory work. I've been accepted at all levels. So do you need four tugs? Yeah.

17:31 - Chris Bordas

So before you show us your screen or get that ready, on what you said, I'm in complete agreement with you that we should conduct simulations that yeah I've done quite a lot of risk assessments all around the world of course you're quite right you've got to have the local pilots involved in this as well just as much as you've got to have people who are experts in the conducting risk like Carlos and Roel who I've worked with before on projects out in Pakistan Pakistan and on each run we do we should have the input from the pilots to assess things as well.

18:18 - George Burkley

But Chris, you notice from their report and okay so from the Siemens Church report there was an assessment metric and they had a metrics established in the beginning about boundaries about how you know what a what a good run is what a bad run is what a so so and they had a scoring method for it. And then they had their qualitative input. They had a research assistant, probably did interviews of the pilots after the Simulation. But that didn't happen in the simulations that happened with the sideboard Simulation, which I think happened quite quickly. I think they called, within a week they were in Simulation.

19:02 - Natallia Lopez

That was a little bit rushed. So I have to clarify for the record, just to make sure that I'm not sure if I'm getting this information correctly. The simulations with and coordination with Cyport were done way in advance prior to what is being alleged of one week, and I can attest to that with Raul, and even to your testimony, it was about, which you mentioned, eight to 12 is the basics of what we should have out there before we go, and that is actually what has been done. I like it. Of involving the pilots, and I will tell you, I've been directly the ones trying to make that approach with the local pilots, you know, whether they wanted to meet with us or not and facilitate the process, that's completely different, but the simulations that were done at Cyport were done with local pilots that are designated to be, that are from the Bay, that are designated to, or licensed for the San Juan Harbor, right? So, the process has been followed. The risk has been evaluated based on the water waste suitability assessment, because we were the ones involved in writing it, so we can assure that that was involved.

20:16 - Natallia Lopez

I disagree.

20:17 - George Burkley

You haven't produced the document, ma'am. And so, I love your assertions there, but where's the beef? Where's the document? Where's the WSA?

20:29 - Natallia Lopez

which is the regulatory authority in charge of overseeing it.

20:34 - George Burkley

You have the document also if you work for NFE. It is your document.


20:38 - Natallia Lopez

Right, and it's a SSI document that is related to NFE.


20:41 - George Burkley

It is not the Coast Guard's document, ma'am, it is yours. I mean, I didn't come here to litigate your case.


20:45 - Natallia Lopez

No, right, and that's fine.


20:47 - George Burkley

But I believe that there's just, untruth here, there isn't a lot, the reason why there's arguments happening is because the local state ship pilots have been exercised apart from the process. And certain ones have been involved and the others haven't. And so now, there's a big problem. And now they're in court about it. And that's what we're all here about.


21:09 - Natallia Lopez

And that's clearly what we're here about, right? And to your point, I think it's very important that Captain Nanamitate is here, right, to also speak his part about his involvement when the ones in Siemens Church were going on, which he can say that the same thing happened with those simulations, right? So I think it's a matter of there is a local disconnection with the pilots involved in San Juan, which unfortunately, that's, you know, it is what it is, but it's affecting the local operators right now. And NFV is trying in good faith to work with all of them. However, we are met with roadblocks, and this is where we're at right now, just to, you know, so whether they were involved or not involved, it's been equal on all parts.


21:52 - George Burkley

Well, ma'am, can I Can I speak to Captain Chris again? Yeah, sure. Sir, you've done a whole bunch of risk assessment, right? So we know severity probability matrix that gets built upon a hazard ID. Those are the basic elements of risk, right? That's missing here. That just doesn't exist here. Simulations that were built by people that decided those were important things to do, and then documented by others. And I saw a document today that basically said, we're going to just rely on PN standards, et cetera. But what they didn't say was they were going to rely upon the subject matter experts of the local port to define the local safety. If you're going to evaluate the severity and probability of risk. And you're going to mitigate hazards. And you're a pilot group, and you're going to create operational rules that are going to maybe, you know, I saw wind limits in here suggestion or a certain amount of tugs or reserves. You're going to build those based upon that hazard. I mean, you're going to try to satisfy the hazards, right?


23:12 - Raúl Redondo

Yeah.


23:13 - Raúl Redondo

So if I may jump in, George, I think everything that you are saying in terms of the risk aspect is perfectly adequate. And I think all of us that we are involved in all this type of assessments, we're doing that way. So maybe our report is not a specific report based for a specific or very detailed waterway suitability assessment as you would aim or like, but as you perfectly know, which is the typical, we follow the typical procedure of briefing, maneuvering, debriefing. So every maneuver was explained beforehand, the maneuvers were performed, and after we did that debriefing in which all participants of the maneuvers were given their opinion. The pilots conducting the maneuvers, the observers doing the maneuvers, the captains of the LNG carriers that were there, and also the tagmasters. So in the end, what we have is, okay, we did not compile, because in some cases we do not fill each report, like to have a one-page statement for each run with the exact opinion of which everybody, everybody is there, everybody is seen by the trust of everybody that is there saying that this seems good, this seems okay, so things are inadequate. What this rule said and...

24:32 - George Burkley

Raul, you understand Raul the weakness of this because that's a group of people with whose, who are in a group agreement local tag masters local pilots yeah it's a huge weakness you need your you know your your report would be so much better if you had those papers it would be so much easier to defend it if you had had a hazard identification done previously if you had built your run matrix based upon addressing the hazards if if miss lopez was able to generate pull together the wsa I'd have a list of the hazards they looked at before, right? And then we would say, OK, hey, we want to relax the tug standards. Great. What hazards were they before? Sure, the dock configuration was a little different. I'll spot you all that. We didn't have water at the dock, so what did we do? Well, maybe we put a barge at the dock and a Yokohama fender. Then maybe we put an FLNG outside of that for storage because we didn't have a tank, and then we had a reduced waterway size, and then we went and did our work in there. Hey, that might happen in the future. You never know. You could have a terrible hurricane. Your containment on shore could get damaged. You end up with floating containment. Great. You've already addressed those hazards in a WSA. Why not use the WSA metrics you've already used? Pull those out, then look at your new scenario with your pilots and do a roundtable. Get them to engage. New hazards.

26:15 - Raúl Redondo

The idea is that next week, pilots would be here doing the maneuvers themselves with the tags that are right now in the port and assessing the capacity of those. So we did the maneuvers with a 50-ton polar pull because We were asked, which is the minimum in which this can be handled? And we thought, 50s, based on our experience, the local conditions and everything could be good. And it was tested. And in 95% of the manoeuvres- Where's your wind break with, you have four 50s, right?

26:46 - George Burkley

So you got 200 tons of baller pull. Where does the wind break happen? Where do you lose the bow? What speed? What speed of wind?

26:55 - Raúl Redondo

We did not use even 100% the tags. We were using 50% the tags because, local conditions, the ship was under control. I'm just hearing you right.

27:08 - George Burkley

You're only using 100 tons of total baller pull. You're only using 25 tons of a 50-ton boat?

27:15 - Raúl Redondo

Yeah, most of the maneuvers were done just with 50 tons. Only close to was 100%, used for the maneuvers in which there were some emergencies that were So, based on our experience...

27:30 - George Burkley

I'm confused, I'm confused, sir. Were you using a 100-ton tug at 50%? No, no, no, no.

27:40 - Raúl Redondo

50-ton tug at 50%? 50-ton tug at 50%. Of course, we would have used...

27:44 - George Burkley

No, we were using 25 tons, 25 tons. Yeah.

27:47 - Raúl Redondo

If we would have used 50-ton boiler pool at 100%, for sure we would recommend higher boiler pool, because, of course, you cannot consider for an assessment on operability or design, 100% tons of baller pull, 100% because you are out of safety margin. So for these operations, we are taking, actually, I Read your document and it was stated the same thing, that you consider 50% in order to assess that the maneuver has safety margins additional to that. We can go to Simulation, guys.

28:21 - George Burkley

I can't handle this ship with 100 tons of baller pull. In 20 knots of wind. I don't, Captain Chris, are we there?

28:30 - Chris Bordas

Yeah, I'll come in here.

28:34 - George Burkley

Where are we with 100, I give you 100 tons, put it wherever you want. We're talking, yeah, we're talking about. That's all you get is 25 tons of boat, I give you 20 knots of wind and a 80,000 cubic meter ship.

28:44 - Chris Bordas

Yeah, 450 tugs, 450 ton tugs, we're talking about here, 450 tugs, Total 100%, if they're using 100% power, that gives you 200 tons. And so on half power, they give you 100 tons.

29:03 - George Burkley

Yeah, only half.

29:06 - Chris Bordas

On half power, they give you 100 tons of blowout pull.

29:09 - George Burkley

I mean, I can pull my spreadsheet up and show you do OCIMF calculation on this for the lateral windage on the ship, and I guarantee you, we'll also, all we've done, we've done Simulation and there's not enough reserve tug capacity with 25 tons of boat. It just doesn't make sense to me with the restricted under keel clearance and that windage on the ship, but hey, Simulation shows what it is. You know, it really doesn't matter in my opinion.

29:35 - Chris Bordas

I hear what you're saying. Yeah, I hear completely what you're saying, but we're not talking about 50 ton tugs now. We're talking about two 70 ton tugs and another two 75 ton tugs.

29:46 - George Burkley

We're really not because that's the thing We're talking about risk, sir. I disagree with you, Captain Chris. I'll tell you why. 75-ton tugboat, but what are we going to limit her effective baller pull to, and why? And are we going to say we're not going to use above 35 tons because, Captain Raul, you told me that you used, you had a 50-ton tug, but you derated her to 25 tons for Simulation.

30:14 - Raúl Redondo

When we do our assessments, when we do our internal assessments, we never use more than 50% in order to consider that the manoeuvres are under control. We only allow tags to go more if we are under emergency scenarios, because that's your reserve power. In this case, what we ask the tag masters and the pilots that were doing the manoeuvres is, you do as you want. We recommend in order to really verify that the to try to not ask more than 50%, but of course, if you need, you ask. Pilots did the manoeuvres, they were asking whatever they wanted, and the tugmasters that were doing the manoeuvres, they were acting on behalf or on the commands on the pilots, and the tugs that were being controlled by our instructor, they were just providing the percentage that was asked by the pilots. That's how we did things. Of course, when we give the simulator to a pilot and he's in command, he can ask and order whatever they want. But we recommend in order to verify whether things are feasible or not, what is our more or less internal assumptions for these designs, which is let's give it 50% because you need reserve power for emergencies and you also have to take into account that unless you have a brand new Bollard Pool certificate, if you have an original certificate from 10 years ago, that's not going to be your Bollard Pool. Actually, when we go for emergencies, we usually, in our internal assessments, we do not go more than 75% because we assume be 25% lost depending on when the Bollard Pool certificate was So all those things are in place. And when we have pilots, we provided, this is the way that we think this should be addressed in order to understand the reserve power that you have there. And that's what exactly was done with the simulations here in OOS. And that's the idea that we plan in the next simulations. That is pilots are going to do the maneuvers. They can, of course, as they are on command and request whatever they think that they need. But to try to do it under those research to understand. We did with 50 tons roller pull because we thought for the local conditions it could be enough. Now what we have done is just model these tags that they are in the bay. So the new manoeuvres will be exactly with this 61, 65 or 66 tons roller pull and 275 in order to understand, okay, 50 80 is a big difference. Now we are going from between 80 to 275, 165, understand, okay, 160, how different is this, whether this have adequate safety margin or not. So I perfectly understand all your comments. Nevertheless, I think even if the report is, it was not presented as a specific or as whether we as you will like or address. All those aspects that you are mentioning are there in the simulations that we did, and all that information was that. The debriefing between all parties, it was asked to all parties, the pilots in command, the tagmasters in command, the observers, there were captains of LNG carriers, how they were feeling. So we were not just collecting the information of the tagmasters, or the pilot or our opinion. It was like everybody in the same scenario, in the same maneuver was giving their opinion. And in all cases, the opinion from everybody, local and from outside, is what we get. And we really understand, and I totally agree with you, that in all these projects, you should always take into account the pilots and work with the local pilots to have the local information. Information, the local knowledge, but I know that there was local pilots and local people participating in the assessment. So you have all the expertise and all the subject matter experts, both the local, but also people which is trained on or expert on design, expert on LNG carves, expert in shipping. So all these aspects are being considered in all those aspects. Since we started in the LNG business, since the first FSRU was installed in Argentina, we have

done thousands of hours of Simulation on these ships with our captains, with captains and officers from all over the world, and we have always used the same methodology, which is the same that you are saying. Maybe the report is not presented in the same way. Below there is risk assessment in a way or in another way, taking into account the information of the local people and the local pilots, and also taking into account the opinion of all the observers, participants, pilots, tagmasters, to finally the opinion collects not only one opinion, but what is the feedback from all parties. And in many cases, when there is a disagreement, is stated from this point of view this is okay and from this point of view this is not okay but on on this particular case from all parties it was seen that that it was okay that it was it was what we presented finally in in our report so I think now roald I think you're saying you're feeling me that I'm attacking your report I'm not that's not the point I'm just saying It wasn't a risk assessment report.

36:23 - George Burkley

You know that. I know that. You've done a bunch of them. Captain Chris has done a bunch of them. I've done a bunch of them. That's just not what it was. And it's in a court proceeding opposite a WSA that is a risk-based assessment. So back to Captain Chris. You're back to having 100 tons of ball or pulling four boats, and You got your 80,000 cubic meter gas ship, and you got 20 knots of wind. Are you undergunned?

36:57 - Chris Bordas

Potentially, although the maneuver can be completed, potentially, I'm in complete agreement with what you say, George, and we've got a chance to put this to bed out in Syport as well, that you should have sufficient reserve of power if anything Yes, and so clearly with the 25-ton tug, which is what we had when we had a 3,000-horsepower twin-screw boat back in the day.

37:28 - George Burkley

If we got 25 tons out of her, we were lucky, right? And we're trying to hold the bow up into the wind. We got two boats.

37:35 - Chris Bordas

Hopefully... But we're not talking about 50-ton tugs anymore.

37:38 - George Burkley

Yes, I think we are here, sir, because if we have a 70-ton boat and we de-rate it like these gentlemen say they're going to do, and they're going to document it, and they're going to make it only 35 tons.

37:51 - Chris Bordas

I don't think they're talking about derating the tug. They're talking about what power a pilot is going to use from the tug to berth the ship. And if the pilot needs full power at 75 tons, then he will get that.

38:10 - George Burkley

I like it, Chris. Then I'm going to go into my case and I'm going to get my data, and I'm going to graph that, I'm going to export it to Excel, I'm going to take the pilot, like you Captain Chris, I'm going to interview you, when you ask for it, when I'm an operator at the control station, I'm going to note they asked for above my baseline, which was only going to give him 35 tons, but they asked for more, because he's in trouble, and he needs his full power.

38:37 - Chris Bordas

No, that's definitely not, there's no Simulation I've ever attended where we've used 70 80 ton tugs where we've said to the pilots you cannot use these tugs above half power it's always got to be available and in the end speaking as a pilot okay in the end speaking as a pilot when they asked my opinion about whether I would consider the maneuver that I carried as feasible even if I completed the maneuver and I did this two weeks ago in another Simulation I'd say this is not a maneuver I will carry out I don't care that I'm what anybody else has got to say and that's the end point the pilot who's actually doing it has got to have the chance to say no this is not what I'm going to do I know I've done it successfully but I'm not going to do it and it's a chance because a hazard that you know about wasn't satisfied so your risk was not met so you didn't feel comfortable with it even though it's feasible you wouldn't do it so the why you've articulated in a slightly different mind yeah there's hazards some of which I'm happy about some of which I'm not happy about approaching I'd like to hear about it Chris, the part that you're not happy about in the pilot evaluation of risk in a simulator that's going to support risk assessment for choosing bollard pull on a tug, if you're going to use, because you said you want to use full power on the tug, for how long?

40:21 - George Burkley

How long can you have sustained bollard pull pushing?

40:24 - Chris Bordas

For as long as I want.

40:26 - George Burkley

For as long as the maneuver takes. Right, but that won't work, sir. It just won't work. The risk increases after about 12, 15 minutes.

40:33 - Chris Bordas

of pushing one of our tugs at 80 tons of baller pull I know here in the Gulfport we start losing tugs we start losing yeah I mean I use nowadays for berthing Q max tankers I use 80 ton tugs mm-hmm the time I've used for Q max which has a windage area lateral windage area of 13 and half, 13, 6,000 square meters, I've never used a tug on full power. In my career, not very often. It's only when I've made an error of judgment in some way, not assessing things properly, that I've had to use a tug on maybe 75% sometimes on full power.

41:23 - George Burkley

So if you did use it during Simulation, it would be an exception. It would mean that a risk was elevated because you had to tap into reserve tug power.

41:35 - Chris Bordas

Yes, that's what reserve tug power is for. So that means that we need to not use the full tug power.

41:42 - George Burkley

So if we're going to use the full tug power, then that needs to be a noted exception. And that, therefore, means that we had an elevated risk, and we need to account for that in our research report.

41:56 - Chris Bordas

it's not necessarily an elevated risk I don't think sometimes it's that if I'm unfamiliar with the conditions that are presented before me sometimes I'm berthing ships with one and a half knots of current and sometimes it can be two and a half knots of current and there's different scenarios taking place all the time sometimes there's some fool that gets in the way of my maneuver in his yacht. And I've got to take that into account.

42:31 - George Burkley

So these are all some hazards. Wind, traffic, current, under keel clearance, tugs and hawsers. The risk is those things need to be totally respected, sir.

42:45 - Chris Bordas

I agree with that. And this is our chance. I'm in agreement with everything you've said. No problem at all. I don't think we have a lot of split here.

42:54 - George Burkley

I say things differently than you, and I apologize for that, but that's just how I do it. That's how I do it, you know? And I'm not going to stop my way of doing it, and you don't stop what you're doing either, sir. You're doing awesome. You're a fine ship pilot, and I think they're lucky to have you on the project here. They need someone that's been pushing a Cumax around in above guideline conditions and having to rely on the tugs and do piloting Because, you know, we always want the outcome of these simulations to be on, you know, on an average day, the average guy gets an above-average result, right? We don't want any special skill set, which I want to bring back to another question here. I don't know if you're doing this in where your LNG is. Are you using tandem towing over the stern, tugs in formation on the quarter bits? No. Okay. Well, that was tested. So, just so you all know, during the Siemens Church simulations, I provided the tug models, and I provided the tug, the instructor, the LNG master, much like yourself, Chris. He's a gentleman that works for me. Yeah. He's recently retired, very senior LNG master. Over. There was also another consultant there who insisted that the pilots do these novel tug maneuvers, which insinuate that the ship is going to be at fairly high speed, right, and the powered indirect maneuvers are going to be done in tandem, in coordination, and in this case with 80-ton tugs that are not conventional and a stern drive tractor tugs. They are a pulling tractor, which in their entire life of service at Chenier-Allenger, never did one powered indirect maneuver. And when I modeled those boats and went down and rode those boats, the master said, we do not conduct powered indirect maneuvers on these tugs because we're not sure.

45:10 - Chris Bordas

For the stability considerations and a whole pile of things. Yeah, I'll leave it to you.

45:15 - George Burkley

You understand because they were scared of it and a boat didn't feel right. So they said we didn't need them. And the Sabine pilots never used them that way. They got their boats slowed into a direct pull mode and they had 80 tons of baller pull and they were satisfied to take those boats. And use them. In Simulation for tandem towing with those operators who have never even done a powered indirect in their life plus with our Puerto Rico pilots who may have never talked to four tugboats at one time on a radio because that's a new idea. Am I fair about that? They usually only get two boats ever, three maybe, four. Now we got communications a lot.

46:04 - Chris Bordas

I mean we're talking about different things here. I mean, we're not going to conduct powered tandem tours.

14

46:10 - George Burkley

Well, you say we're talking about different things, but that's what happened at Siemens Church previously. So, I think that the – I'm not saying that was the gold standard. Far from it. I do not believe that the waterway suitability assessment risks were correctly assessed, that they went off-grid, and they did wild, wacky maneuvers with tugs that weren't designed to do it, and that did not, it was not fair to the pilots. They should have had the simplest maneuver offered to them that they got to practice.

46:44 - Natallia Lopez

Yeah.

46:45 - George Burkley

But that didn't happen.

46:46 - Natallia Lopez

And that's what we're trying to correct. I think we've all are in agreement with what, what, what was representative of, of the maneuvers in the Siemens church was not representative. Captain Ganavitate can attest to that, right? He was there. He can say, he's like this, in my, Captain, 30 plus years of maneuvering, right this is not a standard practice and that was a concern which is why we're trying to establish a new baseline and from there work with the pilots to get them and and exercise what's been given to them which is pilot's discretion which is the most important thing because as a prior investigating officer I am not going to go after the association I am going to go after the pilot that is conning the vessel right and that is the truth right that's the reality of of the pilots when they're on board it's the It's not the collectiveness. So they all need to be able to exercise their discretion based on the training that's afforded to them.

47:39 - Raúl Redondo

Right. And I think, George, you have just said something very important. That is, we have to take into account local people and local pilots and local practice in order to understand everything. But when you are doing an operation which is new and you have to design, see the risk, see the limits, which is totally different from what pilots are used, you also need people that can teach those. And maybe on the Siemens chart, it was overkill with these maneuvers. But the idea here that we did is like, first, try to do it as you do it. And then we can provide feedback on, let's try this way, let's try this other way. Because we are here trying to see what's feasible in the for them because the idea is that we are we do not want to make things feasible but complex. We need to make things feasible and as easy as possible. And remember something that was interesting for us.

48:41 - George Burkley

When you say Siemens Church, sir, you say Siemens Church? No. That was training. That was not their waterway suitability assessment, which would have happened a year before and maybe over a period to four or five Simulation sessions. This was just, they finally had 80 ton tugs, they got the operators, they had me model it, we came in. It was basically the Simulation, the doc was going to go online, it was just training. They trained for something that they weren't going to do. Right? But I agree with you, Raul, whatever, and by the way, the facility is very nice. It's a very recent KSIM installation, so I think it's And I'm going to offer this to all of you. It's unfair to argue that your simulator is any different than theirs. It is not. It is the same. It is not.

49:32 - Natallia Lopez

No. We don't object. The programs are the same. It's a matter of we want to have a fresh start in somewhere where we can, with the same systems, that we can evaluate and just start from there. We want to start fresh with the pilot. And that's the goal. I will tell you that.

49:48 - George Burkley

Start fresh with the pilot. So that means start this. With the pilots, start with interviewing them with hazard identification using the WSA that was originally done and saying, this is how we got to 80 ton tugs. Now we're going to get to 75, 70, 61, whatever it is. That's irrelevant.

50:10 - Natallia Lopez

We want to, George. We want to. We've been trying to. I will tell you that. Let's look at the list. And that's why we're here. We can go through the highlighted items. Of the things that the pilots brought up. And this is what was brought up to Cyport, right? The specific things, right? So we have no problem with discussing what the hazards were identified because this was what we did, except we need the pilots to work with us. And this is where we're at.

50:42 - George Burkley

You're a Coast Guard officer. I'm a U.S. Naval officer. And you know, just like I know, if it wasn't written down, it didn't happen. It didn't happen. So all the nice things that Raul's saying, and I believe every one of them, unfortunately.

50:54 - Natallia Lopez

I have my CYA folder. I haven't. They didn't happen.

50:59 - George Burkley

Because there's no notes from them, group debriefs. There's no researcher notes. Lastly, I have to, I know we're getting out of time. I looked at your, what NFE has invested in. Grammar and Simulation. I look at it. What I don't see is line item, and it may be bundled in there, but where is the funding for your researcher, your research assistants, your analysis time, your report generation? Where is the mechanics of that funded? I didn't see it in there, and you may just do your money differently but I'm I'm offering that this is something that's missing it's missing from the Discussion is that there should be it's research first the simulator is just a tool it's a yes of course you know it's just a tool okay so we know we know we totally the simulator is a tool and one of the most important things from the simulator is the people that you have behind working with it, and what you get from that.

52:13 - Raúl Redondo

So we presented all the trajectories, we presented all the time series, it can be checked for each simulator, for each maneuver, how much power was provided in each one of the tags, which were the speeds. There were also many discussions on the tag type, whether you need indirect towing or not, it's like, okay, we are at six knots speed, five knots speed tag, that's not required. And we also provided the pilots with the possibility of doing the manoeuvres using the tax as they are used to. But also we provided them with feedback and information for them to try and test. And one very interesting thing for us is that for the part of manoeuvres with strong winds, they were not using the traditional or common way that in many cases is used for the NGK, which is center lines, bow and stern, and ahead and stern. And they were not being able to do the maneuver because that, or they were taking too much time because they weren't using that. But then we invited them to test, to try this new, and they learned and they saw the maneuver. So here, what we are going to do, or the idea of the next week is do this assessment training in which the pilots are able to do the manoeuvres, conduct the manoeuvres, and try to learn from them to do it in the best and, of course, safe way. That's what we want, to be able to perform safe, good manoeuvres in the most easy way

for pilots, because no one wants to make things complicated. They're going to stop using the tractor like a conventional tug, right?

53:59 - George Burkley

And I know that you want them to stop doing that, right? And it's very, when they have a habit of using the conventional tug maneuvers up on the bow, and they're not used to using the tractor up there, especially in wind. So they don't hold the bow up. I understand what you're saying.

54:14 - Natallia Lopez

I know that- That's something- Sorry to interrupt.

54:16 - Raúl Redondo

Between all the experts, the tug masters and everything have to try and comment, let's work on these ways to look for the most common and easy way that, this is something that we have seen that we're going to be seeing. Many times in many places.

54:32 - Natallia Lopez

And then I know we're running short on time, but I just want to make sure like that. We go over the objective of this meeting is what is it that. The San Juan Bay pilots need right now for us to move forward with these simulations, right? Like we want to. We have the experts. We have the for us to move forward and we can restart.

55:02 - George Burkley

I will, I'm going to share my screen and I'll show you what I think and then you can you can leave it there, you know. Can you see my screen? Yeah, yeah. Does it look like this? A risk assessment. They're not feasibility, they're not capability, or is it possible with low research. We need to respect that previous risk metrics, so you should probably know what they are. You need to respect the pilots. Have them do the work and manage the risk. I think you should start by conducting an interview. Get that pilot roundtable to identify hazards. Compare those to the old WSA hazards and make a new hazard list. Then create the criteria for success and failure. This is all basics, guys. Run matrix to evaluate the hazards. Create the post-interview criteria based upon this and that. Get those criteria in place, conduct your simulations, interview those pilots individually and in group, gather the qualitative data, do the severity and probability, numerical Analysis happens after. The data is not just this stuff, but it's also everything that was talked about. Tug power, sustained tug power. The things we've heard about lateral windage and all of those are important. Get the data out of the simulator. Create a nice report. Create those findings. Report that back to the pilots. And then let the pilots go into their secret meeting and do their thing, because that's what they do. And then they can create the operational rules to adapt to the hazards, because that's their job. They're the local experts. That's my take on it.

56:58 - Chris Bordas

I don't have any disagreement with that whatsoever.

57:01 - George Burkley

And I'm happy to share that list with you. That's how I do all this, every one of them.

57:05 - Chris Bordas

Yeah, that's pretty straightforward. It's very simple, very easy to understand. I think if you, I, and Raúl Carlos sit down with four local pilots on Monday morning, then we can get this sorted out one way or the other and resolve We say it's a result of our differences.

57:26 - George Burkley

I don't think we have any differences We don't I just I think our Puerto Rico pilots have to learn miss Natalia to just they gotta bury the hatchet here and come to the table and you know, they're nice 80-ton tugboats left and went to an Exxon Golden Pass and they're going to go live out their lives there. So they're not getting those back. And there is no magic 80 ton tugs that are going to come from anywhere. I'm in, I'm in the U S tugboat business. That's I work on all these new LNG jobs that all the tugs are on order. They're being built in shipyards. They aren't just sitting at the dock and Bayway waiting to come out of New Jersey and go somewhere is I know that. Everyone knows that. And the boats that are available are 10 15 years old, right? So they're not 80-ton boats. Regardless, I think you're going to find a tug compliment here out of this that's going to satisfy the pilots, but they need to be integrated in it. And they may come to the table saying, we want an 80-ton boat. Fine. Go into Simulation. How the reduced baller pull boat doesn't satisfy the hazard. Because, Captain Chris, you'll know, just as a ship pilot, you didn't need the baller pull except under these extreme situations. So then ask yourself, did the risk get realized or not?

58:58 - Chris Bordas

OK. A really good example is the job I did this morning. We had extreme situations. So I didn't do the job. That's that. And the ship is waiting for more lenient weather to come along. And that's the way we address risk. If the risks are going to be exceeded, then the ship works.

59:20 - George Burkley

And Chris, you might have caused that charter party maybe 200 grand worth of expense. And guess what? You walked on that because that's your job.

59:28 - Chris Bordas

Yeah, sure.

59:29 - Natallia Lopez

And safety is safety.

59:30 - Natallia Lopez

At the end of the day, safety is safety.

59:32 - Chris Bordas

And the Captain was happy with it. And for sure, the charters are going to be happy with it because it didn't involve them in a salvage claim.

59:39 - George Burkley

That's right. So OK, so you get a demerge, you got some dock fee, you got a call away pilot, recall the pilots and transportation. You burn up the numbers, maybe paid 100, 200 grand at the end of the day. Wait till you have to pay for a mistake. Right. Yeah. So 100 percent in your court on that one. And that's what we're in the court for the state

pilots in Puerto Rico is for them to continue to have that throughout this process, that same discretion and authority. Yeah.

1:00:11 - Chris Bordas

So there's only one. There's only one question here for me. Are we all going to get together on Monday and sort this out?

1:00:19 - George Burkley

I'm available Monday.

1:00:21 - Chris Bordas

So am I. I'll be up there Sunday.

1:00:24 - George Burkley

And I will be available on your hour, sir, if you want to do this a little earlier. No problem with that. Three hours, I'm happy to do that. Also, we should have a ship pilot in this square. This is just us, simulator people.

1:00:40 - Unidentified Speaker

Yeah, yeah, we should do, yeah.

1:00:42 - George Burkley

Not to say you're not a ship pilot, but a porter, I mean, sir, I know you're retired.

1:00:45 - Captain Fulgencio Anavitate

A local pilot, yeah.

1:00:46 - George Burkley

We should have some of the guys in the mix here that are, this shouldn't be a proceeding of the court.

1:00:56 - George Burkley

Another part of this, this is a proceeding of NFB.

1:00:58 - Chris Bordas

So we can deal with it. And the local pilots will be there Monday morning, whatever time, and we can spend the whole morning just going through before we even conduct a Simulation.

1:01:10 - Natallia Lopez

And that's, we have no problem with that. We just need an acceptance that we will be there. And that's, that's all we need. We have, we're at all the disposition to do well.

19

1:01:18 - George Burkley

And they got to invite me. They might just fire me because I've just invited them to a party that they don't want to come to. I don't know. So we'll see.

1:01:25 - Natallia Lopez

We're speaking the same language, George.

1:01:29 - George Burkley

As far as I'm concerned, and you know what I'd love to see? I'd love to see the original WSA metrics. Even if I didn't have the whole report, I would like to see the risk hazard identification element of it. I don't give a hoot about any of the rest of the WSA, you know, like any of the gas dispersal or any of that cool stuff that's in there. I don't care about any of that or any actually in the transit I'll save you 800 pages.

1:01:58 - Natallia Lopez

I'll save you 800 pages.

1:02:01 - George Burkley

You know which part I want. I know.

1:02:03 - Natallia Lopez

No, and we have no objection with it because the risk, I mean, the risk, NFE and I will test has been working on this and this is part of the process. I will, like you said, we, safety is a priority. We're not going, if NFE was to tell me right now, I want to take it out because it's pure financial. That is not something we will ever, ever, ever accept, right? Because I live here, right? I know the importance of my grandparents, everybody lives here. If something happens, 80% of our GDP comes through there. I am not going to affect the livelihood, but we cannot let personal interests get involved, and we all need to come to the table and reset. And unfortunately, we're having an issue doing that.

1:02:45 - George Burkley

That's what- Usually, the author of the WSA is sitting right next to me during Simulation.

1:02:52 - Natallia Lopez

Yeah, it works.

1:02:53 - George Burkley

You mean the author of your WSA? Has sat next to me for maybe or 20 of those, so I'm very familiar with him. Maybe he should be in the loop on this. That would be my thoughts. I'm just putting that out there. I'm not saying names, I'm not saying companies, but I know who's done this work, and it's a small community we're in. And we work in the Coast Guard. It's also when they get a WSA from this individual, they know the due diligence was done. Because of the things that I've just listed to you. He will not conduct the WSA without those things happening. And he's going to rely on someone like me or you all to do that. So I think that it wouldn't hurt to at least have him in the loop. I'm just offering that.

1:03:42 - Natallia Lopez

And we can work on something. I think it's a matter of can we move forward with the parameters that we have right now, getting everybody to the table, everybody that needs to be there. He's already under contract to you.

1:03:52 - George Burkley

He's already your contractee, you know, he's already obligated to you. Yeah.

1:03:57 - Chris Bordas

So yeah, we're here. Yeah, we're almost there. We're almost there now. So George, you and I are going to be out there on Monday morning. I'm going to be out there on Sunday. Hopefully the real problem is going to be getting four local pilots out there at this late stage.

1:04:19 - George Burkley

You mean out there? Where's there? I don't understand. You're going to Spain on Monday?

1:04:25 - Unidentified Speaker

I'll be there on Sunday.

1:04:27 - George Burkley

You're coming there on Sunday? Yeah, I was told I'm going. I don't think I'm headed to Spain. No one told me about that.

1:04:32 - Chris Bordas

Sorry, I misunderstood you.

1:04:36 - George Burkley

I haven't been invited to that party. I would love to because I would very much like to meet you in person, sir, but I'm not coming. I don't think I'm on the way there. I would love to help you set this up, but it's a little, man, it's a little rushed I mean, you haven't even had an interview meeting with the pilots. You don't have a kumbaya session. They're not all together. How come we need that? We need them all together on the same page.

1:05:06 - Natallia Lopez

The thing is, like, we can't—well, right, time is of essence, unfortunately, true. And we do have available—this was a stipulation of the court that we tried in good faith to get their availability. Limited. We do have, you know, Cyborg has given us the opportunity, and whether that means we have to modify some of the agenda to include that, we're more than willing to do that. I think it's a matter of, you know, we can't keep dragging this out either, unfortunately. There has to be, there's, we can continue, we have the things in place. How do we?

1:05:38 - George Burkley

I mean, I usually have six weeks notice before WSA, and I usually have a risk assessment have it's a whole period of time you know and then we have the tugs you already modeled the tugs you need to made new models yeah so we usually jump in and get the operators in the scene we do report about that before we ever do Simulation I mean a lot of things that usually happen seems a little bit fast guys seems like it's NFV answer and they want this behind them. That's what it sounds like to me.

1:06:15 - Natallia Lopez

Yeah, I think it's a matter of this has been dragged out, unfortunately, by unwillingness to come to the table, all of us, and I think now we're in a court process and we're trying to continue and, you know, there's only so much. The operations are still We're bringing the 70s, right? So, there is conditions. You do.

1:06:44 - George Burkley

I'm correct. You have an interim solution from the court, right, that is provided, and then you have some sort of a settlement agreement that agrees with a certain tug package that you're going to get gas to come into Puerto Rico, and you're going to get it to the dock with those tugs, right? That's happening.

1:06:59 - Unidentified Speaker

Correct.

1:07:00 - Natallia Lopez

Right. When does that expire?

1:07:04 - Natallia Lopez

Well, it's a 45-day. Agreement.

1:07:10 - George Burkley

So where in the world you get a 45-day tug contract in this world? Exactly. You can't.

1:07:17 - Unidentified Speaker

It's 40 and that's why we're.

1:07:19 - George Burkley

You can't even cover your crew expenses to get them to the to the to the port.

1:07:24 - Natallia Lopez

That's how important it is for this to you know we need to get to a solution.

1:07:31 - George Burkley

You have to have a I'm gonna be playing and open. This is a failure of NFE to improperly contract with their tugs during their establishment process of their gas project. And this, it failed, whatever the arrangement was you had

with G&H, collapsed, and it has caused this, this is a problem. I'm sorry, but it's a commercial problem. It's really, I don't think it's fair to blame the pilots necessarily because there's a commercial problem. To buy tugs, and they didn't show up. The tugs are not here, and that is a commercial problem. And the commercial problem is not respecting the fact that these kind of tugs are not easy to find. You can't just go – they're not stacked up anywhere around the world for hire. So it seems like the brinksmanship for risk assessment is based upon really – and this is my opinion, but I just think if he could have been way ahead of this. Most of my LNG terminals that I'm doing this work for, before they start building the dock, they've already established their TUG contract. They already named it. We already know who it's going to be. I've already got the training contract. It's not going to happen for two years, right? That was Venture Global, whatever, Cameron LNG, you know, all of these different ones that we have here in the US.

1:08:58 - Natallia Lopez

And if it's an anomaly and we're responding to the anomaly of, you know, having a facility that's operating as is within the FERC authorization, right? We're writing the playbook as we are. So regardless, this is what it's cards were dealt with and we're working through it and we're following the process. We're not deviating from it, but we are in a different timeline because of the importance of this cargo coming in to keep my power like on. And that's as easy as it is for me. Ms.

1:09:26 - George Burkley

Lopez, I have to ask, are any of the maneuvers that are going to be done in Simulation also relative to your emergency response plan?

1:09:36 - Unidentified Speaker

Yes.

1:09:36 - George Burkley

Yeah. It would make sense to me, right? Because sometimes the ship has to leave the berth.

1:09:41 - Unidentified Speaker

Yes.

1:09:41 - George Burkley

So again, so if we have hazards that are going to be identified in the ERP, they should be reflected in the run matrix. So if you're going to do that, Captain Chris, there's things happening in the background here that kind of hard to follow. I'm offering that if you're going to generate a run matrix, they should satisfy the regulatory requirements of this facility, which are kind of in flux right now, because we have things happening. Puerto Rico needs gas. I mean, 100%, right? And the alternative is to charge everyone more money and go back to burning diesel, and no one wants that. And it's not a sustainable way to do business. So gas is the way to go. So we know that's happening. But right now, in order to allow for that to happen quickly, FERC has given them some leeway to build things like containment on the beach, and a pipeline, and a dock, and things like this. And it's not in the norm. I'm encapsulating this, Natalia. But it isn't in the normal process that happens on a normal facility because Puerto Rico is in this great need, right? So, things, the cart got before the horse on something. So, ERP, I understand, is maybe filed or close or not filed or whatever it's in the zone, right?

1:11:03 - Natallia Lopez

It's approved by the Coast Guard, by the current regulatory authority that's, yeah.

1:11:08 - George Burkley

It's approved by Coast Guard. So, you have to have one. Yes. And that has risks in it.

1:11:12 - Unidentified Speaker

Yes.

1:11:13 - George Burkley

That have to be it. So, So those risks, and that's why I offer the person who writes that, and also the person who writes your WSA, probably ought to have a hand in making sure that the risks that are assessed in your Simulation for your TUGS are consistent with those filings. So that you can argue that you did it right, and you don't come back into this battle that just never stops. Because that's how you stop the leaks. That's how I would stop the leaks. That's how I would do it. That's how I get in a defensive position on this to make sure that it doesn't happen. I get the pilots involved. I'd look at the WSA. I'd look at the ERP. I'd get my hazards. I'd do my simulations, and I would knock them out. And you're going to do four days to sim? Five. You probably need five. You probably need three for WSA runs and two for training. Get the guys to do more tugboat work. Okay, I don't know. It sounds, everything sounds normal to me. It doesn't sound, I mean, just, we just, you just need researcher help on the, you know.

1:12:20 - Raúl Redondo

It's two sessions of five days for different pilots, yeah.

1:12:24 - George Burkley

Yeah, yeah, yeah, perfect. You don't have plans, all Puerto Rico pilots are coming, are Puerto Rico pilots coming next week?

1:12:32 - Natallia Lopez

We have, so we have, so there's two sessions because we don't want to disrupt the schedule, So we have two slots which overlap with the two sessions of duty. So we'll be able to have one team first and then the second team when they're off.

1:12:53 - George Burkley

Which pilots are coming? Do you have, I'm going to call you A team, B team. You got A team pilots that are on NFE side right now. Do you have any B team pilots that aren't on NFE side coming?

1:13:02 - Natallia Lopez

We've only gotten two accepted. We're waiting on the rest that are the seven of the eight to respond.

1:13:10 - George Burkley

So you have the two, you have one working pilot from Puerto Rico, San Juan Harbor.

1:13:18 - Natallia Lopez

That's off-duty, that's already confirmed.

1:13:22 - George Burkley

And his brother, right?

1:13:24 - Natallia Lopez

No, his brother is not.

1:13:26 - George Burkley

Not that guy, another pilot. There's also a working San Juan Harbor pilot?

1:13:30 - Natallia Lopez

He is from the south, he's not San Juan, but he's But we're going to bring him in to train and everybody.

1:13:40 - Natallia Lopez

I understand.

1:13:42 - George Burkley

I got it. Guys, you got to get the other team. I don't see how you can just go in on Monday.

1:13:47 - Natallia Lopez

I mean, we're waiting on them to respond. We're not going to go. I mean, unfortunately, we won't be able to go if they do not go. There's no point to it. But we need.

1:13:57 - George Burkley

I think it's a fool's errand. It's just what you did before again. It's not going to make a difference. Have to have the other team. That's more important. We're not going to go without them.

1:14:06 - Natallia Lopez

And that's where this is the part of this meeting. We're like, we have the things in place. We're going to follow the process, right? Just let, meet us there, right? Meet us in the middle. Yeah.

1:14:18 - George Burkley

Yeah. They need to be there. Yeah. They didn't communicate with me that I was going to Spain or something. So I don't think I am, but- Well, you're on the stipulations, George.

1:14:25 - Natallia Lopez

You're on the stipulations.

1:14:26 - George Burkley

I'm on. They put your name, like you've been invited and you're allowed to go as so you're I'm in Virginia because I was on two days of vacation I got a call this morning like hey you need to be on 11 o'clock phone call I was like what is it so I came I'm gonna you can guess where I am Chris look familiar I'm in a pilot I'm in the pilot's office here in Virginia in their boardroom right they let me use it because I just I just dropped in and and they said yeah George you want to you know because I do their training for him they said I can use the office But I'm being honest with you, I mean, that's how kind of rushed this is. I don't really, and also, Ms. Lopez, my involvement in your court case is three days' notice. I don't know anything's happening. Everything's really fast.

1:15:19 - Natallia Lopez

We've been trying to have this meeting for the last two weeks now.

1:15:25 - George Burkley

Unfortunately, you know, So your lawyers are not helping any of this get any better and just offer that up none of this is a dare and Working for them today, but I'm telling you they don't make our Simulation better They're not gonna make our report better. They're not gonna make any of this any better All they're gonna do is slow it down or make it an emergency for us to do things. So I I guess I might just be, if it comes to pass that I'm calling them the A team or B team, if they decide to come and then this happens, and then you're going to do some risk assessment with qualitative information, I'd be happy to review it as much as I can from afar. And I help you, Captain Chris, with the documentation. And then if I get permission to work across the board with the other company that helped you with your WSA and your ERP, that would be nice.

1:16:34 - Chris Bordas

Yeah, I'm in agreement with you. With your WSA and ERP, all the risks, we should be able to review those with the local pilots and satisfy a run matrix that will flush out all these different factors. Factors, be it tug failures, ship engine failures. Yeah.

1:16:57 - George Burkley

Those are just risks, right? All the risks.

1:17:00 - Chris Bordas

All of it. Yeah. Yeah. Yeah, there's a risk matrix. We got a risk matrix.

1:17:04 - George Burkley

No doubt. There's a pile. Like you said, there's a huge pile. That's the problem about the time issues. There's an 800-page WSA out there. There's all this work. There's maybe eight previous simulations that were The pilots that are involved, some of them are quite high functioning and highly educated individuals with advanced education and have engineering backgrounds and things like this. So there are no, you know, they like process and detail. They're not just ship drivers, right? So they want to be involved in the details. I've met them and I can tell that they want, I think you're going to have to understand that as you get started with this.

1:17:48 - Natallia Lopez

Yeah, we'll hear everyone. Just come to the table.

26

1:17:51 - George Burkley

Okay, I've said my piece, guys. Thank you for listening. I know I've been kind of the boss of the time and everything, but I'm sorry.

1:17:58 - Chris Bordas

What you've had to say, George, has been really interesting, and I agree with everything you've got to say. And all I want to do is, yeah, what the hell they're paying me to do this, is move this process forward. I've had less notice than you. And um I'm yeah if they wanted me to I come out and talk to the local pilots on on sunday and uh we'll with you or anywhere you want we'll uh deal with all these risks develop risk matrix go back to saiport 21 uh get simulations done and if they want to uh confirm these uh risks uh in houston or wherever you want uh then yeah so be it and uh we'll get that yeah sure and maybe some mistakes have been made in the past and maybe the pilots feel excluded. Maybe they feel included. I'm not sure. But yeah, all I want to do is get the show on the road.

1:18:59 - George Burkley

Yeah, I agree. And plenty of tug usage and rules and pilot groups have been changed without going to ship Simulation.

1:19:09 - Unidentified Speaker

Yeah.

1:19:10 - George Burkley

I mean, that's happened.

1:19:12 - Chris Bordas

I mean, I've had, yeah, Raúl, Raúl probably, I've had Barcelona pilots, they came and tripped with me on QMAX tankers before they started bringing larger ships into Barcelona and we had a meeting about it face to face and then they came out and tripped. We didn't do simulations, actually, it was a familiarization for them. It wasn't training just to see what our practices are.

1:19:38 - George Burkley

Yeah, perfect. OK, well, we're all this reasonable people are stuck here now. We just have to wait for the rest of them to decide if they want to be reasonable. We'll see.

1:19:52 - Chris Bordas

Well, I don't think it's a question of being reasonable, but we're on a tight timeline here for getting people together over the weekend on Monday.

1:20:00 - Natallia Lopez

I don't know how Monday works on me.

27

1:20:02 - Natallia Lopez

If we can get them over to Spain, we'll get some mouths for everyone.

1:20:06 - George Burkley

I don't know how Monday works, but whatever.

1:20:09 - Natallia Lopez

I mean, we have the 17th available and there's we're working on some other dates, but we, you know, we want to make this happen and

1:20:19 - George Burkley

And I have like a giant packed research schedule because our Trump administration is like drill here, drill now so that every LNG company in this country in the US is building a new dock, dusting off an old project. Every criminal is either a busy. And so we're busy, every research is busy. We're busy. I hope you guys are busy at Cyport too. I mean, we're busy. So I like it, but calling me on a Friday to be in Spain on a Monday is crazy, quite frankly. That doesn't work. It doesn't work. It doesn't work.

1:20:54 - Natallia Lopez

I'm sorry, I didn't get enough lead time. Yeah, so that's just crazy.

1:20:58 - George Burkley

And when I usually, I mean, we're in like the six to 12 week slot times where, and I can see you have, 24-7 simulations, and I have two facilities in two cities, the whole thing happening. Same pace. So we have to be a little understanding of that.

1:21:18 - Chris Bordas

Oh yeah, and I appreciate everybody being understanding with me because we could have had this meeting yesterday and I was out at work.

1:21:28 - Natallia Lopez

You're good, Chris. You're good. We actually sent this invitation back in September. This has been in the works and we wanted input, but we're unfortunately caught in the legal process of it. So now we're here and it feels rushed, but the process is trying to be followed, but we're getting a lot of roadblocks.

1:21:56 - Chris Bordas

Okay, so should we really leave it to you, Natalie, to tell us if you can get the pilots together, because I've got to, I'm in the same, excuse the metaphor, George, but I'm in the same boat as you. I've got to wear the same tie right now.

1:22:18 - George Burkley

You've got people working for you, you call them, you've got to cover your watch, you know, you've got a whole life, right? You know, you're a working ship pilot too, right? I do that, yeah.

1:22:27 - Natallia Lopez

Yeah, no, I think, you know, George, if you don't mind going back to your team and figuring out what, you know, what it is to, you know, we're, we're, we're all on standby. We have the tug captains. We have, you know, everybody's on standby for, we just need three right now to tell us they can go, you know, if not, then what's the next available.

1:22:47 - George Burkley

And yeah, just the Simulation guy, not the marriage counselor.

1:22:52 - Natallia Lopez

So that's where we're at.

1:22:54 - George Burkley

And sorry about that. But I guess I'll do my part. I'll do my part.

1:23:01 - Natallia Lopez

We'll do ours as well. And hopefully, yeah, we can come out here not divorced. So.

1:23:10 - Chris Bordas

All right.

1:23:12 - Chris Bordas

Just a quick chat to Raul as well. If needs be, obviously, myself, George, local pilots and everybody are going to have a look, close look at hazards and risks and if we did that would you be able to are you able to a look at past local weather conditions see how operable the terminal would be and are you able to it's going to be a lot to ask and there's going to be problems with this to develop a risk matrix as But I can tell you, Chris, that's already done. Great.

1:23:56 - George Burkley

It's already done. They just haven't provided it. It's already been done for the WSA. It's been done for the WSA simulations. So you already have a template. You just have to tweak it for the dock being different. The wind roses, the frequency of current, the frequency of wind, all of the risks, they're already. Actually, it's in your report. A lot of it's already in the report from your screen. They've already got quite a bit of it. But you want to respect the original document. You've got to build on the foundation of what's already come. So you shouldn't have to reinvent the wheel, is my point. So just take what they got. And if she lets you have access to the author of those original documents, then yeah. Then you can just get it as an Excel file. You don't even have to redo it. Yeah.

1:24:40 - Chris Bordas

Yeah. I mean, we talked about the tandem towage thing. And this is something I addressed with the Royal Navy on our aircraft carriers were berthing at Portsmouth, tandem tugged, powered indirect and there's a lot of history behind this and a lot of QMAXs were berthed in that respect and eventually so many tugs got wrapped around the other tug trying to, they moved away from it completely and do what everybody else does now, centre lead forward, centre lead aft and two tugs on the side. Our Royal Navy, their trips with me on a Q-Max. You know, to see how I did it

personally. And I have a very close connection with the Navy like this, and same as you have with the US Navy, yeah.

1:25:30 - George Burkley

Right, yeah, it's the same game. The only place tandem towing works is in Long Beach. They got Schwest, you know, their Voith tucks. That's all they do, it's a one-track pony, it's a left turn, it's easy. Whatever, it's easy enough. So you know, it's like it's not a surprise. So yeah, I don't. I'm not a fan of it. Been a been been pushing that been working against that now for 20 years and been pretty successful. I don't believe it's a good practice. Certainly a terrible practice for me.

1:26:01 - Chris Bordas

Yeah, when you and I get together, we're going to have a bit of a laugh. I know I'm looking forward to it.

1:26:06 - George Burkley

Yeah, yeah.

1:26:08 - Chris Bordas

Yes, OK, that's great.

1:26:11 - Chris Bordas

Should we wrap up then?

1:26:12 - George Burkley

Yeah, thank you. We went a half hour over, but it was much appreciated.

1:26:19 - Carlos Cal

Just a word. I'm telling you that everything is ready to present the sessions whenever they happen. New tag boats, for sure, Puerto Rico port, et cetera, et cetera. So you'll be welcome. We look forward to meeting you. Meeting you. In your case, Chris, again, Captain Fulgencio was here in Aos. I had not the opportunity to meet him as well as Natalia. In your case, George, if possible, when possible, you will be welcome in our facility. I'm sure to help and to push ahead of the project. The decision is yours, Natalia. When we can, we will complete the work. So thank you. Thank you very much for this extremely interesting and useful session or meeting, remote meeting. OK, so thank you very much. So anything we can do, we are available to participate.

1:27:36 - Chris Bordas

Excellent. Seeing you guys again. I think I worked with you Raul, a project in Pakistan, first human flex up there.

1:27:49 - Carlos Cal

2015, Chris. Ago.

1:27:52 - Chris Bordas

Yeah, we had a local Pakistan pilots there as well.

1:27:58 - Carlos Cal
ago, 10 how fast they ran.

1:28:00 - Chris Bordas
Yeah, yeah. Good, good. Okay.

1:28:06 - Chris Bordas
All right.

1:28:06 - Chris Bordas
Well, I guess we'll be in touch and thank you guys for your time. Okay.

1:28:10 - Chris Bordas
All right.

1:28:10 - Chris Bordas
Goodbye. Nice to speak to you all as well.

1:28:12 - Unidentified Speaker
Yeah. All right.

1:28:12 - Chris Bordas
Bye-bye. Bye-bye.

1:28:26 - Unidentified Speaker
Bye