**Francisco E. Colon**

| | |
|---|---|
| **From:** | Miguel Nazario <man@nblawpr.com> |
| **Sent:** | Thursday, October 23, 2025 6:26 PM |
| **To:** | Francisco E. Colon |
| **Cc:** | Miguel Nazario; Tom Lightsey; Giancarlo Font-Garcia; Luis Pavia; Chris Hart; Ramon Rivera; Alberto Castañer |
| **Subject:** | Re: Simulation and Experts |

Dear Tom,

Further to what have been stated by my distinguished colleagues, I don't understand why you are pushing to conduct the simulations before the experts agree on:

1) An approved scope of work document;

2) An approved run matrix;

3) An understanding of what tugs will be used; and

4) An understanding if the tugs to be used are available in the Kongsberg library and are DNV approved, among other important matters.

No responsible simulation institute would quote and proceed with a simulation absent an agreement on how to conduct said simulations.

I was expecting that NFE appointed an expert in simulations, such as Mr. Berkley, to expedite this process. However and instead of following that path, you announced as your expert a retired pilot from the UK and Captain Anavitate. As for Mrs. Natalia López, I ignored what is her expertise, if any. Nevertheless, all of us are more than willing to collaborate to conduct a comprehensive WSA risk assessment simulations.

Finally, I take the opportunity to confirm, probably by the 20th time, that Seamen's Church is also available for the simulations. Their schedule is wide open until the Thanksgiving weekend. They are also available in December.

Let's the experts addressed items (1-4) above, before we agree on a venue and the schedule the simulation sessions.

Thank you very much,

Miguel

Miguel A. Nazario, Jr., Esq.

Nazario Briceño Law Offices, LLC
82 Cervantes.
San Juan, Puerto Rico  00907

Tel. (787)449-2717
man@nblawpr.com

\_\_\_\_\_

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

> On Oct 23, 2025, at 5:27 PM, Francisco E. Colon <fecolon@colonramirez.com> wrote:
>
> Tom,
>
> In my haste in responding, I hit send before adding a second paragraph (and I correct myself that on the call with Berkley, there was Ms. Lopez, Mr. Kent, and two folks from Siport21). Upon learning that two folks from Siport21 were on the call (coupled with your continued reference to reserved dates at Siport21), I am getting the sense that from NFE's standpoint, it is fait accompli that the simulations will take place at Siport21. I remind you that the location of the simulations is to be agreed by the parties. But before the parties discuss that, I would recommend, again, that Ms.

Lopez and Mr. Kent start with addressing the items mentioned by Mr. Burkley. Once we agree on scope and protocol (and I use these terms broadly) we can discuss, together, potential locations.

Francisco

**From:** Francisco E. Colon
**Sent:** Thursday, October 23, 2025 5:04 PM
**To:** 'Tom Lightsey' <tom.lightsey@hfw.com>
**Cc:** Giancarlo Font-Garcia <gfont@drcprlaw.com>; Luis Pavia <pavialaw@gmail.com>; Miguel Nazario <man@nblawpr.com>; Chris Hart <chris.hart@hfw.com>; Ramon Rivera <rrivera@jgl.com>; Alberto Castañer <alberto@castanerlaw.com>
**Subject:** RE: Simulation and Experts

Tom,

I told you it was unrealistic to expect the simulations going forward four days from now since we agreed step 1 was to put NFE's consultant in tough with Berkley, and NFE had not even hired a consultant until a day or so ago. I specifically told you, in writing in my October 21 letter, that until the parties discussed the proposed simulation study in good faith, committing to dates right now was putting the car before the horse. So yes, NFE's intended October 27 simulation cannot go forward on this date. But your attempt to excuse the cancelation on plaintiffs or Mr. Burkley is disingenuous, and I would strongly recommend you stop trying to spin this against plaintiffs as it detracts from the agenda we agreed: to have the experts discuss the simulation, and start from there. Indeed, I understand Mr. Burkley discussed with MS. Lopez, MR. Kent, and the two folks from NFE what needs to be done so I would suggest NFE direct its efforts there.

Francisco

**From:** Tom Lightsey <tom.lightsey@hfw.com>
**Sent:** Thursday, October 23, 2025 3:11 PM
**To:** Francisco E. Colon <fecolon@colonramirez.com>
**Cc:** Giancarlo Font-Garcia <gfont@drcprlaw.com>; Luis Pavia <pavialaw@gmail.com>; Miguel Nazario <man@nblawpr.com>; Chris Hart <chris.hart@hfw.com>; Ramon Rivera <rrivera@jgl.com>; Alberto Castañer <alberto@castanerlaw.com>
**Subject:** Simulation and Experts

Dear Counsel,

Thank you for making your expert, Mr. Burkley, available this morning for a call with NFE's experts, including Captain Bordas. Although I was not in attendance, I understand it was a substantive discussion of some value.

We were, however, quite surprised to learn from NFE's experts after the call that you had not advised Mr. Burkley of the available and reserved dates of the week of October 27 and November 17 for the simulation at Siport. Plaintiffs' decision to use Mr. Burkley as Plaintiffs' expert at the simulation was clearly made some time ago as you included Mr. Burkley by name in the October 10th Stipulation as your expert. Nonetheless, it is my understanding that Mr. Burkley was first learned of these available dates during this morning's call.

3

    That you have not advised Mr. Burkley of these potential dates for the simulation is especially concerning as your clients have known about these dates since September 28. And, I personally discussed these dates with you on October 10 (as reflected in the record from that day). Additionally, for weeks we have been asking whether your clients are available on these dates, and we have not yet received any response

    I understand Mr. Burkley wants additional information and/or an additional meeting before the simulation begins. However, I understand that Mr. Burkley does not object to conducting the simulations at Siport. We are prepared to immediately do everything we can to address Mr. Burkley's questions to allow us to start the simulations next week.

    If we are going to be able to utilize the week of October 27 at Siport, people will need to start travelling as early today. Therefore, please let us know by 5 p.m. AST today whether we can proceed with the simulation at Siport starting October 27. If you believe we cannot proceed because your expert does not have the necessary information, we will have to cancel next week's simulation.

    We look forward to hearing from you.

Tom Lightsey
Of Counsel

**D** +1 713 706 1952 | **M** +1 (713) 628 3612
**E** tom.lightsey@hfw.com

HFW, 3040 Post Oak Blvd, Fl 18, Suite 129, Houston, 77056
**T** +1 (713) 917-0888 | **F** +1 (713) 953-9470 | hfw.com |

*Click below to explore our leading sector-focused expertise*
*Update your preferences to ensure you receive legal updates and communications that are relevant to you.*

---

**From:** Tom Lightsey
**Sent:** Thursday, October 23, 2025 8:32 AM
**To:** 'Francisco E. Colon' <fecolon@colonramirez.com>
**Cc:** 'Giancarlo Font-Garcia' <gfont@drcprlaw.com>; 'Luis Pavia' <pavialaw@gmail.com>; 'Miguel Nazario' <man@nblawpr.com>; Chris Hart <chris.hart@hfw.com>; 'Ramon Rivera' <rrivera@jgl.com>; Alberto Castañer <alberto@castanerlaw.com>
**Subject:** Tugs James D Moran and Haley Moran [IMAN-EMEA.FID2044434]

Gentlemen,

    Please be advise that Moran has substituted the Haley Moran for the James D. Moran. Attached is the bollard pull certificate for the Haley Moran.

    In accordance with the Stipulation, the Haley Moran is a 70+ MT bollard pull tug and is scheduled to arrive in San Juan on or before November 1, 2025.

Tom Lightsey
Of Counsel

**D** +1 713 706 1952 | **M** +1 (713) 628 3612
**E** tom.lightsey@hfw.com

HFW, 3040 Post Oak Blvd, Fl 18, Suite 129, Houston, 77056
**T** +1 (713) 917-0888 | **F** +1 (713) 953-9470 | hfw.com |

*Click below to explore our leading sector-focused expertise*
<u>Update your preferences</u> *to ensure you receive legal updates and communications that are relevant to you.*

HFW is Holman Fenwick Willan USA LLP, which is a limited liability partnership registered in England and Wales (with registered number OC412721) and is authorised and regulated by the Solicitors Regulation Authority, with registered number 632257. A list of members' names is open to inspection at the registered office, 8 Bishopsgate, London EC2N 4BQ.

This e-mail (including all attachments) is intended for the named addressee. It is confidential and may be privileged. If you have received it in error, please contact us immediately and then delete it. You should not disclose its contents to any other person. For more information on how we may process your personal data, please read our Privacy Notice.

**Our bank account details will be provided to you when necessary, and you will be informed by letter if these change. Please do not reply to or act upon any email you receive purporting to advise you that our bank account details have changed and if you do receive any such communication, please telephone us and speak to your contact at our office. We will also require independent verification of changes to any account to which we are asked to send money.**

This message has been scanned for viruses by Mimecast.

**Americas  |  Europe  |  Middle East  |  Asia Pacific**

Please consider your environmental responsibility before printing this email.