**Francisco E. Colon**

---

| | |
|---|---|
| **From:** | George Burkley <GBurkley@locus-mpi.com> |
| **Sent:** | Friday, October 24, 2025 3:31 PM |
| **To:** | Natallia Lopez |
| **Cc:** | Chris Bordas; Carlos Cal; Fulgencio Anavitate |
| **Subject:** | Follow-up Notes - NFE Simulation Discussion |

Ms. Lopez,

Thank you for the opportunity to discuss the important simulations that are planned for NFE. It was a pleasure to meet the project team from siport21 and Capt. Bordas. We had much in common, but I do think my message was different than the general concerns about shiphandling and tug use.

I believe there is no question that average tugs on an average day can do the basic service of nudging an LNG ship to the dock in PR. LNG ships of this size and larger transited the world's LNG facilities for years using the services of conventional, lower powered tugs. But it was risky, and as the tugs got better, and the ships got larger, LNG adapted and now has higher standards. Thus, "can it be done?" is not the question we are discussing here, rather, "Do you have surplus for safety and under what conditions?". The question is about risk reduction and risk management.

For these simulations, we are asking if the NFE LNG facility has redundant and surplus tug capability to create a near zero-defect environment for safe piloting of LNG to NFE. <u>This requires in the simulations that the tugs use less than rated bollard pull power for all maneuvers, and any use of the surplus power is an indication of elevated risk and thus is a concern.</u> If a single tug fails, can the remaining tugs finish the job. Do these remaining tugs have to work at maximum to do this? For how long? How long can they work at maximum, is this also a risk? What are your standards and methods to evaluate these performances and risks?

Please find below my wrap-up thoughts regarding our discussion and some important point to consider moving forward.

These suggestions apply to any simulation facility and are not intended to single-out the Spanish research center.

1. Restate the objectives of the simulation to characterize it as risk assessment.
2. Review the previous risk assessment simulations and hazards ID, which can be found in the WSA and attendant simulation reports.
3. Conduct a revised Hazard ID including full participation of the PR Pilots. This would entail a broad spectrum of the membership and not just the opinions of one or two pilots.
4. Use the Hazard ID and previous work to create success and failure metrics. Incorporate these metrics into survey questions for post simulation feedback. Share these questions with the pilots and get feedback to determine if you are asking the correct questions to get the best and most relevant responses.
5. Review the NFE Emergency Response Plan and ensure that simulations address any potential requirements to support ship/tug movements as required in the ERP. For instance, if an LNG vessel must be moved from the facility due to tropical weather conditions, then ensure the noted

weather thresholds are known to the simulation team, and the service tugs are tested to ensure the conditions do not exceed their tug assist capabilities.
6. If new tug models are created, then validate these tugs with known data collected from the actual tugs and provide a report with performance comparisons. Also have the local tug masters validate the tug behavior (if possible).
7. If a new area database is created, then validate the area, channel, depths, visual marks, cultural features, and dock specifics. Have this validation concurred by a local PR pilot, so that any variance in the database is either corrected or documented and understood.
8. Create a run matrix for the simulation and share this with all the pilot prior to simulation to ensure that their thoughts and questions will be answered in the planned runs.
9. If a single simulation run is successful, then it should be repeated by another pilot to prove that the success was not unique. Same for failures, they should also be repeated and confirmed.
10. Your project team should have a research expert that oversees simulation data collection and the interviews. For larger and longer projects, this researcher typically has research assistants that do the interviews.
11. Provide a project plan to all participants and schedule this simulation work, analysis, and reporting time with reasonable timeframes to allow for quality to occur. Otherwise, rushing this process only creates undue stress on all involved leading to poor sloppy work.

This report is not intended to be a replacement WSA, but rather a risk-based evaluation of the tug use for NFE in comparison to the previous risk-based assessments that led to the selection of 80T tugs. If the project is planning to use lower powered or less capable tugs at NFE than those selected using the original risk assessment process, you should do it with the full understanding of the risks that may become undervalued, and the mitigations that may become reduced in effectiveness, and operational parameters that may need adjustments to preserve safety.

Sincerely,

George


**George Burkley** | Executive Director
**Mobile:** 443-306-4991  |  **Office:** 985-867-9789
**Email:**  gburkley@locus-mpi.com
434 E. Lockwood St., Covington, LA 70433

*Proudly celebrating 25 years in business!*



*This email and any attachments or links herein, contain information that may be confidential or privileged.*
*Distribution or disclosure to any party other than the recipient may impose legal liability upon the recipient.*
*If you received this email in error, please notify us and delete the email from your system.*

**From:** Fulgencio Anavitate <anavitatemarine@gmail.com>
**Date:** Thursday, October 23, 2025 at 09:42
**To:** Natallia Lopez <nlopez@pr-mar.com>
**Cc:** George Burkley <gburkley@locus-mpi.com>, Chris Bordas <chris.bordas@cpbmarine.com>, Carlos Cal <carlos.cal@siport21.es>
**Subject:** Re: NFE Simulation Discussion

Accepted.

On Wed, Oct 22, 2025 at 6:32 PM Natallia Lopez <nlopez@pr-mar.com> wrote:

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 222 627 134 337 4

Passcode: gF9AE3ZF

_____

For organizers: Meeting options
_____