# Francisco E. Colon

| | |
|---|---|
| **From:** | Tom Lightsey <tom.lightsey@hfw.com> |
| **Sent:** | Friday, October 24, 2025 4:00 PM |
| **To:** | Luis Pavia; Chris Hart |
| **Cc:** | Francisco E. Colon; Giancarlo Font-Garcia; Miguel Nazario; Ramon Rivera; Alberto Castañer |
| **Subject:** | RE: [EXTERNAL] Re: Simulation [IMAN-EMEA.FID2058663] |
| **Attachments:** | Transcript.pdf |

Luis,

In response to your request below for advance notice that Ms. Lopez, Captain Anavitate and Siport representatives would be on yesterday's calls with Captain Bordas and Mr. Burkley, I would refer you to Chris Hart's email below in this string which states, "NFE's experts on the call will include Captain Bordas, Captain Anavitate, Natallia Lopez, and a representative of Siport should be available to join as well."

Also, I believe you have been misinformed regarding comments from the meeting. It is my understanding Ms. Lopez did not agree to produce the WSA or the ERP. These are confidential documents which cannot be shared with the pilots or experts under current conditions. However, we are open to discussing possible alternative arrangements regarding some or all of this information.

Finally, attached please find the AI generated transcript from the meeting.


Tom Lightsey
Of Counsel



**D** +1 713 706 1952 | **M** +1 (713) 628 3612
**E** tom.lightsey@hfw.com

HFW, 3040 Post Oak Blvd, Fl 18, Suite 129, Houston, 77056
**T** +1 (713) 917-0888 | **F** +1 (713) 953-9470 | hfw.com |

*Click below to explore our leading sector-focused expertise*



*Update your preferences* to ensure you receive legal updates and communications that are relevant to you.