**Francisco E. Colon**

| | |
|---|---|
| **From:** | Miguel Nazario <man@nblawpr.com> |
| **Sent:** | Friday, October 24, 2025 4:49 PM |
| **To:** | Tom Lightsey |
| **Cc:** | Miguel Nazario; Luis Pavia; Chris Hart; Francisco E. Colon; Giancarlo Font-Garcia; Ramon Rivera; Alberto Castañer |
| **Subject:** | Re: [EXTERNAL] Simulation [IMAN-EMEA.FID2058663] |

Dear Tom,

As you may know, from your experience representing pilots, it is common that LNG customers share the WSA, or relevant parts, with their pilot association.   I'm more than confident that we can work this out to expedite the simulation process.  Finally, it would be more than wise to instruct the representatives of Siport to refrain from participating in any other experts' meeting until a venue is agreed upon by all parties.

Have a nice weekend.

Miguel



Miguel A. Nazario, Jr., Esq.

Nazario Briceño Law Offices, LLC
82 Cervantes.
San Juan, Puerto Rico  00907


Tel. (787)449-2717
man@nblawpr.com


―――

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.