**Francisco E. Colon**

---

| | |
|---|---|
| **From:** | Ramon Rivera <rrivera@jgl.com> |
| **Sent:** | Tuesday, October 28, 2025 12:18 PM |
| **To:** | gfont@drcprlaw.com |
| **Cc:** | Luis Pavia; Francisco E. Colon; Miguel Nazario |
| **Subject:** | SJBPC v NFE |

Dear Giancarlo and Team,

    I am writing to follow up on the earlier communication and the two active matters which require our collective timely coordination.

    First, as referenced in the recent correspondence between experts, the NFE team would respectfully request an update from the San Juan Bay Pilots' designated expert concerning the expert-to-expert dialogue initiated by New Fortress Energy's simulation team. During the most recent coordination meeting, your expert acknowledged the technical viability of the Siport21 simulation platform in Madrid, contingent upon the establishment of a structured framework to guide scenario selection, evaluation criteria, and outcome reporting. Therefore, in the event the parties agree to conduct the simulation at Siport21, we presume Plaintiffs have no technical objection to this venue.

    To facilitate this process, NFE's simulation experts promptly offered to collaborate on finalizing such a framework. However, we understand from your expert that he is currently awaiting review and authorization from the plaintiffs' legal team before proceeding. We respectfully ask that you confirm whether your team is prepared to move forward so that the simulation schedule may proceed without additional delay. As you are aware, the SIPORT21 platform incorporates localized bathymetric and environmental conditions specific to San Juan Bay The intent is to conduct a data driven, collaborative evaluation of tug configurations and maneuvering protocols that reflects real-world operating conditions.

    Second, with respect to the next LNG vessel exchange, we confirm again that the formal pilotage request has already been submitted through the appropriate channels.

    Our outreach to you and plaintiffs' counsel was intended to facilitate advance planning and seek clarification, particularly given that the current stipulation does not specify who will pilot using the incoming 70+ MT tugs. This inquiry was made in good faith, especially considering the plaintiffs' prior objections to the use of tugs rated below 80 metric tons. Our intent was to ensure alignment in advance of the next movement to avoid ambiguity and reduce any potential operational delay or misunderstanding during execution.

    We reaffirm NFE's commitment to transparent coordination, adherence to the interim agreement, and the safe execution of LNG operations with qualified and informed personnel.

We look forward to your response regarding both the simulation coordination and pilotage planning by October 29, 2025 , and remain available to discuss any outstanding matters at any time.

Best,

Ramon

J. Ramón Rivera-Morales
M: 787-510-8090

CONFIDENTIALITY NOTICE:

This electronic transmission and any attachment(s) to it contain information belonging to JGL Attorneys at Law, LLC and may be a confidential attorney-client communication or may otherwise be legally privileged; and is for the sole and exclusive use of the intended recipient(s). If you receive this communication by error, you are hereby notified that any disclosure, copying, distribution or taking of any action with respect to the contents of this e-mail information and/or its attachment(s) is strictly prohibited and may result in legal liability on your part. We also request that you please immediately notify the sender by telephone, fax, or reply e-mail, delete the message, and destroy all copies of the original message.