IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al<br><br>Plaintiffs,<br><br>vs.<br><br>NFENERGIA LLC, et al<br><br>Defendants | CIVIL NO. 25-cv-1462 (SCC) |

**NFENERGIA, LLC'S MOTION INFORMING THE COURT
OF ARRIVAL OF BOTH TUGS IN SAN JUAN
AND OTHER MATTERS**

TO THE HONORABLE COURT:

The Defendant, NFEnergia LLC ("NFE"), through the undersigned attorneys, and in compliance with the Court's directions at the Hearing held on November 1, 2025, files this Motion Informing the Court of Arrival of Both Tugs in San Juan, Puerto Rico, and submits other material related to these tugs:

**I. ARRIVAL OF THE TUGS**

The tugs *Haley Moran* and *Ava McAllister* both arrived in San Juan on November 2, 2025. Both tugs are in compliance with the terms of the Stipulation of Interim Measures ("Stipulation") (Dkt. 124), including paragraph 2 of the Stipulation that NFE will keep two 70+ metric ton bollard pull tugs in San Juan for 45 days from day of arrival. This is evidenced by the current and valid American Bureau of Shipping Bollard Pull Test Certificates for the *Haley Moran* and the *Ava McAllister*.[1] These Certificates contain commercial proprietary information of the owners of those

---

[1] The American Bureau of Shipping is one of the leading maritime classification society and is over 160 years old. https://ww2.eagle.org/en/about-us.html

tug boats and accordingly the defendant, in accordance with Standing Order No. 11, September 24, 2025, does not include these certificates with this filing, but will deliver these directly to plaintiffs' attorneys and will have these available for inspection and review of the Court as it so orders.

WHEREFORE it is respectfully requested that this Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 3rd day of November 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record, and further certify that on this same date I am forwarding to all plaintiffs' counsel copy of these certificates directly to their email addresses as these appear in the Registry of the Court.

*s/ J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave., San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com

*s/ Thomas N. Lightsey III*
Thomas N. Lightsey III
*By Admission Pro Hac Vice*
Fed. ID: 84829
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. (713)917-0888
Email: tom.lightsey@hfw.com

*s/ Christopher R. Hart*
Christopher R. Hart
*By Admission Pro Hac Vice*
Fed. ID: 12517
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
chris.hart@hfw.com


*s/ Alberto J. Castañer-Padró*
Alberto J. Castañer-Padró
USDC 225706
Castañer & Cía PSC
MAI Center
Marginal Kennedy
771 Calle 1, Ste 204 / San Juan PR 00920
Tel 787 707 0802 Fax 1 888 227 5728
alberto@castanerlaw.com