IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al<br><br>Plaintiffs,<br><br>vs.<br><br>NFENERGIA LLC, et al<br><br>Defendants | CIVIL NO. 25-cv-1462 (SCC) |

**MOTION ON NOTICE OF INTENT TO OPPOSE**

TO THE HONORABLE COURT:

The Defendant NFEnergia LLC, through the undersigned attorneys respectfully informs and prays as follows:

1. The Plaintiff in this matter has filed a Motion entitled Emergency Motion Requesting Order Barring NFE from Violations Act 226 and Stipulation for Interim Measures under Docket No. 152.

2. The Defendant understands that this motion includes misleading and exaggerated representations as to the purpose of a pre-transfer safety meeting. Accordingly, the Defendant will submit an Opposition to this Motion explaining these misstatements.

WHEREFORE the Defendant would request the Honorable Court to take note that a corresponding Opposition will be placed promptly before the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 4th day of November 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically

to all counsel of record.

*s/ J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave., San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com

*s/ Thomas N. Lightsey III*
Thomas N. Lightsey III
*By Admission Pro Hac Vice*
Fed. ID: 84829
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. (713)917-0888
Email: tom.lightsey@hfw.com

*s/ Christopher R. Hart*
Christopher R. Hart
*By Admission Pro Hac Vice*
Fed. ID: 12517
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
chris.hart@hfw.com

*s/ Alberto J. Castañer-Padró*
Alberto J. Castañer-Padró
USDC 225706
Castañer & Cía PSC
MAI Center
Marginal Kennedy
771 Calle 1, Ste 204 / San Juan PR 00920
Tel 787 707 0802 Fax 1 888 227 5728
alberto@castanerlaw.com
