**Outlook**

## FW: Pre-Arrival Meeting Gaslog Singapore

**From:** Natallia Lopez <nlopez@pr-mar.com>
**Sent:** Tuesday, March 18, 2025 12:26:34 PM (UTC-04:00) Georgetown, La Paz, Manaus, San Juan
**To:** José Martí Rosario Carpio <jrosario@pr-mar.com>; Zak Ahmed <zahmed@newfortressenergy.com>; wirizarry@newfortressenergy.com <wirizarry@newfortressenergy.com>; Captain Jay Rivera <Jay.Rivera@ribenmarine.com>; Carlos Faris <cfaris@newfortressenergy.com>; Jesse Reijskens <jreijskens@newfortressenergy.com>; request_services@yahoo.com <request_services@yahoo.com>
**Cc:** George Sachpatzidis <gsachpatzidis@gaslogltd.com>; Ioannis Oikonomou <ioikonomou@gaslogltd.com>; Nikolaos Glezakos <nglezakos@gaslogltd.com>; Konstantinos Baklis <kbaklis@gaslogltd.com>; Captain Jay Rivera <ribenmarine@hotmail.com>; Julian Villalon <jvillalon@newfortressenergy.com>; GASLOG SINGAPORE <sin@gaslogserv.com>
**Subject:** Pre-Arrival Meeting Gaslog Singapore
**When:** Wednesday, March 19, 2025 1:30 PM-2:30 PM.
**Where:** SJ Bay Pilots Pilots Office

# Microsoft Teams    Need help?

## Join the meeting now

Meeting ID: 288 907 742 121

Passcode: nh9vb3xe

For organizers: [Meeting options](#)

---