**Outlook**

---

## FW: GASLOG SINGAPORE Entry -AAR (Hot Wash)

---

**From:** Natallia Lopez <nlopez@pr-mar.com>
**Sent:** Wednesday, March 26, 2025 11:40:56 AM (UTC-04:00) Georgetown, La Paz, Manaus, San Juan
**To:** Carlos Faris <cfaris@newfortressenergy.com>; Julian Villalon <jvillalon@newfortressenergy.com>; wirizarry@newfortressenergy.com <wirizarry@newfortressenergy.com>; Zak Ahmed <zahmed@newfortressenergy.com>; Captain Jay Rivera <Jay.Rivera@ribenmarine.com>; José Martí Rosario Carpio <jrosario@pr-mar.com>; jreijskens@newfortressenergy.com <jreijskens@newfortressenergy.com>; capitanmontes@yahoo.com <capitanmontes@yahoo.com>; rinconjake@hotmail.com <rinconjake@hotmail.com>; Maria Lopez <mlopez@pr-mar.com>
**Cc:** PR Terminal Conference Room 1 <PRTerminalConferenceRoom1@newfortressenergy.com>; Captain Jay Rivera <ribenmarine@hotmail.com>; GASLOG SINGAPORE <sin@gaslogserv.com>
**Subject:** GASLOG SINGAPORE Entry -AAR (Hot Wash)
**When:** Thursday, March 27, 2025 4:00 PM-5:00 PM.
**Where:** NFE Terminal Conference Room

Meeting to discuss the M/V Gaslog Singapore entry, gather feedback, and review lessons learned.

Please forward to anyone I may have missed.

---

# Microsoft Teams    [Need help?](Need help?)

## **Join the meeting now**

Meeting ID: 245 591 580 993

---

Passcode: Sb97Cn75

---

For organizers: Meeting options

---