**Outlook**

---

## FW: M/V Gaslog Singapore Pre-departure meeting

---

**From:** Natallia Lopez <nlopez@pr-mar.com>
**Sent:** Sunday, April 13, 2025 5:28:06 PM (UTC-04:00) Georgetown, La Paz, Manaus, San Juan
**To:** Carlos Faris <cfaris@newfortressenergy.com>; Jesse Reijskens <jreijskens@newfortressenergy.com>; Captain Jay Rivera <Jay.Rivera@ribenmarine.com>; request_services@yahoo.com <request_services@yahoo.com>; Julian Villalon <jvillalon@newfortressenergy.com>
**Cc:** sin@gaslogserv.com <sin@gaslogserv.com>; mbudesa@newfortressenergy.com <mbudesa@newfortressenergy.com>; Danar Royal <droyal@newfortressenergy.com>; Mckoy Gordon <mgordon@newfortressenergy.com>; Juan Perez <jperez@newfortressenergy.com>; Alejandro Vazquez <avazquez@newfortressenergy.com>
**Subject:** M/V Gaslog Singapore Pre-departure meeting
**When:** Monday, April 14, 2025 2:00 PM-2:30 PM.
**Where:** Microsoft Teams Meeting

---

# Microsoft Teams    [Need help?](Need help?)

## Join the meeting now

Meeting ID: 291 624 821 951 0

Passcode: 3aw9YT9k

---

For organizers: <u>Meeting options</u>

_____