Outlook

---

## FW: Energos Maria Departure De-Brief

---

**From:** Natallia Lopez <nlopez@pr-mar.com>
**Sent:** Saturday, August 16, 2025 9:27:21 AM (UTC-04:00) Georgetown, La Paz, Manaus, San Juan
**To:** José Martí Rosario Carpio <jrosario@pr-mar.com>; zahmed@newfortressenergy.com <zahmed@newfortressenergy.com>; Asad Imran <aimran@newfortressenergy.com>; Carlos Faris <cfaris@newfortressenergy.com>; Buckley McAllister <buck@mcallistertowing.com>; Robert Hughes <rhughes@mcallistertowing.com>; Cesar Montes <prpilotcmontes@gmail.com>; Danny Montes <capitanmontes@yahoo.com>; Javier Figueroa <javierf@morantug.com>; Ron Droop <rond@morantug.com>; Jaime Santiago <jsantiago@mcallistertowing.com>; Felix Feliciano <ffelicia@mcallistertowing.com>
**Cc:** bbartlett <bbartlett@energosinfra.com>; Michael Mitchell <mmitchell@energosinfra.com>; Patrick Schmidt <pschmidt@energosinfra.com>; Montgomery, Ken <ken.montgomery@stena.com>; 'Mills, Alexander' <alexander.mills@stena.com>; EnergosOps <EnergosOps@energosinfra.com>; Energos Princess, Master <energosprincess@nmm.stena.com>; 'Energos Maria, Master' <energosmaria@nmm.stena.com>; Mel Pinks <mpinks@energosinfra.com>; Daniel Rogers <DRogers@energosinfra.com>; Brett Saltsman <bsaltsman@energosinfra.com>; Surgenor, David <David.Surgenor1@Stena.com>
**Subject:** Energos Maria Departure De-Brief
**When:** Saturday, August 16, 2025 1:00 PM-2:00 PM.
**Where:** Microsoft Teams Meeting

To discuss today's outbound transit & discuss next steps.

---

## Microsoft Teams    [Need help?](#)

## Join the meeting now

Meeting ID: 271 575 193 747 0

Passcode: WH3YX3Tm

_____

For organizers: Meeting options

_____