UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TOMAS BUSTO-ÁLVAREZ ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**NFENERGIA LLC ET AL.,**<br><br>Defendants. | Case No. 3:25-cv-01462 (SCC) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO CEASE NOTICES

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and hereby moves this Court for leave to withdraw as counsel of record in the above-captioned case and in support thereof respectfully STATES:

1. On October 1, 2025, undersigned counsel filed a Motion to Intervene on behalf of Genera PR LLC ("Genera") in this matter (ECF No. 85). This Court denied the Motion by Order entered on October 15, 2025 (ECF No. 129).

2. Because Genera is not a party to this action, undersigned counsel's representation has concluded. Undersigned counsel has notified Genera in writing of both the Court's denial of intervention and this Motion to Withdraw.

3. There are no pending motions, hearings, or matters requiring undersigned counsel's participation in this case. The withdrawal will cause no prejudice to any party and will not delay the proceedings.

4. Local Rule 83D(b) provides that no attorney may withdraw an appearance except by leave of court. Given that Genera is not a party to this action following the denial of intervention

and there are no pending matters requiring undersigned counsel's participation, leave to withdraw is appropriate under the circumstances.

**WHEREFORE,** undersigned counsel respectfully requests that the Court grant leave to withdraw as counsel of record and direct the Clerk of Court to cease all further notices and communications in this matter.

**CERTIFICATE OF SERVICE:** It is hereby certified that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

Dated: November 13, 2025.                    Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**
AON Center, Suite 990
304 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

*s/ Gerardo José Cruz Ortiz*
**Gerardo José Cruz Ortiz**
USDC Bar No. 307011
gcruz@smclawpr.com