IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al | CIVIL NO. 25-cv-1462 (SCC) |
| Plaintiffs, | |
| vs. | |
| NFENERGIA LLC, et al | |
| Defendants | |

**DEFENDANT NFENERGIA'S INFORMATIVE
MOTION TO CLARIFY RECORD**

TO THE HONORABLE COURT:

The Defendant, NFEnergia LLC ("NFE"), through the undersigned attorneys respectfully informs the Court of the following and request the Court take note of the clarification of the record:

During the Status Conference held on December 12, 2025, there was a discussion regarding documents and data held by Seamen's Church Institute and Riben Marine.  NFE has requested certain information from both Seamen's Church and Riben Marine, both of which have declined to provide the information to NFE.

During this discussion, Mr. Colon stated he believed that "Riben Marine is owed money from NFE which is driving this." Transcript of hearing at p.33:4-5. Counsel for NFE, Mr. Lightsey, erroneously stated, "There is an allegation from counsel that Captain Rivera is owed some moneys **for other work, not this work**. That's one of the reasons he says he's holding a no. He said, 'If you pay that, maybe I will talk to you.' " Transcript of hearing at p.34:25 – 35:3 (emphasis added).

Mr. Lightsey was mistaken and wishes to clarify the record: Captain Rivera's counsel *has alleged* that NFE owes Captain Rivera approximately $15,0000 for "work done on the simulation

work." A review of the records by Mr. Lightsey revealed this mistake.  Also, despite requests to Captain Rivera's counsel, as of the filing of this Informative Motion, no invoices or other supporting documents have been provided by Captain Rivera's counsel to support the claim that Captain Rivera is owed approximately $15,000 for work related to the Seamen's Church simulations.

Mr. Lightsey sincerely apologizes to the Court and opposing counsel for this error.

WHEREFORE, the defendant respectfully prays that the Honorable Court take note of the above correction of the record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th  day of  December 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

*s/ J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave., San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com

*s/ Thomas N. Lightsey III*
Thomas N. Lightsey III
*By Admission Pro Hac Vice*
Fed. ID: 84829
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
Email: tom.lightsey@hfw.com

*s/ Christopher R. Hart*
Christopher R. Hart
*By Admission Pro Hac Vice*
Fed. ID: 12517

2

Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
chris.hart@hfw.com


*s/ Alberto J. Castañer-Padró*
Alberto J. Castañer-Padró
USDC 225706
Castañer & Cía PSC
MAI Center
Marginal Kennedy
771 Calle 1, Ste 204 / San Juan PR 00920
Tel 787-707 0802 Fax 1-888-227 5728
alberto@castanerlaw.com