THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM et al., <br><br> Plaintiff <br><br> V. <br><br> NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY et al., <br><br> Defendants | CIVIL NO.:   25-1462 (SCC) |

**MOTION IN COMPLIANCE WITH COURT ORDER AT DOCKET 195**

TO THE HONORABLE COURT:

COME NOW Plaintiffs, through the undersigned attorneys, and in compliance with this Court's order at docket 195, very respectfully state that they have prepared an eight-page narrative explaining what the undersigned was informing to the court at the December 12, 2025 hearing, regarding unexpected changes to documents submitted by NFE to the Coast Guard. The narrative includes screenshots and specific references to different pages in three different exhibits. Because the three exhibits total well over three hundred pages, they will be included in a USB drive that will be attached to the printed narrative (a copy of the narrative will be included in the USB drive as well). An envelope, with the narrative and accompanying USB drive, will be delivered to chambers before noon tomorrow.

WHEREFORE it is respectfully requested that this Honorable Court take note of the above.

In San Juan, Puerto Rico, this 16th day of December, 2025.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

S/ FRANCISCO E. COLÓN-RAMÍREZ
**FRANCISCO E. COLÓN-RAMÍREZ, ESQ.**
Bar No.: 210510
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652/ Fax: (787) 425-4731