IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. JAKE ELMSTROM; CAPT. TOMAS BUSTO; CAPT.CARLOS E. RAMOS; CAPT.KENNETH DÍAZ; CAPT. RICHARD FLYNN; CAPT. CARLOS GUTIÉRREZ, CAPT. PATRICK LÓPEZ<br><br>     Plaintiff,<br><br>        vs.<br><br>NFENERGIA LLC, A NEW FORTRESS ENERGY SUBSIDIARY; PILOTAGE COMMISSION OF PUERTO RICO; ATTORNEY JESSICA ÑECO MORALES, IN HER OFFICIAL CAPACITY AS ACTING PRESIDENT OF THE PILOTAGE COMMISSION<br>     Defendants. | CIVIL NO. 25-cv-1462 |

**DEFENDANT'S MOTION TO REPORT
ON STATUS OF AGREEMENT TO EXTEND STAY**

TO THE HONORABLE COURT:

The Defendant, NFEnergia LLC ("NFE"), through the undersigned attorneys respectfully informs and prays as follows:

In compliance with the Court's Order at Dkt. 195, NFE files this Motion to respectfully inform the Court that an agreement has been reached with Plaintiffs' counsel to extend the stay.

In an email from Plaintiffs' counsel, Mr. Colon, sent to NFE's counsel on December 16, 2025 at 6:33 pm AST, Mr. Colon said:

"I confirm plaintiffs agree as follows:

1. The Stipulation for Interim Measures is extended fourteen days.

2. In the fourteen days, NFE will continue to produce documents.

3. Since the Court has required NFE to prepare a production log and certify under penalty of perjury what it has produced, plaintiffs agree that if NFE includes in its certification under penalty of perjury that it has produced everything, then the Stipulation for Interim Measures shall be extended up to and including February 15, 2026."

A copy of Mr. Colon's email is attached to this Motion as Exhibit 1.

NFE agrees to this extension of the Stay and the Stipulation on Interim Measures for 14 days recited in point 1 of Mr. Colon's email and agrees with point 2 of Mr. Colon's email, but NFE adds the following comment regarding point 3 of Mr. Colon's email.  Since point 3 does not clearly state what is "everything" that NFE has and will produce, NFE intends for counsel for the parties to engage in good faith discussions to confirm that the WSA and ERP materials required by the experts, Captain Bordas and Mr. Burkley, have been produced within the 14 days contemplated, thus by December 30, 2025.

**WHEREFORE**, the defendant NFE respectfully prays that the Honorable Court takes notice of this agreement and enter an Order confirming that the stay and the Stipulation on Interim Measures is extended for 14 days through December 30, 2025, and will be further extended up to and including February 15, 2026 upon filing of a confirmation that the WSA and ERP materials required by the experts, Captain Bordas and Mr. Burkley, have been produced.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 16th day of December 2025.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

*s/ Christopher R. Hart*
Christopher R. Hart
*By Admission Pro Hac Vice*
Fed. ID: 12517
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
chris.hart@hfw.com

*s/ Thomas N. Lightsey III*
Thomas N. Lightsey III
*By Admission Pro Hac Vice*
Fed. ID: 84829
Holman Fenwick Willan USA LLP
3040 Post Oak Blvd.
Floor 18, Suite 129, Houston, Texas 77056
Tel. 713-917-0888
Email: tom.lightsey@hfw.com

*s/ J. Ramón Rivera-Morales*
J. Ramón Rivera-Morales
USDC-PR 200701
Midtown Building 4th Floor
420 Ponce de León Ave., San Juan, PR 00918
Tel. 787-510-8090
email: rrivera@jgl.com

*s/ Alberto J. Castañer-Padró*
Alberto J. Castañer-Padró
USDC 225706
Castañer & Cía PSC
MAI Center
Marginal Kennedy
771 Calle 1, Ste 204 / San Juan PR 00920
Tel 787-707 0802 Fax 1-888-227 5728
alberto@castanerlaw.com

3