## Ramon Rivera

| | |
|---|---|
| **From:** | Francisco E. Colon <fecolon@colonramirez.com> |
| **Sent:** | Tuesday, December 16, 2025 6:32 PM |
| **To:** | Tom Lightsey |
| **Cc:** | Chris Hart; Ramon Rivera; Miguel Nazario; Giancarlo Font-Garcia (Gfont@drcprlaw.com); Luis Pavia |
| **Subject:** | SJBP v. NFE |

Tom-

I spoke with the pilots. I confirm plaintiffs agree as follows:

1. The Stipulation for Interim Measures is extended fourteen days.
2. In the fourteen days, NFE will continue to produce documents.
3. Since the Court has required NFE to prepare a production log and certify under penalty of perjury what it has produced, plaintiffs agree that if NFE includes in its certification under penalty of perjury that it has produced everything, then the Stipulation for Interim Measures shall be extended up to and including February 15, 2026.

Kind regards,

Francisco



**Francisco E. Colón-Ramírez**
Direct: 787-425-4652

**Colón Ramírez LLC**

Street: Ave. Ponce de Léon Ave.
VIG Tower Suite 1503
San Juan, PR 00907
Postal: PO Box 361920
San Juan, PR 00936-1920
Tel. 888-223-2364
Fax: 787-425-4731

**CONFIDENTIALITY:** This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.