**Francisco E. Colon**

**From:**
**Sent:**
**To:**
**Subject:**

---------- Forwarded message ---------
From: **Thomas, Rachel E LCDR USCG SEC SAN JUAN (USA)** <Rachel.E.Thomas@uscg.mil>
Date: Sat, Apr 18, 2026 at 12:16
Subject: RE: [Non-DoD Source] Re: FW: Borrador Medida Practicaje
To: cramos@sanjuanbaypilots.com <cramos@sanjuanbaypilots.com>
CC: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, Collazo, Alejandro M CDR USCG SEC SAN JUAN (USA) <Alejandro.M.Collazo@uscg.mil>

Good afternoon Carlos,

Discussing on Monday the 20th sounds good, we are available to meet at 12:30.  We're happy to meet at the Pilot Station or host you here at Sector, assuming the time works for you, please let us know which location prefer.

I don't have the calendar invite, but I believe the meetings will be biweekly which would put the next meeting on this Friday the 24th.

Best,
Rachel

From: Carlos Ramos <cramos@sanjuanbaypilots.com>
Sent: Friday, April 17, 2026 5:38 PM
To: Thomas, Rachel E LCDR USCG SEC SAN JUAN (USA) <Rachel.E.Thomas@uscg.mil>
Cc: Jessica Ñeco Morales <JNeco@prpa.pr.gov>; Javier Figueroa <javierf@morantug.com>; Collazo, Alejandro M CDR

1

USCG SEC SAN JUAN (USA) <Alejandro.M.Collazo@uscg.mil>
**Subject:** [Non-DoD Source] Re: FW: Borrador Medida Practicaje

Hi Rachel,

Thank you for your message, which frankly caught me by surprise. Despite the draft bill's significant implications on pilotage and its apparent dismantling of the Pilotage Commission, neither Ms. Ñeco nor anyone else at the Commission ever informed me there was a draft bill in the works. Likewise I was never notified there was a meeting with the Coast Guard or anyone else to discuss the draft bill, nor am I aware of any future meetings to discuss said draft bill.

Kindly let me know when the next meeting is programmed, and to the extent you would like to meet with me before the next meeting, I am available as early as next Monday April 20, 2026, at any time you are.

Sincerely,

Capt. Carlos Ramos

Commissioner

On Fri, Apr 17, 2026 at 16:05 Thomas, Rachel E LCDR USCG SEC SAN JUAN (USA) <Rachel.E.Thomas@uscg.mil> wrote:

Good afternoon Carlos,

When is the commission meeting to discuss the attached draft Law? Javier and Jessica were present in the meeting, but we would like to sit down with all the commissioners to discuss before the next meeting.

Best,

Rachel

LCDR Rachel Thomas

Waterways Management Division Chief

USCG Sector San Juan

(571)613-1417

---

**From:** Jessica Ñeco Morales <JNeco@prpa.pr.gov>
**Sent:** Friday, April 10, 2026 10:52 AM
**To:** Collazo, Alejandro M CDR USCG SEC SAN JUAN (USA) <Alejandro.M.Collazo@uscg.mil>; Thomas, Rachel E LCDR USCG SEC SAN JUAN (USA) <Rachel.E.Thomas@uscg.mil>; Javier Figueroa <javierf@morantug.com>; hfayalajr@ayacol.com; epagan@totemaritime.com; CLARIVETTE <clarivetted@sanjuancruiseport.com>; capitanmontes@yahoo.com; cmontes1428@yahoo.com
**Cc:** Abimael Hilerio Mendez <AHilerio@prpa.pr.gov>; Norberto Negron Diaz <NNegron@prpa.pr.gov>; Mariana Del Mar Colon Donate <mdelmar@prpa.pr.gov>
**Subject:** [Non-DoD Source] Borrador Medida Practicaje

10 de abril de 2026

Saludos,

Según acordado durante la reunión de esta mañana, se incluye el borrador de la pieza legislativa relacionada a la Comisión de Practicaje y *Harbor Master*.

Cordialmente,

**Lcda. Jessica Ñeco Morales**
COORDINADORA EJECUTIVA
Oficina del Director Ejecutivo

✉ jneco@prpa.pr.gov
☎ 787-729-8715, Ext.: 2243
🌐 www.prpa.pr.gov



AUTORIDAD DE LO
PUERTOS

GOBIERNO DE PUERTO RICO