## Francisco E. Colon

| | |
|---|---|
| **From:** | Francisco E. Colon |
| **Sent:** | Wednesday, May 13, 2026 5:48 PM |
| **To:** | Tom Lightsey |
| **Cc:** | Giancarlo Font-Garcia; Miguel Nazario; Luis Pavia; Ramon Rivera; alberto@castanerlaw.com; Chris Hart |
| **Subject:** | RE: VDR Data & Simulations [IMAN-EMEA.FID2044434] |

Hi Tom.

I am following up on the request for the VDR data that I requested yesterday. Separately, regarding the simulations, I had promised I would revert back to you later today, and hereby do so.

Regarding the simulations, I will start by what you have specifically requested: the attendees. The court order provided that the attendees would be discussed and agreed to between the experts. I have been informed that Captain Bordas is proposing having representatives from McAllister and Moran at the simulations, as well as representatives from Puerto Rico Maritime. This is concerning because it would be a direct violation of the Court's order at docket 226.

Separately, subsequent to the Court order, on February 20, 2026, I sent Simulation-Based Research Guidelines, and in my e-mail I set forth conditions for the participation of the pilots. Among other things, these included scheduling simulations only after there was an agreed-to simulations matrix, and the having the pilots conduct the simulation runs. These conditions and other concerns were communicated by Mr. Burkley to Captain Bordas on April 27, 2026. These conditions and concerns have not been resolved.  We again seem to be heading towards an exercise that is not designed to determine the safe operational envelope of LNG vessel movements, but rather, is solely intended to back NFE's desire to use cheaper tugs whose performance is inferior compared to the four 80 metric-ton bollard pull escort rated tugs that NFE had agreed to provide for LNG vessel movements, and which in fact it did provide for months. Such an exercise is legally invalid, even putting aside the Court order and the communicated conditions, and the pilots will not participate in such an exercise.

We are prepared to press onward with litigation (although I personally would recommend to my clients that the stipulation of interim measures continue to be extended until a final judgment is issued).

Reverting back to the VDR data, kindly advise whether plaintiffs need to request the data via court order.

Sincerely,

Francisco



**Francisco E. Colón-Ramírez**
Direct: 787-425-4652

**Colón Ramírez LLC**

Street: Ave. Ponce de Léon Ave.
VIG Tower Suite 1503
San Juan, PR 00907
Postal: PO Box 361920
San Juan, PR 00936-1920
Tel. 888-223-2364
Fax: 787-425-4731

**CONFIDENTIALITY:** This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If you are not the intended recipient or are a different recipient, please notify the sender immediately and delete this email and any attachments.

**From:** Francisco E. Colon
**Sent:** Wednesday, May 13, 2026 6:55 AM
**To:** Tom Lightsey <tom.lightsey@hfw.com>
**Cc:** Giancarlo Font-Garcia <Gfont@drcprlaw.com>; Miguel Nazario <man@nblawpr.com>; Luis Pavia <pavialaw@gmail.com>; Ramon Rivera <rrivera@jgl.com>; alberto@castanerlaw.com; Chris Hart <chris.hart@hfw.com>
**Subject:** Re: VDR Data & Simulations [IMAN-EMEA.FID2044434]

Tom- I want the VDR data because the entry of the Energos Maria was not performed by a pilot licensed to provide pilotage services in the San Juan Bay. The VDR data recorded will prove it.

As for the simulations I will rever back later today.

Sent from my iPhone

On May 12, 2026, at 5:57 PM, Tom Lightsey <tom.lightsey@hfw.com> wrote:

Hi, Francisco –

Thank you for your email this morning concerning the VDR data. NFE complied with the order regarding preserving the VDR data. Please let me know for what purpose and on what basis Plaintiffs request a copy of it and whether the data is for use in our case. In the meantime, I will check on the data per your request.

On another subject, as you know the HAZID and simulations are currently scheduled at HR Wallingford for May 25 – 29. Consistent with the Court's order, NFE has left the planning for the simulations to the parties' respective experts, Captain Bordas and Mr. Burkley. We understand these dates and plans were agreed upon by Mr. Burkley and Captain Bordas, and that HR Wallingford reserved these dates despite the fact that those dates include a British holiday.

HR Wallingford needs a complete list of attendees for the simulations. As you may recall, Captain Bordas and Mr. Burkley are to draw up and agree upon the attendee list well in advance of the simulations. I understand Captain Bordas has asked multiple times for Mr. Burkley to provide the list of the SJBC pilots, and others, who will be attending on behalf of Plaintiffs. According to Captain Bordas, however, despite his and HRW's multiple requests Mr. Burkley has been unable to provide a list of who will be attending the simulations from the Plaintiffs' side.

So that HR Wallingford can appropriately prepare for the simulations agreed to by the experts, please direct Mr. Burkley to provide HRW and Captain Bordas with Plaintiffs' list of attendees no later than the close of business tomorrow, May 13. I very much appreciate your assistance in this matter.

Please feel free to call me if you have any questions. My cell is 713-628-3612.

Tom Lightsey
Of Counsel

‾

**D** +1 713 706 1952 | **M** +1 (713) 628 3612
**E** tom.lightsey@hfw.com

HFW, 3040 Post Oak Blvd, Fl 18, Suite 129, Houston, 77056
**T** +1 (713) 917-0888 | **F** +1 (713) 953-9470 | hfw.com | ‾

‾

_Update your preferences_ to ensure you receive legal updates and communications that are relevant to you.

---

**From:** Francisco E. Colon <fecolon@colonramirez.com>
**Sent:** Tuesday, May 12, 2026 10:35 AM
**To:** Tom Lightsey <tom.lightsey@hfw.com>; Giancarlo Font-Garcia <gfont@drcprlaw.com>; Miguel Nazario <man@nblawpr.com>; Luis Pavia <pavialaw@gmail.com>
**Cc:** Ramon Rivera <rrivera@jgl.com>; alberto@castanerlaw.com; Chris Hart <chris.hart@hfw.com>
**Subject:** [EXTERNAL] RE: HRW Simulations [IMAN-EMEA.FID2044434]

Good morning Tom. Kindly advise if NFE is willing to obtain and provide to plaintiffs a copy of the VDR data from the Energos Maria that the Court ordered be preserved. In the event NFE is not, we will make our request to the Court.

Kind regards,

Francisco

<image002.png>

**CONFIDENTIALITY:** This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If you are not the intended recipient or are a different recipient, please notify the sender immediately and delete this email and any attachments.

HFW is Holman Fenwick Willan USA LLP, which is a limited liability partnership registered in England and Wales (with registered number OC412721) and is authorised and regulated by the Solicitors Regulation Authority, with registered number 632257. A list of members' names is open to inspection at the registered office, 8 Bishopsgate, London EC2N 4BQ.

This e-mail (including all attachments) is intended for the named addressee. It is confidential and may be privileged. If you have received it in error, please contact us immediately and then delete it. You should not disclose its contents to any other person. For more information on how we may process your personal data, please read our Privacy Notice.

**Our bank account details will be provided to you when necessary, and you will be informed by letter if these change. Please do not reply to or act upon any email you receive purporting to advise you that our bank account details have changed and if you do receive any such communication, please telephone us and speak to your contact at our office. We will also require independent verification of changes to any account to which we are asked to send money.**

This message has been scanned for viruses by Mimecast.

**Americas  |  Europe  |  Middle East  |  Asia Pacific**

Please consider your environmental responsibility before printing this email.