**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al. | CIVIL NO.  25-CV-01462 (SCC) |
| PLAINTIFFS, | RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY |
| v. | |
| NFENERGIA LLC, et al., | |
| DEFENDANTS. | |

**MOTION SUBMITTING CERTIFIED TRANSLATIONS**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President" or "Attorney Ñeco Morales"), (collectively, the "Defendants"), through the undersigned counsels, and respectfully file this Motion. In support thereof, Defendants show unto the Court as follows:

1. On May 10, 2026, appearing Defendants filed the "Commission's Position Regarding Motion Requesting Hearing and to Order Jessica Ñeco To Show Cause Why She Should not be Held In Contempt". *Docket No. 243.*

2. The motion was accompanied by Exhibits that were submitted in their original Spanish version.

3. Defendants respectfully request the Court to substitute the Exhibits submitted in Spanish by the Certified Translations of Exhibits 1 to 26[1] attached to this motion.

---

[1] Exhibits 5 and 8 where translated and produced by Plaintiffs in a USB alongside various documents during the May 11, 2026 hearing.

WHEREFORE, Defendants respectfully request the Court to substitute the Exhibits submitted in Spanish by the Certified Translations of Exhibits 1 to 26 attached to this motion.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico this 3rd day of June of 2026.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**MANUEL PORRO VIZCARRA**
**LAW OFFICES**
382 Ave. Escorial
Urb. Caparra Heights
San Juan, PR 00920
Telephone 787-774-8200
Facsimile 787-774-8297


**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com

2