Certified Translation MC-2026-072
Page 1 of 4

**Sunday, May 10, 2026 at 3:10:02 PM Atlantic Standard Time**

---

**Subject:** Re:TRAVEL EXPENSE REIMBURSEMENT - LNG SPAIN SIMULATION

**Date:** Tuesday, October 21, 2025 at 1:18:45 PM Atlantic Standard Time

**From:** Carlos Ramos <cramos@sanjuanbaypilots.com>

**To:** Javier Figueroa <javierf@morantug.com>

**CC:** Diana Rivera <compracticaje@prtc.net>, jneco@prpa.pr.gov <jneco@prpa.pr.gov>, rafa@toro-arsuaga.com <rafa@toro-arsuaga.com>

Agreed.

C. Ramos

On Tue, Oct 21, 2025 at 13:06 Javier Figueroa <javierf@morantug.com> wrote:

> Hello Diana,
>
> I suggest that you proceed with such a refund directly with New Fortress.
>
> Javier
>
> -----Original Message-----
> From: Diana Rivera <compracticaje@prtc.net>
> Sent: Tuesday, October 21, 2025 10:51 AM
> To: jneco@prpa.pr.gov; cramos@sanjuanbaypilots.com; Javier Figueroa <javierf@morantug.com>
> Cc: rafa@toro-arsuaga.com
> Subject: TRAVEL EXPENSE REIMBURSEMENT - LNG SIMULATION SPAIN
>
> Good morning,
>
> Captain D. Montes contacted to follow up on the process of requesting reimbursement of travel expenses to Spain for the LNG simulations.
> Previously, it had been instructed to submit the request for reimbursement to the trust so that it could attend and process the reimbursement.
> I understand that after said instruction, the position changed to that they submit said request for reimbursement directly with the entity that invited them.
> Please provide final instructions for the pilots to proceed with their refund request.
>
>
> Diana E. Rivera Vélez
> Puerto Rico Pilotage Commission
> Email: compracticaje@prtc.net
> Tel: 787-723-1982 Fax: 787-723-2179
>
> CONFIDENTIALITY NOTICE:
> This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others is strictly prohibited. If you are

not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

-----Original Message-----
From: Diana Rivera <compracticaje@prtc.net>
Sent: Friday, October 3, 2025 2:04 PM
To: CAPT. DANIEL MONTES (capitanmontes@yahoo.com) <capitanmontes@yahoo.com>
Cc: 'jneco@prpa.pr.gov' <jneco@prpa.pr.gov>; 'Javier Figueroa' <javierf@morantug.com>; 'cramos@sanjuanbaypilots.com' <cramos@sanjuanbaypilots.com>; 'Rafael A. Toro Arsuaga' <rafa@toro-arsuaga.com>
Subject: FW: Receipts - flight and hotel

Dear Captain Montes,

Please submit all requests for reimbursement of travel expenses related to the simulations held in Spain from August 25 to 29, 2025, to the San Juan Operating Trust (SJBPTF) so that the trust can initiate the appropriate procedures and process the reimbursement.

For your convenience, I attach the email of the SJBPTF trustees recently appointed by the Shippers' Association and the Ports Authority.

The designated trustees are:
. Gilberto Pagán - gilberto.pagan@flexitank.com
. Enrique Figueroa - efigueroa@totemaritime.com
. Astrid M. Rivera Díaz - amrivera@asg.pr.gov

Please copy to the Commission the request for reimbursement that you submit to the trust.

We are at your service.

Diana E. Rivera Vélez
Puerto Rico Pilotage Commission
Email: compracticaje@prtc.net
Tel: 787-723-1982 Fax: 787-723-2179

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

Certified Translation MC-2026-072
Page 3 of 4

-----Original Message-----
From: daniel montes <capitanmontes@yahoo.com>
Sent: Friday, August 22, 2025 9:55 AM
To: Diana Rivera <compracticaje@prtc.net>
Subject:Receipts - flight and hotel

Good morning;
I'm sending the flight receipt and the hotel. I will later send the travel and perdiem expenses.
Thank you, nice day.
Danny Montes

**No. <u>2026-072</u>  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Four (4) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.

**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com