**Wednesday, May 6, 2026 at 2:45:10 PM Atlantic Standard Time**

---

**Subject:** Re: CALL TO SPECIAL MEETING RATIFICATIONS ACCORDING TO AGREEMENT

**Date:** Thursday, October 16, 2025 at 11:17:55 AM Atlantic Standard Time

**From:** Carlos Ramos <cramos@sanjuanbaypilots.com>

**To:** Rafael A. Toro Arsuaga <rafa@toro-arsuaga.com>

**CC:** Diana Rivera <compracticaje@prtc.net>, jneco@prpa.pr.gov <jneco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, DIANA RIVERA <drivera0622@gmail.com>

Regards; Available @ 2:45.

However, please correct the letter to reflect the correct date of September 8 and its contents.

C. Ramos

On Thu, Oct 16, 2025 at 11:03 AM Rafael A. Toro Arsuaga <rafa@toro-arsuaga.com> wrote:

Regards,

Please confirm your availability for 2:45pm by zoom. Diana will send the invitation shortly.

Thank you for your prompt attention to this matter.

RTA

Sent from my iPhone

On Oct 15, 2025, at 3:35 PM, Diana Rivera <compracticaje@prtc.net> wrote:

To the Commissioners of the Puerto Rico Pilotage Commission:

You are hereby called Special Meeting of the Puerto Rico Pilotage Commission, to be held tomorrow, Wednesday, October 16, 2025, in the afternoon, through the Zoom platform, according to the availability of the Commissioners.

**Subject: Ratifications according to Agreement**

By virtue of the agreement signed in the Federal Court for the District of Puerto Rico, the PRPC intends to resolve the following:

1. Ratify a letter to withdraw and rescind the letter dated August 15 ("Cease and Desist Order").
2. Ratify a letter to withdraw and rescind Resolution 2026-001 of the PRPC.
3. Ratify a letter to withdraw and rescind the letter dated September 8, 2025 ("Service to LNG Vessels").

This call is issued under the provisions of Act No. 226-1999 and Act No. 38-2017 (LPAU).

No other matters other than those expressly indicated in this notice will be addressed.

Please confirm receipt of this email.

Sincerely,

Capt. Javier Figueroa

<Letter - Service to LNG Vessels Withdrawal.pdf>
<Letter - Resolution 2026-001 Withdrawal (rev).pdf>
<Letter - Cease and Desist Withdrawal (002)rev.pdf>

**No. <u>2026-073</u>  TRANSLATOR'S CERTIFICATE OF ACCURACY**

        I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Four (4) Pages, including this certification page, and does not contain changes or erasures.

        In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.


**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com