**Wednesday, May 6, 2026 at 3:01:19 PM Atlantic Standard Time**

| | |
|---|---|
| **Subject:** | Re:PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE |
| **Date:** | Monday, January 26, 2026 at 12:25:05 PM Atlantic Standard Time |
| **From:** | Carlos Ramos <cramos@sanjuanbaypilots.com> |
| **To:** | Taileen Negron <lcda.negron@yahoo.com> |
| **CC:** | Diana Rivera <compracticaje@prtc.net>, Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com> |
| **Attachments:** | image001.png, image005.jpg, image006.jpg, image008.jpg, image004.jpg, image007.jpg, image003.jpg, image009.jpg, image002.png |

Good morning,

I don't believe I've seen the policy; I'd appreciate it if it could be forwarded to me. However, I recognize the importance of the coverage.

C. Ramos

On Mon, Jan 26, 2026 at 12:18 Taileen Negron <lcda.negron@yahoo.com> wrote:

Hello,
I have no objection to the information.

Lcda.Taileen Negrón Rivera

On Tuesday, January 13, 2026, 12:46 PM, Diana Rivera <**compracticaje@prtc.net**> wrote:

**From:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Sent:** Tuesday, January 13, 2026 11:41 AM
**To:** Diana Rivera <compracticaje@prtc.net>
**Cc:** 'Ivette Caraballo Rodriguez' <ivette.caraballo@hacienda.pr.gov>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** RE: PUERTO RICO PILOTAGE COMMISSION-- QUOTE POLICIES 2024 & 2025

It seems to me that, in this case, since the policies are being renewed at a lower cost, or at the same cost in the case of the Umbrella policy, the decision shouldn't require much analysis and should be an easy one.

In any case, Public Insurance requires us to get your approval so they can then act in accordance with your decision.

Perhaps by forwarding copies of these emails to the Commissioners, they can

let you know whether they agree or not.

See you tomorrow.

Luis Rodriguez Santana

President



I Capital Center Bldg., Suite 501

239 Arterial Hostos Avenue

San Juan, PR 00918-1478

Tel: (787) 751-7610 | Fax: (787) 763-2810

Email: luis@vyrmailpr.com | Web: www.vidalrodriguez.com

-

**IMPORTANT NOTICE ABOUT FRAUD AND PHISHING ATTACKS**: If you receive an email that appears to come from us which indicates a change of bank details, it is unlikely to be genuine. Vidal & Rodriguez, Inc.'s bank account details WILL NOT change during the course of a transaction and we WILL NOT notify you of bank details in the body of an email. If you are ever unsure about the validity of account details provided you are advised to verify the details before you transfer any monies to us. Do not reply an email appearing to come from us advising of a change to bank details or act on any information contained within the email. Please contact us immediately if this happens. We accept no responsibility for monies transferred into an incorrect account.

**From:** Diana Rivera <compracticaje@prtc.net>
**Sent:** Tuesday, January 13, 2026 11:35 AM
**To:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Cc:** 'Ivette Caraballo Rodriguez' <ivette.caraballo@hacienda.pr.gov>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** RE: PUERTO RICO PILOTAGE COMMISSION—2024 POLICIES AND 2025 QUOTE

Confirmed.

As I mentioned, the Commissioners are the ones who can make decisions regarding the policies, so if you wish, we can schedule a meeting with them at a later time.

Diana E. Rivera Vélez

Puerto Rico Pilotage Commission

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

**CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited.** If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

---

**From:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Sent:** Tuesday, January 13, 2026 11:12 AM
**To:** Diana Rivera <compracticaje@prtc.net>
**Cc:** 'Ivette Caraballo Rodriguez' <ivette.caraballo@hacienda.pr.gov>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** RE: PUERTO RICO PILOTAGE COMMISSION—2024 POLICIES AND 2025 QUOTATION

You don't need to fill out the questionnaire I sent you, since you already sent me the one that had been filled out.

Please let us know as soon as the Commissioners approve the renewal proposal.

See you tomorrow at 2:00 p.m.

Best regards,


Luis Rodríguez Santana

President




I Capital Center Bldg., Suite 501

239 Arterial Hostos Avenue

San Juan, PR 00918-1478

Tel: (787) 751-7610 | Fax: (787) 763-2810

Email: luis@vyrmailpr.com | Web: www.vidalrodriguez.com

-

**IMPORTANT NOTICE ABOUT FRAUD AND PHISHING ATTACKS**: If you receive an email that appears to come from us which indicates a change of bank details, it is unlikely to be genuine. Vidal & Rodriguez, Inc.'s bank account details WILL NOT change during the course of a transaction and we WILL NOT notify you of bank details in the body of an email. If you are ever unsure about the validity of account details provided you are advised to verify the details before you transfer any monies to us. Do not reply an email appearing to come from us advising of a change to bank details or act on any information contained within the email. Please contact us immediately if this happens. We accept no responsibility for monies transferred into an incorrect account.

---

**From:** Diana Rivera <compracticaje@prtc.net>
**Sent:** Tuesday, January 13, 2026 10:51 AM
**To:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Cc:** 'Ivette Caraballo Rodriguez' <ivette.caraballo@hacienda.pr.gov>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** RE: PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE


Good morning Mr. Rodríguez,


The Commissioners are the ones who authorize the award.

I attach copy of their previous email for your approval.

Certified Translation MC-2026-082
Page 5 of 13

As for the form, if we can meet tomorrow, we will work on it.


Thank you very much,


Diana E. Rivera Vélez

Puerto Rico Pilotage Commission

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179


**CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited**. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

---

**From:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Sent:** Tuesday, January 13, 2026 10:46 AM
**To:** Diana Rivera <compracticaje@prtc.net>
**Cc:** Ivette Caraballo Rodriguez <ivette.caraballo@hacienda.pr.gov>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** FW: PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE

Dear Mrs. Rivera,

This morning I sent this email to you and to Public Insurance.


Public Insurance needs your approval to award the renewal of these policies.

The premium for the Package policy has been reduced from $1,767 last year to $1,627 this year. The umbrella policy remains the same at $802.

Please let us know if we have your approval so we can inform Public Insurance.

It is also urgent that you complete the attached questionnaire and provide a recent financial statement from the Pilotage Commission.

Please let me know when I can stop by to see you.

Thank you,

Luis Rodriguez Santana

President



I Capital Center Bldg., Suite 501

239 Arterial Hostos Avenue

San Juan, PR 00918-1478

Tel: (787) 751-7610 | Fax: (787) 763-2810

Email: luis@vyrmailpr.com | Web: www.vidalrodriguez.com

-

Certified Translation MC-2026-082
Page 7 of 13

**IMPORTANT NOTICE ABOUT FRAUD AND PHISHING ATTACKS**: If you receive an email that appears to come from us which indicates a change of bank details, it is unlikely to be genuine. Vidal & Rodriguez, Inc.'s bank account details WILL NOT change during the course of a transaction and we WILL NOT notify you of bank details in the body of an email. If you are ever unsure about the validity of account details provided you are advised to verify the details before you transfer any monies to us. Do not reply an email appearing to come from us advising of a change to bank details or act on any information contained within the email. Please contact us immediately if this happens. We accept no responsibility for monies transferred into an incorrect account.

**From:** Luis Rodriguez-Santana
**Sent:** Tuesday, January 13, 2026 10:14 AM
**To:** 'rafael.santiago@hacienda.pr.gov' <rafael.santiago@hacienda.pr.gov>; Ivette Caraballo Rodriguez <ivette.caraballo@hacienda.pr.gov>; Diana Rivera <compracticaje@prtc.net>
**Cc:** 'carmen.felicier@hacienda.pr.gov' <carmen.felicier@hacienda.pr.gov>; Eduardo Sierra <eduardo@vyrmailpr.com>; Luis Rodriguez-Velez <lrv@vyrmailpr.com>; Esther Del Rio <esther@vyrmailpr.com>
**Subject:** RE: PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE

Good morning.

Mapfre finally granted us what we had requested and we have just been informed that they have reduced the renewal premium of the Package policy that renewed on 2-26-25.

Thus, the renewal premium for the Package and the Umbrella are as follows:

**New Premium Package $1,622 + 5 = $1,627**

**Umbrella- Premium: $800 + 2 = $802**

We urgently need Ms. Diana Rivera and Public Insurance to give us their approval and their award letter so we can proceed with the renewal of both policies.

As for the Directors & Officers policy, which was also set to expire on the same date, 12/26/25, we secured a 30-day extension that ends on January 26. Ms. Rivera must return the attached questionnaire to us so that we can obtain the renewal premium and submit it to you for your approval and award.

We look forward to your instructions.

Sincerely,

Luis Rodriguez-Santana

President

Vidal & Rodriguez, Inc.

Capital Center Bldg. Suite 501

239 Arterial Hostos

San Juan, PR 00918

(787) 751-7610

---

**From:** Luis Rodriguez-Santana
**Sent:** Friday, December 26, 2025 3:37 PM
**To:** rafael.santiago@hacienda.pr.gov
**Cc:** carmen.felicier@hacienda.pr.gov; Eduardo Sierra <eduardo@vyrmailpr.com>; Luis Rodriguez-Velez <lrv@vyrmailpr.com>
**Subject:** FW: PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE

Dear Rafael,

　　　　We have been informed that the renewal quote of the Package with Mapfre would amount to $1,762 for the policy year 12-26-25 to 12-26-26. One Alliance had quoted n$1,622 for the same coverage. We are trying to get Mapfre to improve its initial offer, but even if it is not possible to lower it, the difference is only $140 per year, so we are inclined to leave this coverage with Mapfre.

As for the Umbrella policy, both One Alliance and Mapfre have quoted $800, which is the same premium as last year.

We request your approval to keep these two policies with Mapfre and request the renewal of both coverages.

Regarding the D&O policy, we secured an extension of coverage pending receipt of the renewal terms.

We look forward to your instructions.

Sincerely,

Luis Rodriguez Santana

President



I Capital Center Bldg., Suite 501

239 Arterial Hostos Avenue

San Juan, PR 00918-1478

Tel: (787) 751-7610 | Fax: (787) 763-2810

Email: luis@vyrmailpr.com | Web: www.vidalrodriguez.com

-

**IMPORTANT NOTICE ABOUT FRAUD AND PHISHING ATTACKS**: If you receive an email that appears to come from us which indicates a change of bank details, it is unlikely to be genuine. Vidal & Rodriguez, Inc.'s bank account details WILL NOT change during the course of a transaction and we WILL NOT notify you of bank details in the body of an email. If you are ever unsure about the validity of account details provided you are advised to verify the details before you transfer any monies to us. Do not reply an email appearing to come from us advising of a change to bank details or act on any information contained within the email. Please contact us immediately if this happens. We accept no responsibility for monies transferred into an incorrect account.

**From:** Gloria Ricard-Aponte <gricard@jjinsurancepr.com>
**Sent:** Friday, December 26, 2025 2:11 PM
**To:** Luis Rodriguez-Santana <luis@vyrmailpr.com>
**Cc:** Luis Rodriguez-Velez <lrv@vyrmailpr.com>; Anabelle Reyes-Roman <areyes@jjinsurancepr.com>
**Subject:** PUERTO RICO PILOTAGE COMMISSION-- 2024 POLICIES & 2025 QUOTE

Good afternoon and Happy Holidays!

Attached is a copy of the 2024 Package and Umbrella policies with Mapfre.

We are also sending you Mapfre's quote for 2025:

**Package – Premium: $1,762 + 5 = $1,767**

**Umbrella- Premium: $800 + 2 = $802**

Please send us the award letter as soon as possible, as there is a document preparation process.

Mapfre is currently providing you with a binder so you can send the issuance order. The policy has a 90-day waiting period before payment is due.

Best regards,

**Gloria Ricard Aponte, CIC, CISR, AIS**

*Underwriting Supervisor*

Tel. +1 787.728.5555 | Fax. +1 787.728.8453

Certified Translation MC-2026-082
Page 11 of 13



www.JJInsurancepr.com

PO Box 195357 San Juan, PR 00919

J. JARAMILLO INSURANCE, INC. provides premium financing through J. JARAMILLO FINANCE.   Contact Us!

[?][?][?]Please consider the environment before printing this email! Privacy Policy.

---

**From:** Ortiz Villalba, Alma <alortiz@mapfrepr.com>
**Sent:** Friday, December 26, 2025 12:42 PM
**To:** Gloria Ricard-Aponte <gricard@jjinsurancepr.com>
**Subject:** FW: PILOTAGE COMMISSION

Attached is a copy of the previous policies.

I am also including a renewal quote for the Package coverage.

**Policy number assigned for the Umbrella: CLX 53212**

**Limit $1,000,000**

**Premium $800 + 2 = $802**

If awarded, please send the Award Letter and commission confirmation.

Best regards,

Certified Translation MC-2026-082
Page 12 of 13

**Ortiz Villalba, Alma**
**Underwriter Senior**
**Technical Und Cl Branches Iv**
T 787.250.5262  C 787.413.7772
alortiz@mapfrepr.com | www.mapfre.pr





Cuidamos lo que te importa



**CAUTION:** This email originated from a sender outside of the Vidal & Rodriguez Insurance Brokers mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from a sender outside of the Vidal & Rodriguez Insurance Brokers mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from a sender outside of the Vidal & Rodriguez Insurance Brokers mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

**No. 2026-082  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Thirteen (13) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.

**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com