**Wednesday, May 6, 2026 at 3:01:57 PM Atlantic Standard Time**

**Subject:** Re: FW: Letter - Barge Incident Feb. 9, 2026
**Date:** Tuesday, February 10, 2026 at 1:54:50 PM Atlantic Standard Time
**From:** Carlos Ramos <cramos@sanjuanbaypilots.com>
**To:** Diana Rivera <compracticaje@prtc.net>
**CC:** Javier Figueroa <javierf@morantug.com>, lcda.negron@yahoo.com <lcda.negron@yahoo.com>, Jessica Ñeco Morales <jneco@prpa.pr.gov>

Good afternoon,

The official translation of the law is available on the CPPR website, which states:

*Each collision, grounding, stranding, or other accident in which a vessel on which a licensed pilot or apprentice pilot of Puerto Rico was involved, must be reported by the pilot to the Office of the Commission immediately. In addition, the pilot shall submit a written report to the Commission in the prescribed form and manner within forty-eight (48) hours of the incident. Nevertheless, any maritime incident that involves spillages of oil or other combustible material, evident environmental pollution, significant physical injuries, or death, shall be reported to the Commission and to all pertinent authorities by the pilot, immediately, by telephone or any electronic medium. Besides he shall also submit a written report, within twenty-four (24) hours of the incident.*

The third paragraph of the letter should reflect the law as translated and avoid paraphrasing it as it currently reads, namely:

Pursuant to Article 17 of Act No. 226-1999, any maritime accident or incident **involving a vessel subject to compulsory pilotage and** in which a Puerto Rico-licensed pilot was engaged must be reported immediately to the Commission, followed by a written report within the timeframes prescribed by law, particularly when the event implicates navigational safety, environmental hazard,
or property.

Furthermore, Article 17 establishes the requirement to submit "a written report to the Commission in the prescribed form and manner." I understand that this document does not exist and, in its absence, requires action on the part of the members of the Pilotage Commission.

Agreed, once corrected and reviewed.

Sincerely,

C. Ramos

On Tue, Feb 10, 2026 at 12:08 PM Diana Rivera <compracticaje@prtc.net> wrote:

Good afternoon,

We attach for review and approval by the Commissioners a draft letter regarding the incident involving the barge yesterday, February 9, 2026.

Please reply to this email.

Sincerely,

Diana E. Rivera Vélez

Puerto Rico Pilotage Commission

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

**CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited**. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**From:** Rafael A. Toro Arsuaga <rafa@toro-arsuaga.com>
**Sent:** Monday, February 9, 2026 3:48 PM
**To:** Jessica ܢeco Morales <JNeco@prpa.pr.gov>
**Cc:** Ignacio Gorrin <igorrin@hernandezgorrin.com>; Diana Rivera <compracticaje@prtc.net>
**Subject:** Letter - Barge Incident Feb. 9, 2026

Hello,

Please find attached the letter for the President's review and signature, as requested. I remain at your service.

Sincerely,

**Rafael A. Toro Arsuaga**

rafa@toro-arsuaga.com

TORO & ARSUAGA, LLC

P.O. Box 11064 San Juan, Puerto Rico 00922-1064

Tel (787) 565-7459 / (787) 299-1100

**No. 2026-083  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Four (4) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.

**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com