**Wednesday, May 6, 2026 at 3:06:58 PM Atlantic Standard Time**

**Subject:** Re:APPLICATION FOR 2026 DRAFT CERTIFICATION

**Date:** Thursday, March 19, 2026 at 1:35:09 PM Atlantic Standard Time

**From:** Carlos Ramos <cramos@sanjuanbaypilots.com>

**To:** Diana Rivera <compracticaje@prtc.net>

**CC:** Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, Taileen Negron <lcda.negron@yahoo.com>, Hiram.rivera@crowley.com <Hiram.rivera@crowley.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

**WARNING: External Sender. This email is from outside of the organization. Do not click links, scan QR codes, or open attachments unless you recognize the sender and know the content is safe**

Dear Commissioners,

I have no objection to sending the letter required to ensure compliance with the Commission's regulations. However, it is important to note the large number of letters that have been sent to various owners and operators to ensure compliance with Rule 21 of Regulation 7214, without the expected results.

I understand that the letter must include a deadline of 30 calendar days to comply with the regulations and proceed with the corresponding legal action.

Sincerely,

Capt. C. Ramos

On Wed, Mar 18, 2026 at 13:15 Diana Rivera <compracticaje@prtc.net> wrote:

> Commissioners,
>
> New correspondence regarding the 2026 draft certification application is hereby attached for your review and approval.
>
> Please acknowledge receipt and reply as soon as possible.
>
> Thank you very much,
>
> Diana E. Rivera Vélez

Puerto Rico Pilotage Commission

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

**CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited.** If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**No. 2026-094  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Three (3) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.

**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com