Certified Translation MC-2026-096
Page 1 of 4

**Wednesday, May 6, 2026 at 3:08:18 PM Atlantic Standard Time**

**Subject:** Re: PRPC MEETING
**Date:** Monday, April 13, 2026 at 10:43:46 AM Atlantic Standard Time
**From:** Carlos Ramos <cramos@sanjuanbaypilots.com>
**To:** Medina, Hiram <Hiram.Medina@crowley.com>
**CC:** Diana Rivera <compracticaje@prtc.net>, Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, lcda.negron@yahoo.com <lcda.negron@yahoo.com>, eduardo2325manuel@gmail.com <eduardo2325manuel@gmail.com>

**WARNING: External Sender. This email is from outside of the organization. Do not click links, scan QR codes, or open attachments unless you recognize the sender and know the content is safe**


It would be preferable.

Thank you,

C. Ramos

On Mon, Apr 13, 2026 at 06:03 Medina, Hiram <Hiram.Medina@crowley.com> wrote:

> Hello,
>
> I can make myself available Friday 17th at 1100.
>
> Hiram
>
> ---
>
> **From:** Carlos Ramos <cramos@sanjuanbaypilots.com>
> **Sent:** Friday, April 10, 2026 5:54 PM
> **To:** Diana Rivera <compracticaje@prtc.net>
> **Cc:** Jessica Ñeco Morales <JNeco@prpa.pr.gov>; Javier Figueroa <javierf@morantug.com>; lcda.negron@yahoo.com; Medina, Hiram <Hiram.Medina@crowley.com>; eduardo2325manuel@gmail.com
> **Subject:** Re:
>
> > **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Good afternoon,

I will be available on Thursday 16 in the afternoon and Friday 17 @ 1100.

Alternatively, I propose Thursday, April 23 @ 1100.

I would appreciate a copy of the proposed agenda.

Sincerely,

C. Ramos

On Tue, Apr 7, 2026 at 12:27 Diana Rivera <compracticaje@prtc.net> wrote:

> Good afternoon,
>
> In order to coordinate the next meeting of the Commission, please indicate your availability @ 11:00 am on **one or more** of the following dates of the next one Week:
>
> Tuesday, April 14, 2026
>
> Thursday, 16 April 2026
>
> Friday, 17 April 2026
>
> Thank you very much,
>
> Diana E. Rivera Vélez
>
> Puerto Rico Pilotage Commission
>
> Email: compracticaje@prtc.net
>
> Tel: 787-723-1982 Fax: 787-723-2179

**CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  **Any review, use, distribution or disclosure by others is strictly prohibited**.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**No. <u>2026-096</u>  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Bachelor's Degree in French and Comparative Literature, a Master's Degree in Translation, a Juris Doctor, and a Doctoral Degree in Linguistics from the Department of English, all from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Four (4) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Tuesday, June 2, 2026.

**Lcda. Mayra Cardona Durán, PhD**
**BA Comp. Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com