Gmail

**Carlos Ramos <cramos19999@gmail.com>**

---

## RESOLUCION Y ORDEN 2026-002 (rev)

6 messages

---

**Diana Rivera** <compracticaje@prtc.net>                                    Thu, Jun 11, 2026 at 10:41 AM
To: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Taileen Negron <lcda.negron@yahoo.com>, hiram.rivera@crowley.com, Eduardo Morales <eduardo2325manuel@gmail.com>

Buenos días,

Por instrucciones, se remite copia final revisada de la Resolución y Orden 2026-002 para aprobación y firma.

Una vez notificada la querella, la Comisión ha de celebrar una Vista Administrativa la cual se citará  para el **jueves, 18 de junio 2026 a partir de las 10:00 am.**

Favor de emitir su voto  en este mismo correo a la brevedad posible.

Respetuosamente,

Diana E. Rivera Vélez

Comisión de Practicaje de Puerto Rico

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

---

## CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  **Any review, use, distribution or disclosure by others is strictly prohibited**.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

---

**2 attachments**

 **Final-Desestimacion y Contestacion-Navieros.pdf**
195K

📄 **Borrador Resolucioìn y Orden 2026-002 v.2 (003).pdf**
137K

---

**Jessica Ñeco Morales** <JNeco@prpa.pr.gov>                    Thu, Jun 11, 2026 at 2:22 PM
To: compracticaje <compracticaje@prtc.net>, Javier Figueroa <javierf@morantug.com>, Carlos Ramos
<cramos@sanjuanbaypilots.com>, Taileen Negron <lcda.negron@yahoo.com>, "hiram.rivera@crowley.com"
<hiram.rivera@crowley.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

A favor,

**Lcda. Jessica Ñeco Morales**
COORDINADORA EJECUTIVA
Oficina del Director Ejecutivo

✉ jneco@prpa.pr.gov
☎ 787-729-8715, Ext.: 2243
🌐 www.prpa.pr.gov



AUTORIDAD DE LOS
**PUERTOS**
GOBIERNO DE PUERTO RICO

[Quoted text hidden]

---

**Medina, Hiram** <Hiram.Medina@crowley.com>                    Thu, Jun 11, 2026 at 4:25 PM
To: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, compracticaje <compracticaje@prtc.net>, Javier Figueroa
<javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Taileen Negron <lcda.negron@yahoo.com>,
Eduardo Morales <eduardo2325manuel@gmail.com>

Saludos Compañeros.
A favor.
Hiram

Get Outlook for iOS

---

**From:** Jessica Ñeco Morales <JNeco@prpa.pr.gov>
**Sent:** Thursday, 11 June 2026 14:22:26
**To:** compracticaje <compracticaje@prtc.net>; Javier Figueroa <javierf@morantug.com>; 'Carlos Ramos'
<cramos@sanjuanbaypilots.com>; 'Taileen Negron' <lcda.negron@yahoo.com>; Medina, Hiram
<Hiram.Medina@crowley.com>; 'Eduardo Morales' <eduardo2325manuel@gmail.com>
**Subject:** RE: RESOLUCION Y ORDEN 2026-002 (rev)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Carlos Ramos** <cramos@sanjuanbaypilots.com>                    Thu, Jun 11, 2026 at 4:34 PM
Reply-To: cramos@sanjuanbaypilots.com
To: Jessica Ñeco Morales <JNeco@prpa.pr.gov>
Cc: compracticaje <compracticaje@prtc.net>, Javier Figueroa <javierf@morantug.com>, Taileen Negron
<lcda.negron@yahoo.com>, "hiram.rivera@crowley.com" <Hiram.rivera@crowley.com>, Eduardo Morales
<eduardo2325manuel@gmail.com>

Buenas tardes,

No logro ver los cambios en esta nueva versión. Agradeceré copia del documento con "track changes".

Atentamente,

C. Ramos
7874324216

[Quoted text hidden]

---

**Diana Rivera** <compracticaje@prtc.net>                                    Thu, Jun 18, 2026 at 1:29 PM
To: Javier Figueroa <javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>
Cc: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, hiram.rivera@crowley.com, Taileen Negron <lcda.negron@yahoo.com>,
Eduardo Morales <eduardo2325manuel@gmail.com>

Buenas tardes,

Se agradece sometan para record, su voto sobre el asunto de referencia ( RESOLUCION Y ORDEN 2026-002 (rev)).

Una vez notificada la Querella, la Comisión ha de celebrar una Vista Administrativa la cual debe citarse para el **jueves, 25 de junio 2026 a las 10:00 am**.

Favor de confirmar recibo de este correo.

Atentamente,

Diana E. Rivera Vélez

Comisión de Practicaje de Puerto Rico

Email: compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

## CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  **Any review, use, distribution or disclosure by others is strictly prohibited**.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

[Quoted text hidden]

---

**Javier Figueroa** <javierf@morantug.com>                                    Thu, Jun 18, 2026 at 1:31 PM
To: Diana Rivera <compracticaje@prtc.net>

Cc: Carlos Ramos <cramos@sanjuanbaypilots.com>, Jessica Ñeco Morales <JNeco@prpa.pr.gov>, "HIRAM.RIVERA@crowley.com" <HIRAM.RIVERA@crowley.com>, Taileen Negron <lcda.negron@yahoo.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

Saludos,

Entiendo que ya había votado.

A favor.

Javier


**Javier Figueroa
Comisionado**


On Jun 18, 2026, at 1:29 PM, Diana Rivera <compracticaje@prtc.net> wrote:


**WARNING: External Sender. This email is from outside of the organization. Do not click links, scan QR codes, or open attachments unless you recognize the sender and know the content is safe**

[Quoted text hidden]