**Carlos Ramos <cramos19999@gmail.com>**

## RESOLUTION AND ORDER 2026-002
## (rev)

6 messages

**Diana Rivera** <compracticaje@prtc.net>                                                Thu, Jun 11, 2026 at 10:41 AM
To: Jessica Ńeco Morales <JNeco@prpa.pr.gov>, Javier Figueroa <javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Taileen Negron <lcda.negron@yahoo.com>, hiram.rivera@crowley.com, Eduardo Morales <eduardo2325manuel@gmail.com>

Good morning,

Per instructions, a revised final copy of Resolution and Order 2026-002 is sent for approval and signature.

Once the complaint has been notified, the Commission must hold an Administrative Hearing which will be scheduled for **Thursday, June 18, 2026 starting at 10:00 am.**

Please cast your vote in this same email as soon as possible.

Respectfully,

Diana E. Rivera Vélez

Puerto Rico Pilotage Commission Email:

compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

## CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited**. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**2 attachments**

 **Final-Dismissal and Contestacion-Navieros.pdf**
195K

📄 **Draft Resolution and Order 2026-002 v.2 (003).pdf**
137K

---

**Jessica Ñeco Morales** <JNeco@prpa.pr.gov>                              Thu, Jun 11, 2026 at 2:22 PM
To: Pilotage <compracticaje@prtc.net>, Javier Figueroa <javierf@morantug.com>, Carlos Ramos
<cramos@sanjuanbaypilots.com>, Taileen Negron <lcda.negron@yahoo.com>, "hiram.rivera@crowley.com"
<hiram.rivera@crowley.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

In favor,

### Lcda. Jessica Ñeco Morales
COORDINADORA EJECUTIVA
Oficina del Director Ejecutivo

✉ jneco@prpa.pr.gov
☎ 787-729-8715, Ext.: 2243
🌐 www.prpa.pr.gov



[Quoted text hidden]

---

**Medina, Hiram** <Hiram.Medina@crowley.com>                              Thu, Jun 11, 2026 at 4:25 PM
To: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, Practice <compracticaje@prtc.net>, Javier Figueroa
<javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>, Taileen Negrón <lcda.negron@yahoo.com>,
Eduardo Morales <eduardo2325manuel@gmail.com>

Greetings
Compañeros.
In favor.
Hiram

Get Outlook for iOS

**From:** Jessica Ñeco Morales <JNeco@prpa.pr.gov>
**Sent:** Thursday, 11 June 2026 14:22:26
**To:** Driving <compracticaje@prtc.net>; Javier Figueroa <javierf@morantug.com>; 'Carlos Ramos'
<cramos@sanjuanbaypilots.com>; 'Taileen Negron' <lcda.negron@yahoo.com>; Medina, Hiram
<Hiram.Medina@crowley.com>; 'Eduardo Morales' <eduardo2325manuel@gmail.com>
**Subject:** RE: RESOLUTION AND ORDER 2026-002 (rev)

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Carlos Ramos** <cramos@sanjuanbaypilots.com>                              Thu, Jun 11, 2026 at 4:34 PM
Reply-To: cramos@sanjuanbaypilots.com
To: Jessica Ñeco Morales <JNeco@prpa.pr.gov>
Cc: Pilotage <compracticaje@prtc.net>, Javier Figueroa <javierf@morantug.com>, Taileen Negron
<lcda.negron@yahoo.com>, "hiram.rivera@crowley.com" <Hiram.rivera@crowley.com>, Eduardo Morales
<eduardo2325manuel@gmail.com> Good

afternoon,

I can't see the changes in this new version. I will appreciate a copy of the document with "track changes". Sincerely,

C. Ramos
7874324216

[Quoted text hidden]

---

**Diana Rivera** <compracticaje@prtc.net> Thu, Jun 18, 2026 at 1:29 PM
To: Javier Figueroa <javierf@morantug.com>, Carlos Ramos <cramos@sanjuanbaypilots.com>
Cc: Jessica Ñeco Morales <JNeco@prpa.pr.gov>, hiram.rivera@crowley.com, Taileen Negron <lcda.negron@yahoo.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

Good afternoon,

Please submit for the record, your vote on the matter of reference ( RESOLUTION AND ORDER 2026-002 (rev)).

Once the Complaint has been notified, the Commission must hold an Administrative Hearing which must be scheduled for **Thursday, June 25, 2026 at 10:00 am**.

Please confirm receipt of this email.

Sincerely,

Diana E. Rivera Vélez

Puerto Rico Pilotage Commission Email:

compracticaje@prtc.net

Tel: 787-723-1982 Fax: 787-723-2179

## CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. **Any review, use, distribution or disclosure by others is strictly prohibited**. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

[Quoted text hidden]

---

**Javier Figueroa** <javierf@morantug.com> Thu, Jun 18, 2026 at 1:31 PM
To: Diana Rivera <compracticaje@prtc.net>

Cc: Carlos Ramos <cramos@sanjuanbaypilots.com>, Jessica Ñeco Morales <JNeco@prpa.pr.gov>, "HIRAM.RIVERA@crowley.com" <HIRAM. RIVERA@crowley.com>, Taileen Negron <lcda.negron@yahoo.com>, Eduardo Morales <eduardo2325manuel@gmail.com>

Regards,

I understand that I had already voted.

In favor.

Javier

**Javier Figueroa**
**Commissioner**

On Jun 18, 2026, at 1:29 PM, Diana Rivera <compracticaje@prtc.net> wrote:

<div style="border:1px solid black; padding:4px">

**WARNING:** **External Sender. This email is from outside of the organization. Do not click links, scan QR codes, or open attachments unless you recognize the sender and know the content is safe**

</div>

[Quoted text hidden]