**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al. | CIVIL NO.  25-CV-01462 (SCC) |
| PLAINTIFFS, | RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; |
| v. | DECLARATORY JUDGMENT IN ADMIRALTY |
| NFENERGIA LLC, et al., | |
| DEFENDANTS. | |

**MOTION REQUESTING OPPORTUNITY TO RESPOND BEFORE THE COURT
RULES ON PLAINTIFFS' MOTION FOR SUPPLEMENTAL COMPLIANCE,
DISCLOSURE OF COMMUNICATIONS AND DRAFTS, AND FURTHER RELIEF**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President" or "Attorney Ñeco Morales"), (collectively, the "Defendants"), through the undersigned counsels, and respectfully file this Motion. In support thereof, Defendants show unto the Court as follows:

1.     On June 22, 2026, Plaintiffs filed a "Motion For Supplemental Compliance, Disclosure of Communications and Drafts, and Further Relief Regarding Compliance with the Court's May 26, 2026 Opinion and Orden". *Dkt. No. 298*.

2.     Plaintiffs' motion raises detailed factual allegations that require consultation with the Commission and Ms. Ñeco-Morales. A complete and accurate response to these allegations requires that counsel meet with Ms. Ñeco-Morales to review the relevant communications, documents, and factual circumstances.

3.      Thus, the appearing Co-defendants respectfully request an opportunity to do so before the Court rules, ensuring that any response is grounded in fact and that Co-defendants are not disadvantaged by the inability to consult with clients regarding serious allegations.

4.      The appearing party recognizes that this Honorable Court has maintained active judicial oversight of compliance with the settlement agreement. For this reason, Co-defendants do not seek an extended or indefinite period to respond. Rather, they respectfully request a brief and reasonable time to respond of only five (5) days within which to consult with the Commission and Ms. Ñeco-Morales, gather the factual record, and file a complete and accurate response. This modest request honors the Court's interest in swift resolution while ensuring that Co-defendants may respond in a manner befitting the significance of the allegations.

WHEREFORE, Co-defendants respectfully request that this Honorable Court grant them the opportunity to respond to Plaintiffs' Motion for Supplemental Compliance, Disclosure of Communications and Drafts, and Further Relief before the Court issues any ruling or order. Co-defendants further request that the Court grant them five (5) days to respond.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico this 23rd day of June of 2026.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**MANUEL PORRO VIZCARRA**
**LAW OFFICES**
382 Ave. Escorial
Urb. Caparra Heights
San Juan, PR 00920
Telephone 787-774-8200

Facsimile 787-774-8297


**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com