THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. TOMAS BUSTO-ALVAREZ et al.,<br><br>Plaintiffs<br><br>v.<br><br>NFENERGIA LLC et al.,<br><br>Defendants | CIVIL NO.:   25-1462 (SCC) |

**MOTION INFORMING MARKET AVAILABILITY OF
AGREED-TO 80+ MT ESCORT-RATED TUGBOATS**

TO THE HONORABLE COURT:

COME NOW Plaintiffs, through their undersigned attorneys, and very respectfully state and pray as follows:

1.      As this Court is aware, Plaintiffs filed this lawsuit alleging NFEnergia LLC (NFE) unilaterally broke an agreement to provide four 80 metric ton bollard-pull escort-rated tugboats for maneuvering NFE's LNG vessels in and out of the San Juan Harbor. These tugboats were initially provided by NFE and were used in the maneuvering of NFE's LNG vessels, but left Puerto Rico after NFE decided to use cheaper but less capable tugboats.

2.      During the course of the proceedings that began almost ten months ago, the Court and the parties were informed that 80 metric ton bollard-pull escort-rated tugboats were not available in the market. Puerto Rico's reliance on LNG to generate electricity forced consideration of alternate arrangements as an interim measure.

3.      Plaintiffs have learned that Maritime Partners has published materials identifying a program of eight sister 80+ metric ton bollard-pull escort-rated tugboats with specifications

Plaintiffs contend are necessary to safely maneuver LNG vessels.[1] Maritime Partners has published an informational packet that outlines the specifications of the tugboats. According to Maritime Partners, the first tugboat, the M/V Marauder (H492), was delivered on schedule on May 21, 2026. The delivery schedule of the next seven vessels is as follows:

M/V Titan (H493): July 31, 2026

M/V Defiant (H494): October 23, 2026

M/V Intrepid (H495): January 15, 2027

M/V Endurance (H496): April 9, 2027

M/V Resilient (H497): May 21, 2027

M/V Valor (H498): July 2, 2027

M/V Vanguard (H499): August 13, 2027

*See note 1.*

4.      Per Maritime Partners' schedule, one such tugboat has been delivered, another is scheduled for delivery by the end of July, and two more are scheduled by next January. These tugboats appear capable of providing the escort function Plaintiffs contend is necessary for the safe transit of LNG vessels in and out of San Juan Harbor. Maritime Partners' tugboats would be able to meet LNG vessels outside of the harbor, which the currently used tugboats cannot do, allowing the LNG vessels to be escorted past the commit point at sea and into the harbor. Currently, LNG vessels transit past the commit point into the harbor with no escort, and if an LNG vessel were to lose propulsion or steering between the commit point and the entrance of the harbor, the

---

[1] Maritime Partners has published an informational packet that it has shared with the industry, but the materials state that they cannot be shared without Maritime Partners' consent. Plaintiffs have asked Maritime Partners whether it will consent to filing the materials and are awaiting Maritime Partners' response. If Maritime Partners does not consent, Plaintiffs are willing to present the materials to the Court for in camera review and to share them with NFE if NFE is willing to execute an appropriate confidentiality agreement.

LNG vessel could run aground in front of El Morro, as the Defiant barge did last February 9, or in front of Isla de Cabra. This is an existing, unmitigated risk; i.e., it is a risk that exists, and for which no adequate mitigating measure currently exists. Maritime Partners' tugboats, however, would mitigate this risk.

5.    The Stipulation for Interim Measures was premised on the lack in the marketplace of the previously agreed-to tugboats, and Puerto Rico's need for LNG. Maritime Partners' published schedule indicates that 80+ MT bollard-pull, escort-rated tugboats are now entering the market. Accordingly, to the extent the Court concludes that NFE is obligated to provide four 80 MT bollard-pull, escort-rated tugboats for LNG vessel movements in and out of San Juan Harbor, NFE should not be allowed to rely on tugboat unavailability as an excuse for failing to provide them. If NFE waits to procure the four tugboats until the Court orders it to do so, and no tugboats are available at that time, NFE will have only itself to blame; any resulting inability to import LNG for lack of tugboats should not be treated as a force majeure event excusing NFE's obligations.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court take note of the above.

In San Juan, Puerto Rico, this 26th day of June, 2026.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to all attorneys of record.

Respectfully submitted,

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ, ESQ.
USDC-PR Bar No.: 210510
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920

3

San Juan, PR 00936-1920
Tel.: (787) 425-4652/Fax: (787) 425-4731

San Juan, PR 00936-1920
Tel.: (787) 425-4652/Fax: (787) 425-4731

**S/GIANCARLO FONT GARCÍA**
GIANCARLO FONT GARCÍA
USDC-PR NO. 210612
gfont@drcprlaw.com
**GIANCARLO FONT**
Urb. Baldrich
306 Calle Coll y Toste
San Juan, PR 00918
Tel.: (787) 622-6999
(787) 647-1876

**S/ LUIS MANUEL PAVÍA-VIDAL**
LUIS MANUEL PAVÍA-VIDAL
USDC-PR NO. 227205
pavialaw@gmail.com
Urb. Baldrich
306 Calle Coll y Toste
San Juan, PR 00918
Tel.: (787) 622-6999

**S/ MIGUEL A. NAZARIO, JR.**
MIGUEL A. NAZARIO, JR.
USDC-PR No. 214502
e-mail: man@nblawpr.com
**NAZARIO BRICEÑO LAW OFFICES, LLC**
82 Calle Cervantes
San Juan, Puerto Rico 00907
Tel.: (787) 449-2717

5