**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al. | CIVIL NO.  25-CV-01462 (SCC) |
| PLAINTIFFS, | RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; |
| v. | DECLARATORY JUDGMENT IN ADMIRALTY |
| NFENERGIA LLC, et al., | |
| DEFENDANTS. | |

**MOTION IN COMPLIANCE WITH ORDER OF MAY 26, 2026 (DKT. NO. 262)**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion in Compliance with the Court Order of May 26, 2026.

In support thereof, Defendants certify to the Court compliance with the Order as follows:

1.  That Jessica Ñeco Morales, in her official capacity as President of the Pilotage Commission, certifies that Defendants have complied with the terms of the Agreement as follows:

    a.  That she has relayed all invitations of the Commissions' meetings to Commissioner Ramos to date.

    b.  That she has not notified Commissioner Ramos of any further meetings of the task force, because she has not received any further invitations from the Port's Authority Director to meet regarding the task force as she testified in Court, nor has she  met with the task force members absent an invitation from the Director.

2.      Defendants, thus respectfully request the Court to find that it has complied with its Order.

IN VIEW OF THE ABOVE, Defendants respectfully request the Honorable Court to be informed of the above for all legal purposes and in compliance with its Order.

**RESPECTFULLY SUBMITTED.**

On this, the 17th day of July of 2026.

**MANUEL PORRO-VIZCARRA**
**LAW OFFICES**
Avenica Escorial 382
Urb. Caparra Heights
San Juan, P.R. 00920
Telephone 787-774-8200
Facsimile 787-774-8297

**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com

**/S/Myrmarie Laborde Vega**
USDC # 226107
ml@mpvlawpr.com

2