**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al. | CIVIL NO. 25-CV-01462 (SCC) |
| PLAINTIFFS, | RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; |
| v. | DECLARATORY JUDGMENT IN ADMIRALTY |
| NFENERGIA LLC, et al., | |
| DEFENDANTS. | |

**INFORMATIVE MOTION REGARDING BRIEF VACATION OF COUNSEL AND REQUEST THAT NO STATUS CONFERENCE BE SCHEDULED ON AUGUST 6 AND 7, 2026**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion. In support thereof, Defendants respectfully STATE, ALLEGE, and PRAY as follows:

1.      On its May 26, 2026's Opinion and Order, this Honorable Court ordered the appearing Defendants to file weekly informative motions certifying that Attorney Jessica Ñeco had complied with the terms of the Settlement Agreement executed on October 10, 2025. The duty to file informative motions lasted until July 30, 2026. The Court further ordered that, after that date, it would schedule a Status Conference to discuss compliance with the Agreement, at which point the Court would evaluate whether further actions are warranted.

2.      The undersigned counsel respectfully informs the Court that he will be on a brief, previously scheduled vacation on Thursday, August 6, 2026, and Friday, August 7, 2026, and will therefore be unavailable to attend any hearing or Status Conference on those two dates.

3.      Likewise, Attorney Myrmarie Laborde Vega, will be engaged in previously scheduled work engagements on those same dates and will therefore also be unavailable to attend any hearing or Status Conference on August 6, 2026, or August 7, 2026.

4.      In light of the foregoing, and so as not to interfere with the orderly progress of this case, the undersigned respectfully requests that this Honorable Court take notice of counsels' unavailability and schedule any Status Conference on this matter on a date other than August 6, 2026, or August 7, 2026.

5.      The undersigned counsel remains fully available on any other date convenient to the Court and to the parties.

6.       This request is made in good faith and not for purposes of undue delay. No party will be unduly prejudiced by the relief requested herein.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present informative motion and schedule the anticipated Status Conference on a date other than August 6, 2026, or August 7, 2026.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

On this, the 3rd day of August of 2026.

2

**MANUEL PORRO-VIZCARRA**
**LAW OFFICES**
Avenica Escorial 382
Urb. Caparra Heights
San Juan, P.R. 00920
Telephone 787-774-8200
Facsimile 787-774-8297

**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com