**COMISIÓN DE PRACTICAJE DE PUERTO RICO**

| | |
|---|---|
| SAN JUAN BAY PILOTS CORPORATION<br><br>Querellantes<br><br>v.<br><br>CAP. CÉSAR MONTES<br>CAP. DANIEL MONTES<br><br>Promovida | CASO NO.: CPPR-2026-003<br><br>SOBRE: Querella |

**NOTIFICACIÓN**

El 26 de mayo de 2026, la Comisión de Practicaje de Puerto Rico (en adelante, la "Comisión") recibió una querella titulada "Querella" (en adelante, la "Querella"), presentada por la San Juan Bay Pilots Corporation (en adelante, los "Querellantes"), con relación a la maniobra de entrada a la Bahía de San Juan del LNG/C ENERGOS MARIA el pasado 5 de mayo de 2026.

La Querella fue presentada en contra del Capitán César Montes y del Capitan Daniel Montes (en adelante, los "Querellados") específicamente con relación a su participación en la maniobra antes mencionada.

Conforme al Reglamento de Procedimientos Adjudicativos de la Comisión de Practicaje de Puerto Rico, Reglamento Núm. 6643 (en adelante, el "Reglamento 6643"), por la presente se le notifica la Querella a los Querellados, la cual se aneja al presente escrito.

La Comisión celebrará una reunión extraordinaria a la brevedad posible y les notificará a las partes sus determinaciones según las disposiciones del Reglamento 6643.

**NOTIFÍQUESE**

En San Juan, Puerto Rico, hoy 28 de mayo de 2026.

Lcda. Jessica Ñeco Morales, J.D.
Comisión de Practicaje de Puerto Rico
Presidenta