THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. TOMAS BUSTO-ALVAREZ et al.,<br><br>Plaintiffs<br><br>v.<br><br>NFENERGIA LLC et al.,<br><br>Defendants | CIVIL NO.: 25-1462 (SCC) |

**UNSWORN DECLARATOIN UNDER PENALTY OF MIGUEL A. NAZARIO, JR, UNDER 28 U.S.C. § 1746**

I, Miguel A. Nazario, Jr., declare as follows:

1. I am an attorney admitted to practice before this Court and counsel for Plaintiffs in this action. I am also counsel for San Juan Bay Pilots Corporation in the administrative proceeding described below. I make this declaration based upon my personal knowledge.

2. On May 26, 2026, I submitted by email to the Puerto Rico Pilotage Commission, on behalf of San Juan Bay Pilots Corporation, an administrative complaint against Captains César Montes and Daniel Montes concerning their alleged participation in the May 5, 2026 entry maneuver of the LNG/C Energos Maria in San Juan Bay.

3. The Puerto Rico Pilotage Commission received the administrative complaint on May 26, 2026, assigned it Case No. CPPR-2026-003, and issued a notice dated May 28, 2026, notifying the respondents of the complaint.

4. The Commission's May 28, 2026 notice stated that the Commission would convene an extraordinary meeting "as soon as possible" and would notify the parties of its determinations.

5. Since the administrative complaint was filed, I have continued to monitor Case No. CPPR-2026-003 and communications from the Puerto Rico Pilotage Commission concerning that matter.

6. As of today, almost 100 days since filing the administrative complaint, the Commission has not held a hearing on the administrative complaint.

7. As of today, neither I nor, to my knowledge, the San Juan Bay Pilots Corporation has received notice that a hearing has been scheduled in Case No. CPPR-2026-003.

8. As of today, the Commission has not notified me or, to my knowledge, San Juan Bay Pilots Corporation of any final determination resolving the administrative complaint.

I declare under penalty of perjury that the foregoing is true and correct. In San Juan, Puerto Rico, this 2nd day of September, 2026.

**MIGUEL A. NAZARIO, JR.**