THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPT. TOMÁS BUSTO-ÁLVAREZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NFENERGIA LLC,<br><br>Defendant. | CIVIL NO. 25-1462 (SCC) |

**PLAINTIFFS' INFORMATIVE MOTION REGARDING THE AMUR RIVER'S PILOTAGE REQUEST OF OCTOBER 11, 2026**

TO THE HONORABLE COURT:

COME NOW Plaintiffs, through their undersigned counsel, and respectfully infor as follows:

1. Plaintiffs previously informed the Court that NFEnergía LLC's ("NFE") agent cancelled the pilotage services requested for the AMUR RIVER's entry on October 4 and October 5, 2026. Docket No. 431.

2. Today, October 11, 2026, at 9:20 a.m., NFE's agent requested pilotage service for the AMUR RIVER's entry. No prior service request was ever received since the AMUR RIVER returned to Puerto Rico.

3. At 9:31 a.m., eleven minutes later, the San Juan Bay Pilots confirmed the service and scheduled it for 11:30 a.m. tomorrow, Monday, October 12, 2026.

4. At 10:44 a.m., the San Juan Bay Pilots' dispatch informed NFE's agent by email that the AMUR RIVER did not appear on the list of vessels cleared by the U.S. Coast Guard for October 12 and 13, 2026.

5. The service remains scheduled. Ensuring that the vessel is cleared by the Coast Guard is the responsibility of the vessel's agent. The pilots remain ready to provide pilotage for

the AMUR RIVER in accordance with the Court's Order, Docket No. 420, and with any order of the Captain of the Port.

WHEREFORE, Plaintiffs respectfully request that the Court take notice of the foregoing.

In San Juan, Puerto Rico, this 11th day of October, 2026.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing automatically to all counsel of record.

Respectfully submitted,

S/ FRANCISCO E. COLÓN-RAMÍREZ
**FRANCISCO E. COLÓN-RAMÍREZ, ESQ.**
USDC-PR No. 210510
**COLÓN RAMÍREZ, LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel. (787) 425-4652
fecolon@colonramirez.com

S/ LUIS M. PAVÍA-VIDAL
**LUIS MANUEL PAVÍA-VIDAL, ESQ.**
USDC-PR No. 227205
306 Calle Coll y Toste
San Juan, PR 00918
Tel. (787) 622-6999
pavialaw@gmail.com

S/ GIANCARLO FONT-GARCÍA
**GIANCARLO FONT-GARCÍA, ESQ.**
USDC-PR No. 210612
306 Calle Coll y Toste
San Juan, PR 00918
Tel. (787) 622-6999
gfont@drcprlaw.com

S/ MIGUEL A. NAZARIO-BRICEÑO
**MIGUEL A. NAZARIO, JR., ESQ.**
USDC-PR No. 214502
**NAZARIO BRICEÑO LAW OFFICES, LLC**
Calle Cervantes 82
San Juan, PR 00907
Tel. (787) 449-2717
man@nblawpr.com