**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>NFENERGIA LLC, et al.,<br><br>DEFENDANTS. | CIVIL NO. 25-CV-01462 (SCC)<br><br>RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY |

**MOTION IN COMPLIANCE WITH ORDER OF OCTOBER 15, 2026**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion in Compliance with the Court Order of October 15, 2026.

In support thereof, Defendants certify to the Court compliance with the Order as follows:

1. That Jessica Ñeco Morales, in her official capacity as President of the Pilotage Commission, certifies that Defendants have complied with the terms of the Agreement as follows:

2. On September 21, 2026, at 7:30 p.m., at the President's instruction, the Commission's Secretary Diana Rivera (hereinafter Rivera) asked the Commissioners for their availability for two (2) meetings. The first was a regular meeting of the Commission on September 29, 2026, at 3:30 p.m. The second was an extraordinary meeting on October 21 or 22, 2026, at 2:00 p.m.

3. On September 22, 2026, at 3:30 p.m., Rivera told the Commissioners that the availability reported so far did not coincide for the extraordinary meeting and asked whether anyone's availability could change. Commissioner Captain Carlos Ramos answered the request and said he was available on both proposed dates.

4. On September 28, 2026, the Commissioners received the Senate Secretary's letter about Request for Information 2026-0130, which the Senate had approved that day.

5. On October 5, 2026, at 4:57 p.m., Attorney Ñeco Moraes sent the Commissioners a proposed answer to the request for information from Senator Gregorio Matías, along with a proposed memorandum on House Joint Resolution 97, and asked for their vote to authorize sending both documents to the Senate and the House of Representatives. Commissioner Captain Carlos Ramos replied at 5:57 p.m., copying all commissioners. He opposed sending the documents because allegedly they had not been discussed beforehand, contained technical errors, and had been prepared by someone he did not know. His reply confirms that he received both documents and had the chance to review them and state his position before any action was taken.

6. On October 16, 2026, at 10:50 a.m., Rivera followed up on the September 21, 2026 request. The follow-up listed each Commissioner's reported availability, including Commissioner Captain Carlos Ramos's availability on both dates, and noted that two (2) commissioners had not yet responded. A reminder followed later that day, and both messages were sent to the Commissioners again on October 17, 2026, marked high priority.

7. On October 20, 2026, the Commissioners received four (4) communications. The first, at 9:04 a.m., was a Port Authority notice about debris removal at the Pier 15 building. The second, at 9:05 a.m., was the insurance broker's October 19, 2026 letter, which reported that the Commission's Package policy expires on December 26, 2026, and enclosed proposed renewal specifications that require the Commission's written approval. The third, at 9:56 a.m., was a cybersecurity notice. The fourth, at 10:53 a.m., was a notice from Rivera informing that there was no quorum for the proposed dates for the extraordinary meeting. That notice asked every Commissioner to confirm or update their availability so a course of action could be decided.

8. On October 21, 2026, at 8:28 a.m., Rivera sent the Commissioners an email related to NVIC 02-26, Cybersecurity Regulations Implementation Guidance for MTSA Regulated Entities. At 11:36 a.m., Rivera notified the Commissioners, at the President's instruction, that the extraordinary meeting had been cancelled for lack of quorum. The same notice proposed holding the extraordinary meeting on Wednesday, October 28, 2026, at 2:00 p.m., with October 29, 2026, at 2:00 p.m. as an alternative, and asked each Commissioner to confirm availability. At 12:22 p.m., one Commissioner told all Commissioners he was unavailable on both dates. At 1:57 p.m., Rivera forwarded Mr. Albin Eberwein's request to make the deposits required by Tariff Regulation 9524 to the restricted funds of SJBPTF by direct deposit. Later that day Rivera sent the Commissioners her position.

9. In sum, from September 21 through October 21, 2026, Commissioner Captain Carlos Ramos was notified of every proposed meeting date, every change in

scheduling, the cancellation of the extraordinary meeting and its proposed rescheduling, and each matter submitted for the Commissioners' consideration. He responded on both the scheduling of the extraordinary meeting and the proposed legislative submissions.

10. That Attorney Ñeco Morales has relayed all invitations of the Commissions' meetings to Commissioner Ramos to date.

Defendants, thus respectfully request the Court to find that they have complied with its Order.

IN VIEW OF THE ABOVE, Defendants respectfully request the Honorable Court to be informed of the above for all legal purposes and in compliance with its Order.

**RESPECTFULLY SUBMITTED.**

On this, the 23rd day of October of 2026.

**MANUEL PORRO-VIZCARRA**
**LAW OFFICES**
Avenica Escorial 382
Urb. Caparra Heights
San Juan, P.R. 00920
Telephone 787-774-8200
Facsimile 787-774-8297

**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com

**/S/Myrmarie Laborde Vega**
USDC # 226107
ml@mpvlawpr.com