**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>NFENERGIA LLC, et al.,<br><br>DEFENDANTS. | CIVIL NO. 25-CV-01462 (SCC)<br><br>RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY |

**MOTION IN COMPLIANCE WITH ORDER OF OCTOBER 15, 2026**

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion in Compliance with the Court Order of October 15, 2026.

In support thereof, Defendants certify to the Court compliance with the Order as follows:

1. That Jessica Ñeco Morales, in her official capacity as President of the Pilotage Commission, certifies that Defendants have complied with the terms of the Agreement as follows:

2. Commissioner Ramos received each of the communications described below as a Commissioner of the Puerto Rico Pilotage Commission. Each was addressed to the Commissioners as a group, together with the communications described in the Defendants' prior motion covering September 21 through October 21, 2026.

3. On October 22, 2026, at 11:02 a.m., Attorney Ñeco Morales forwarded to the Commissioners a communication that the Office of the Comptroller of Puerto Rico had sent on October 21, 2026, to Commissioner Javier Figueroa in his capacity as Secretary of the Commission. The communication concerned the Commission's certifications of compliance with Act 273-2003.

4. On October 23, 2026, Attorney Ñeco Morales asked the Commissioners to vote on sending, that same day, a letter from the Commission to the San Juan Bay Pilots concerning an incident involving the M/T Silver Valerie and the barge El Conquistador.

5. Also on October 23, 2026, the Commissioners received three communications about their continuing training obligations as public officials. At 10:44 a.m., Attorney Ñeco Morales circulated communications from the Office of the Inspector General on continuing education for the 2026-2028 biennial period, including Circular Letter OIG-CC-2026-03 and the list of qualifying trainings. At 11:42 a.m., she asked the Commissioners to submit their Comptroller's Office certification in government contracting, a training they took after being sworn in and which must be renewed every two years. At 12:02 p.m., she notified them of the ethics training requirement under Article 3.3 of the Organic Act of the Office of Government Ethics, Act 1-2012, as amended. Each communication asked the Commissioners who had already completed the training to notify Secretary Diana Rivera so their records could be updated.

6. On October 26, 2026, Attorney Ñeco Morales supplemented those notices. At 2:25 p.m., she sent registration instructions for the government contracting training, a

sample of the email each Commissioner should have received, and a sample of the certification to be submitted. At 4:51 p.m., she sent an example of how to access the Office of Government Ethics trainings.

7. On October 27, 2026, at 9:38 a.m., Attorney Ñeco Morales submitted to the Commissioners, for a vote by email, a salary increase for a member of the Commission's administrative staff.

8. On October 28, 2026, at 10:40 a.m., counsel for Plaintiffs Attorney Miguel A. Nazario sent Attorney Ñeco Morales a letter regarding the M/T Silver Valerie and El Conquistador incident. At Attorney Ñeco Morales' instruction, the letter was forwarded to the Commissioners, with a request that each confirm receipt.

9. On October 29, 2026, at 9:19 a.m., the Commissioners received, marked high priority, the designation of an interim president for October 30 through November 1, 2026. At 3:33 p.m., that same day, Secretary Diana Rivera sent the Commissioners the minutes of the Commission's September 29, 2026 meeting and asked each of them to review the minutes and cast a vote on their approval.

10. In sum, from October 22 through October 29, 2026, Commissioner Ramos was notified of every matter submitted for the Commissioners' consideration or vote, including the letter to San Juan Bay Pilots, the staff salary increase, and the approval of the September 29, 2026 minutes, as well as the Comptroller's compliance request, the Commissioners' training obligations, and the temporary designation of an interim president.

11. That Attorney Ñeco Morales has relayed all invitations of the Commissions' meetings to Commissioner Ramos to date.

Defendants, thus, respectfully request the Court to find that they have complied with its Order.

IN VIEW OF THE ABOVE, Defendants respectfully request the Honorable Court to be informed of the above for all legal purposes and in compliance with its Order.

**RESPECTFULLY SUBMITTED.**

On this, the 30th day of October of 2026.

**MANUEL PORRO-VIZCARRA**
**LAW OFFICES**
Avenica Escorial 382
Urb. Caparra Heights
San Juan, P.R. 00920
Telephone 787-774-8200
Facsimile 787-774-8297

**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com

**/S/Myrmarie Laborde Vega**
USDC # 226107
ml@mpvlawpr.com