**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAPT. JAKE ELMSTROM, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>NFENERGIA LLC, et al.,<br><br>DEFENDANTS. | CIVIL NO. 25-CV-01462 (SCC)<br><br>RE: COMPLAINT; PRELIMINARY AND PERMANENT INJUNCTION; DECLARATORY JUDGMENT IN ADMIRALTY |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION IN COMPLIANCE

**TO THE HONORABLE COURT:**

COME NOW Defendants the Pilotage Commission of Puerto Rico (hereinafter, the "Commission"), and attorney Jessica Ñeco Morales in her official capacity as the Commission's President (hereinafter, the "President"), (collectively, the "Defendants"), through the undersigned attorneys, and respectfully file this Motion.

1. Under the Court's Order at Docket No. 461, the appearing Defendants file weekly informative motions certifying compliance with the terms of the Agreement signed by Plaintiffs and the appearing Defendants. The next motion in compliance is due Friday, November 27, 2026.

2. Counsel relies on the President of the Commission, Attorney Jessica Ñeco Morales, to review and confirm the information reported to the Court in each motion in compliance. The President is out of the jurisdiction and will not return until November 28, 2026.

3. The President is unavailable, and this week also includes the Thanksgiving holiday. Counsel therefore cannot confirm the accuracy and completeness of the compliance information before the current deadline. Defendants ask for a brief extension so that its report to the Court is complete and verified.

4. Defendants request that the deadline be extended to Monday, November 30, 2026. The extension is short, it is sought in good faith and not for delay, and it will not prejudice any party or affect any other deadline in this case.

WHEREFORE, the Commission respectfully requests that the Court GRANT this motion and extend until Monday, November 30, 2026, the deadline to file its motion in compliance.

**RESPECTFULLY SUBMITTED.**

On this, the 25th day of November of 2026.

**MANUEL PORRO-VIZCARRA**
**LAW OFFICES**
Avenica Escorial 382
Urb. Caparra Heights
San Juan, P.R. 00920
Telephone 787-774-8200
Facsimile 787-774-8297

**/S/Manuel Porro-Vizcarra**
USDC # 207006
mpv@mpvlawpr.com

**/S/Myrmarie Laborde Vega**
USDC # 226107
ml@mpvlawpr.com